**Fill in this information to identify the case:**

Debtor name: CITY OF CLE ELUM

United States Bankruptcy Court for the: Eastern District of Washington (State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | City Heights<br>405 NW Gilman Blvd., #102<br>Issaquah, WA 98027 | Sean Northrup<br>405 NW Gilman Blvd #102<br>206-459-3490<br>sean@trailsidehomes.com | Judgment | | | | $25,997,198.38 |
| 2 | Paul Dearmin<br>PO Box 294<br>Cle Elum, WA 98922 | Paul Dearmin<br>pauldearmin@gmail.com<br>509-201-0354 | Litigation | Disputed | | | $525,000.00 |
| 3 | Warren Page<br>8818 19th St. W. University Pl<br>Seattle, WA 98466 | Warren Page<br>wnjpage1@yahoo.com<br>253-278-2915 | Litigation | Disputed | | | $407,500.00 |
| 4 | McCann Trucking<br>661 Airport Rd<br>Cle Elum, WA 98922 | Justin McCann<br>justinmccann2@gmail.com<br>509-201-6020 | Litigation | Disputed | | | $350,000.00 |
| 5 | WA State Dept. of Health<br>PO Box 1099<br>Olympia, WA 98507 | Brittany Cody-Pinkney<br>360-236-3047<br>brittany.cody-pinkney@doh.wa.gov | Loan | | | | $275,199.20 |
| 6 | HLA Engineering<br>2803 River Road<br>Yakima, WA 98902 | Ben Annen<br>509-966-7000<br>bannen@hlacivil.com | Professional Services | | | | $163,925.27 |
| 7 | Excavation West<br>8465 Harrison Rd<br>Sedro Woolley, WA 98284 | Nick Wylie<br>nick@excavationwest.com<br>360-814-3431 | Services | | | | $155,535.95 |
| 8 | Waste Management Attn: Cash Apps<br>720 4th Ave #400<br>Kirkland, WA 98033 | Catherine Calleja<br>ccalleja@wm.com<br>866-713-0480 | Services | | | | $90,278.84 |

| Debtor | CITY OF CLE ELUM | Case number (if known) |
|---|---|---|
| | Name | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Veolia Water<br>PO Box 28895<br>Chicago, IL 60673 | Howard Hamilton<br>howard.hamilton@veolia.com<br>360-608-7431 | Services | | | | $100,288.33 |
| 10 | Kittcom<br>700 Elmview Rd<br>Ellensburg, WA 98926 | Rebecca Seilstad<br>509-925-8542<br>Rebecca.seilstad@kittcom.gov | Services | | | | $41,530.95 |
| 11 | Suncadia<br>770 Suncadia Trail<br>Cle Elum, WA 98922 | Gary Kittleson<br>gkittleson@suncadia.com<br>509-260-1076 | Water & Sewer Fees | | | | $22,012.00 |
| 12 | Gary McLean<br>McLean Law<br>27455 8th Ave S.<br>Des Moines, WA 98198 | Gary McLean<br>mcleanlaw@me.com<br>206-793-1081 | Hearing Examiner | | | | $17,840.00 |
| 13 | Kenyon Disend<br>11 Front St South #200<br>Issaquah, WA 98027 | Alex Kenyon<br>425-392-7090<br>alexandra@kenyondisend.com | Professional Services | | | | $10,116.00 |
| 14 | A&W Paving<br>PO Box 305<br>Cashmere, WA 98815 | Don R.<br>(509)668-0624 | Supplies | | | | $4,322.45 |
| 15 | Huntington National BanK<br>L-3708<br>Columbus, OH 43260 | Angela Lenz<br>angela.lenz@huntington.com<br>952-936-0226 | Camera Lease | | | | $3,663.05 |
| 16 | BNSF Railway Co.<br>PO Box 676160<br>Dallas, TX 75267 | Jessica Fay<br>jessica.fay@bnsf.com<br>817-352-6495 | Landlord | | | | $3,500.00 |
| 17 | Washington State Dept. of Natural Resources<br>PO Box 47041<br>Olympia, WA 98501 | Daniel Boyle<br>Daniel.boyle@dnr.wa.gov<br>360-480-0490 | Trade | | | | $3,350.63 |
| 18 | Washington State Dept. of Trans.<br>Attn: Cashier<br>PO Box 47305<br>Olympia, WA 98504 | Taylor Wilson<br>306-705-7883<br>Taylor.wilson@wsdot.wa.gov | Trade | | | | $3,419.17 |
| 19 | Kittitas Valley Health<br>603 S Chestnut St<br>Ellensburg, WA 98926 | Ashlyn Cockrum<br>509-933-7584<br>jailbilling@kvhealthcare.org | Professional Services | | | | $2,626.84 |
| 20 | Lakeside Industries<br>LB# 1086<br>PO Box 35143<br>Seattle, WA 98124 | Tina Myren<br>425-313-2600<br>Tina.myren@lakesideindustries.com | Trade | | | | $1,732.59 |

**Fill in this information to identify the case and this filing:**

Debtor Name: City of Cle Elum

United States Bankruptcy Court for the: Eastern District of Washington
(State)

Case number (If known): _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

Schedule H: Codebtors (Official Form 206H)

Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

Amended Schedule ____

☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6/23/2025
MM / DD / YYYY

_Signature_
Signature of individual signing on behalf of debtor

Matthew Lundh
Printed name

Mayor
Position or relationship to debtor

Official Form 202  Declaration Under Penalty of Perjury for Non-Individual Debtors