# EXHIBIT A



SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

| | |
|---|---|
| CITY HEIGHTS HOLDINGS, LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF CLE ELUM, a Washington municipal corporation,<br><br>Defendant. | NO. 24-2-25775-6 SEA<br><br>ORDER AND AMENDED JUDGMENT ON SUPPLEMENTAL ARBITRATION AWARD<br><br>(Clerk's Action Required)<br><br>(Proposed) |

## I. JUDGMENT

1. Judgment Creditor: CITY HEIGHTS HOLDINGS, LLC, a Washington limited liability company

2. Judgment Debtor: CITY OF CLE ELUM, a Washington municipal corporation

3. Principal Judgment Amount: $20,340,000.00

4. Prejudgment Interest Per Arbitration Award: $1,890,175.00

5. Prejudgment Interest on $22,230,175.00 at 12% Per Annum ($7,308.55/diem) from 11/6/24 to 5/12/25: $1,366,698.80

ORDER AND AMENDED JUDGMENT ON SUPPLEMENTAL ARBITRATION AWARD - 1

Green & Norwood PLLC
2284 W. Commodore Way, Suite 300
Seattle, Washington 98199
(206) 420-3486

2948-101

| | | |
|---|---|---|
| 6. | Attorney's Fees per Supp. Arb. Award: | $1,852,835.00 |
| 7. | Costs per Supp. Arb. Award: | $463,713.58 |
| 8. | Prejudgment Interest on Fees/Costs Award of $2,316,548.58 @ 12% ($761.60/dime) from 1/22/25 to 5/12/25: | $83,776.00 |
| 9. | Principal, Interest, Attorney's Fees and Costs Shall Bear Interest at 12% Per Annum. | |
| 10. | Attorney for Judgment Creditor: | Matthew D. Green and Elizabeth Hebener Norwood of Green & Norwood, PLLC |

## II. ORDER

THIS MATTER having come before the undersigned Judge/Court Commissioner of the above-entitled Court upon plaintiff's motion pursuant to RCW 7.04A, for entry of an Order Confirming the Supplemental Arbitrator's Award entered January 22, 2025, in favor of plaintiff and against defendant above-named, and for entry of Amended Judgment (the initial Judgment on Arbitration having been entered on 12/9/2024), based on said Supplemental Arbitration Award, the Court having reviewed the following pleadings:

1. Plaintiff's Motion and Declaration of Counsel for Order Confirming Supplemental Arbitration Award and Entry of Amended Judgment on Supplemental Arbitration Award and attached exhibits; and the records and files herein, and being fully advised, now, therefore, it is hereby,

ORDERED, ADJUDGED AND DECREED that plaintiff's Motion is granted in all respects and plaintiff is hereby awarded an amended judgment against defendant City of Cle

ORDER AND AMENDED JUDGMENT ON SUPPLEMENTAL ARBITRATION AWARD - 2

Green & Norwood PLLC
2284 W. Commodore Way, Suite 300
Seattle, Washington 98199
(206) 420-3486

2948-101

Elum, a Washington municipal corporation, in the principal sum of $20,340,000.00, plus prejudgment interest at 12% thru the date of the Arbitrator's Award in the sum of $1,890,175.00, plus prejudgment interest on the principal amount of $20,340,000.00 from date of Arbitrator's Award (11/5/24) thru 5/12/25, and in the amount of $1,366,698.80, plus reasonable attorneys' fees of $1,852,835.00 and costs of $463,713.58 (all per the Arbitrator's Supplemental Award), and plus additional prejudgment interest on the above legal fees and costs from the date of the Arbitrator's Supplemental Award (1/22/25) thru 5/12/25, and in the amount of $83,776.00, all as authorized by law.

DONE IN OPEN COURT 5/12/25

By: ~~JUDGE~~/COURT COMMISSIONER

HENRY H. JUDSON

MAY 1 2 2025

COURT COMMISSIONER

PRESENTED BY:
s/*Matthew D. Green*
Matthew D. Green, WSBA #18046
Elizabeth Hebener Norwood, WSBA #40930
*Attorneys for Plaintiff*
GREEN & NORWOOD PLLC
2284 W. Commodore Way, Suite 300
Seattle, WA 98199
Telephone: (206) 420-3486
Email: matt@gnlawseattle.com
       elizabeth@gnlawseattle.com

COPY RECEIVED; APPROVED AS TO FORM; NOTICE OF PRESENTATION WAIVED:

By:_____
Ryan Espegard, WSBA #
Margaret Yvonne Archer
Attorneys for Plaintiff
GORDON THOMAS HONEYWELL LLP

ORDER AND AMENDED JUDGMENT ON SUPPLEMENTAL ARBITRATION AWARD - 3

Green & Norwood PLLC
2284 W. Commodore Way, Suite 300
Seattle, Washington 98199
(206) 420-3486

2948-101

```
 1 | 1201 Pacific Avenue
   | Suite 2100
 2 | Tacoma, WA 98402-4314
   | Telephone: (206) 676-7548
 3 | Email: respegard@gth-law.com
 4 |        marcher@gth-law.com
   |
 5 | By: _____
   | Duana T. Kolouskova, WSBA #
 6 | Dean Williams
 7 | Attorney for Plaintiff
   | JOHNS MONROE MITSUNAGA KOLOUSKOVA PLLC
 8 | 11201 SE 8th Street
   | Suite 120
 9 | Bellevue, WA 98004
   | Telephone: (425)
10 | Email: kolouskova@jmmklaw.com
11 |        willimas@jmmklaw.com
   |
12 | COPY RECEIVED;
   | APPROVED AS TO FORM;
13 | NOTICE OF PRESENTATION WAIVED:
14 |
   | By: _____
15 | Alexandra Kenyon, WSBA #49575
   | Michael R. Kenyon, WSBA #15802
16 | Attorney for Defendant
   | KENYON DISEND, PLLC
17 | 11 Front Street South
   | Issaquah, WA 98027
18 | Telephone: (425)392-7090
   | Email: alexandra@kenyondisend.com
19 |        mike@kenyondisend.com
20 |
21 | By: _____
   | Kenneth W. Harper, WSBA #25578
22 | Attorney for Defendant
   | MENKE JACKSON BEYER, LLP
23 | 807 North 39th Avenue
24 | Yakima, WA 98902
   | Telephone: (509) 575-0313
25 |
```

ORDER AND AMENDED JUDGMENT ON SUPPLEMENTAL
ARBITRATION AWARD - 4

Green & Norwood PLLC
2284 W. Commodore Way, Suite 300
Seattle, Washington 98199
(206) 420-3486

2948-101

Email: kharper@mjbe.com

By: _____
Rebecca S. Ashbaugh, WSBA #38186
Brittney Silver Rivers, WSBA #54068
Attorney for Defendant
ASHBAUGH BEAL LLP
920 – 5th Avenue
Suite 3400
Seattle, WA 98104
Telephone: (206) 386-5900
Email: bashbaugh@ashbaughbeal.com
brivers@ashbaughbeal.com

ORDER AND AMENDED JUDGMENT ON SUPPLEMENTAL ARBITRATION AWARD - 5

Green & Norwood PLLC
2284 W. Commodore Way, Suite 300
Seattle, Washington 98199
(206) 420-3486

2948-101