# EXHIBIT C

FILED
KING COUNTY WASHINGTON
MAY 28 2025
SUPERIOR COURT CLERK

SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

| | |
|---|---|
| CITY HEIGHTS HOLDINGS, LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF CLE ELUM, a Washington municipal corporation,<br><br>Defendant,<br><br>v.<br><br>UMPQUA BANK,<br><br>Garnishee. | NO. 24-2-25775-6 SEA<br><br>APPLICATION FOR WRIT OF GARNISHMENT (for lesser amount)<br><br>[xx] **NOT A CONSUMER DEBT JUDGMENT**<br><br>[ ] This garnishment is based on a judgment or order for:<br>    [ ] child support<br>    [ ] private student loan debt<br>    [ ] consumer debt |

The undersigned states:

Submitted herewith is the fee provided by RCW 36.18.020 [RCW 3.62.060 – if District Court] payable to the Clerk of the above-entitled Court:

As attorney for the **Judgment Creditor**/plaintiff in the above-captioned matter I make this application for a Writ of Garnishment on **Judgment Creditor's** behalf.

The facts are stated as follows:

1. **Judgment Creditor** has a judgment wholly or partially unsatisfied, against the **Judgment Debtor**/defendant, in the above-matter, entered in the above-entitled Court on December 9, 2024, as amended on May 12, 2025. **Judgment Debtor** has:

    ☒ made no payments whatsoever.
    ☐ made partial payments as follows:

APPLICATION FOR WRIT OF GARNISHMENT (for lesser amount) - 1

Green & Norwood PLLC
2284 W. Commodore Way, Suite 300
Seattle, Washington 98199
(206) 420-3486

2948-101

2. The amount alleged to be due and still owing under said amended judgment is $25,987,198.38, plus interest, attorney's fees and costs. But for purposes of this Writ, Judgment Creditor is only seeking to garnish the lesser sum of $232,000.00.

3. **Judgment Creditor** has reason to believe and does believe, that the above-named **Garnishee**, whose residence and/or business address in King County, Washington, is:

☒ indebted to the **Judgment Debtor** in amounts exceeding those exempted from garnishment by any state or federal law;

☒ has possession or control of personal property or effects belonging to the **Judgment Debtor** which are not exempted from garnishment by any state or federal law.

4. The above-named Garnishee is believed to be:

☐ the employer of the **Judgment Debtor**.
☒ not the employer of the **Judgment Debtor**.

The undersigned certifies under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: May 28, 2025.

Place: Seattle, Washington

s/
Matthew D. Green, WSBA #18046
Elizabeth Hebener Norwood, WSBA #40930
*Attorneys for Judgment Creditor*
GREEN & NORWOOD PLLC
2284 W. Commodore Way, Suite 300
Seattle, WA 98199
Telephone: (206) 420-3486
Email: matt@gnlawseattle.com
elizabeth@gnlawseattle.com

APPLICATION FOR WRIT OF GARNISHMENT (for lesser amount) - 2

Green & Norwood PLLC
2284 W. Commodore Way, Suite 300
Seattle, Washington 98199
(206) 420-3486

2948-101

FILED
KING COUNTY WASHINGTON
MAY 28 2025
SUPERIOR COURT CLERK

SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

| | |
|---|---|
| CITY HEIGHTS HOLDINGS, LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF CLE ELUM, a Washington municipal corporation,<br><br>Defendant,<br><br>v.<br><br>US BANK NA,<br><br>Garnishee. | NO. 24-2-25775-6 SEA<br><br>APPLICATION FOR WRIT OF GARNISHMENT (for lesser amount)<br><br>[xx] **NOT A CONSUMER DEBT JUDGMENT**<br><br>[ ] This garnishment is based on a judgment or order for:<br>[ ] child support<br>[ ] private student loan debt<br>[ ] consumer debt |

The undersigned states:

Submitted herewith is the fee provided by RCW 36.18.020 [RCW 3.62.060 – if District Court] payable to the Clerk of the above-entitled Court:

As attorney for the **Judgment Creditor**/plaintiff in the above-captioned matter I make this application for a Writ of Garnishment on **Judgment Creditor's** behalf.

The facts are stated as follows:

1. **Judgment Creditor** has a judgment, wholly or partially unsatisfied, against the **Judgment Debtor**/defendant, in the above-matter, entered in the above-entitled Court on December 9, 2024, as amended on May 12, 2025. **Judgment Debtor** has:

    ☒    made no payments whatsoever.
    ☐    made partial payments as follows:

APPLICATION FOR WRIT OF GARNISHMENT (for lesser amount) - 1

Green & Norwood PLLC
2284 W. Commodore Way, Suite 300
Seattle, Washington 98199
(206) 420-3486

2948-101

2. The amount alleged to be due and still owing under said amended judgment is $25,987,198.38, plus interest, attorney's fees and costs. But for purposes of this Writ, Judgment Creditor is only seeking to garnish the lesser sum of $232,000.00.

3. **Judgment Creditor** has reason to believe and does believe, that the above-named **Garnishee**, whose residence and/or business address in King County, Washington, is:

    ☒  indebted to the **Judgment Debtor** in amounts exceeding those exempted from garnishment by any state or federal law;

    ☒  has possession or control of personal property or effects belonging to the **Judgment Debtor** which are not exempted from garnishment by any state or federal law.

4. The above-named Garnishee is believed to be:

    ☐  the employer of the **Judgment Debtor**.
    ☒  not the employer of the **Judgment Debtor**.

The undersigned certifies under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: May 28, 2025.

Place: Seattle, Washington

s/
Matthew D. Green, WSBA #18046
Elizabeth Hebener Norwood, WSBA #40930
*Attorneys for Judgment Creditor*
GREEN & NORWOOD PLLC
2284 W. Commodore Way, Suite 300
Seattle, WA 98199
Telephone: (206) 420-3486
Email: matt@gnlawseattle.com
          elizabeth@gnlawseattle.com

APPLICATION FOR WRIT OF GARNISHMENT (for lesser amount) - 2

Green & Norwood PLLC
2284 W. Commodore Way, Suite 300
Seattle, Washington 98199
(206) 420-3486

2948-101