# EXHIBIT D

FILED
2024 NOV 15
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 24-2-25775-6 SEA

SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

| | |
|---|---|
| CITY HEIGHTS HOLDINGS, LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF CLE ELUM, a Washington municipal corporation,<br><br>Defendant,<br><br>v.<br><br>UMPQUA BANK,<br><br>Garnishee. | NO. 24-2-25775-6 SEA<br><br>ANSWER TO WRIT OF GARNISHMENT |

Section I

On the date the Writ of Garnishment ("Writ") was issued by the Court as indicated by the date appearing on the last page of the Writ:

**Judgment Debtor City of Cle Elum:**
(check one) ☐ was ☐ was not employed by **Garnishee**.

**Judgment Debtor:** (check one) ☒ did ☐ did not maintain a financial account with **Garnishee**.

**Garnishee:** (check one) ☒ did ☐ did not have possession of or control over any funds personal property, or effects of **Judgment Debtor**.

ANSWER TO WRIT OF GARNISHMENT - 1

Green & Norwood PLLC
2284 W. Commodore Way, Suite 300
Seattle, Washington 98199
(206) 420-3486

2948-101

| | |
|---|---|
| 1 | If not employed and you have no possession or control of any funds of **Judgment Debtor**, indicate the last day of employment: $232000.00 ____; and complete Section III of |
| 2 | this answer and mail or deliver the forms as directed in the Writ. |

### Section II

At the time of service of the Writ of Garnishment on the **Garnishee** there was due and owing from the **Garnishee** to the **Judgment Debtor** $ _____. If there is any uncertainty about your answer, give an explanation on the last page or on an attached page.

List all of the personal property or effects of **Judgment Debtor** in the **Garnishee's** possession or control when the Writ was served. (Use the reverse side of this answer form or attach a schedule if necessary.)

### Section III

An attorney may answer for the **Garnishee**.

Under penalty of perjury, I affirm that I have examined this answer, including accompanying schedules, and to the best of my knowledge and belief it is true, correct and complete.

_____     June 09 2025
Signature of Garnishee                Date

*/ R.*
Signature of person answering for Garnishee     FI
                                                 Connection with Garnishee

Phone Number – 866-486-7782                      Umpqua Bank
Fax Number – 541-378-9212                        PO Box 366
                                                 Roseburg OR 97470
Address of Garnishee

### Certificate of Service

On behalf of the Garnishee, I certify that I mailed and/or caused to be mailed via US Mail the foregoing Answer to each of the following (1) the Clerk of the Court, (2) the Judgment Debtor(s), and (3) Attorney for Judgment Creditor at their respective addresses listed on the Writ of Garnishment.

_____     _____
Signed                               Date

_____
Print Name

ANSWER TO WRIT OF GARNISHMENT - 2

Green & Norwood PLLC
2284 W. Commodore Way, Suite 300
Seattle, Washington 98199
(206) 420-3486

2948-101

SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

| | |
|---|---|
| CITY HEIGHTS HOLDINGS, LLC, a Washington limited liability company,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF CLE ELUM, a Washington municipal corporation,<br><br>　　　　Defendant,<br><br>　v.<br><br>US BANK NA,<br><br>　　　　Garnishee. | NO. 24-2-25775-6 SEA<br><br>ANSWER TO WRIT OF GARNISHMENT |

## Section I

On the date the Writ of Garnishment ("Writ") was issued by the Court as indicated by the date appearing on the last page of the Writ:

**Judgment Debtor City of Cle Elum:**
(check one) ☐ was  ☒ was not  employed by **Garnishee**.

**Judgment Debtor:** (check one) ☒ did  ☐ did not  maintain a financial account with **Garnishee**.

**Garnishee:** (check one) ☒ did  ☐ did not  have possession of or control over any funds personal property, or effects of **Judgment Debtor**.

$232,000.00 HELD

ANSWER TO WRIT OF GARNISHMENT - 1

Green & Norwood PLLC
2284 W. Commodore Way, Suite 300
Seattle, Washington 98199
(206) 420-3486

2948-101

1     If not employed and you have no possession or control of any funds of **Judgment Debtor**, indicate the last day of employment: _____ ; and complete Section III of
2 this answer and mail or deliver the forms as directed in the Writ.

3     <u>Section II</u>  **HOLDING $232,000.00**

4     At the time of service of the Writ of Garnishment on the **Garnishee** there was due and owing from the **Garnishee** to the **Judgment Debtor** $_____ . If there is any uncertainty
5 about your answer, give an explanation on the last page or on an attached page.

6     List all of the personal property or effects of **Judgment Debtor** in the **Garnishee's** possession or control when the Writ was served. (Use the reverse side of this answer form or
7 attach a schedule if necessary.)

8     <u>Section III</u>

9     An attorney may answer for the **Garnishee**.

10     Under penalty of perjury, I affirm that I have examined this answer, including accompanying schedules, and to the best of my knowledge and belief it is true, correct and
11 complete.

12

| | |
|---|---|
| _____ | 06/24/2025 |
| Signature of Garnishee | Date |

13

14
| /S/ MORGHAN M | EMPLOYEE |
|---|---|
| Signature of person answering for Garnishee | Connection with Garnishee |

15
PO BOX 30869
16     PORTLAND, OR 97294

17 Address of Garnishee

US BANK LEGAL ORDER PROCESSING 800-872-2657

18     **<u>Certificate of Service</u>**

19     On behalf of the Garnishee, I certify that I mailed and/or caused to be mailed via US Mail the foregoing Answer to each of the following (1) the Clerk of the Court, (2) the
20 Judgment Debtor(s), and (3) Attorney for Judgment Creditor at their respective addresses listed on the Writ of Garnishment.

21
| /S/ MORGHAN M | 06/24/2025 |
|---|---|
| Signed | Date |

23

| MORGHAN M |
|---|
| Print Name |

25

ANSWER TO WRIT OF GARNISHMENT - 2

**Green & Norwood PLLC**
2284 W. Commodore Way, Suite 300
Seattle, Washington 98199
(206) 420-3486

2948-101