JAMES L. DAY, WSBA #20474  HONORABLE WHITMAN L. HOLT
JASON WAX, WSBA #41944
BUSH KORNFELD LLP
601 UNION STREET, SUITE 5000
SEATTLE, WA 98101-2373
Tel: (206) 292-2110
Emails: jday@bskd.com;
jwax@bskd.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| In re | Chapter 9 |
|---|---|
| CITY OF CLE ELUM, | No. 25-01128-WLH |
| Debtor. | STIPULATION FOR AMENDED ORDER EXTENDING DEADLINES |

City Heights Holdings, LLC ("CHH"), a creditor herein; and debtor City of Cle Elum (the "Debtor"), by and through their undersigned attorneys, stipulate and agree that an order may be entered that provides that (i) the deadline for filing objections to the Debtor's eligibility for relief under chapter 9 of the Bankruptcy Code shall be February 28, 2026, and (ii) the deadline for the Debtor to file its proposed plan of adjustment shall be May 30, 2026. The basis for this Stipulation is that CHH and the Debtor have continued with settlement discussions with the assistance of United States Bankruptcy Judge Benjamin Hursh towards a global resolution of all issues between them. The parties hereto believe it is appropriate to extend the deadlines as indicated

STIPULATION FOR AMENDED ORDER EXTENDING
DEADLINES– Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

im16n801qe

25-01128-WLH9    Doc 72    Filed 12/17/25    Entered 12/17/25 14:57:53    Pg 1 of 2

above so that the parties can delay, and possibly avoid, incurring the significant professional fees that would arise in connection with an eligibility objection and determination, and a contested plan confirmation process.

DATED this 17th day of December, 2025.

BUSH KORNFELD LLP

By  /s/ James L. Day
James L. Day, WSBA #20474
Jason Wax, WSBA #41944

*Attorneys for City Heights Holdings, LLC*

STOEL RIVES LLP

By  /s/ John S. Kaplan
John S. Kaplan, WSBA No. 23788
Bryan T. Glover, WSBA No. 51045
Brandon E. Lira, Admitted *Pro Hac Vice*

*Attorneys for City of Cle Elum*

STIPULATION FOR AMENDED ORDER EXTENDING DEADLINES– Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

im16n801qe

25-01128-WLH9    Doc 72    Filed 12/17/25    Entered 12/17/25 14:57:53    Pg 2 of 2