**Dated: December 17th, 2025**

*Whitman L. Holt*
*Bankruptcy Judge*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>CITY OF CLE ELUM,<br><br>　　　　　Debtor. | Chapter 9<br><br>No. 25-01128-WLH<br><br>AMENDED ORDER EXTENDING DEADLINES |

THIS MATTER came before the court in connection with the *Stipulation for Order Extending Deadlines* [ECF No. 72] (the "Stipulation"), entered into by and between City Heights Holdings, LLC, a creditor herein; and debtor City of Cle Elum (the "Debtor"). The court, having reviewed the files and records herein, and deeming itself fully advised, and finding and concluding that neither notice hereof nor a hearing is necessary under the circumstances, and good cause having been shown for the relief requested, now, therefore, it is hereby

ORDERED as follows:

1.　　The Stipulation [ECF No. 72] is approved.

STIPULATION FOR ORDER EXTENDING DEADLINES–
Page 1

Bush Kornfeld llp
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

im16n8013k

25-01128-WLH9    Doc 74    Filed 12/23/25    Entered 12/23/25 15:35:26    Pg 1 of 2

2. The deadline for all parties to file objections to the Debtor's eligibility for relief under chapter 9 of the Bankruptcy Code is extended to <u>February 28, 2026</u>.

3. The deadline for the Debtor to file its plan of adjustment is extended to <u>May 30, 2026</u>.

/ / /End of Order/ / /

Presented by:

BUSH KORNFELD LLP


By   /s/ James L. Day
  James L. Day, WSBA #20474
  Jason Wax, WSBA #41944

*Attorneys for City Heights Holdings, LLC*


Approved for entry:

STOEL RIVES LLP


By   /s/ John S. Kaplan
  John S. Kaplan, WSBA No. 23788
  Bryan T. Glover, WSBA No. 51045
  Brandon E. Lira, Admitted *Pro Hac Vice*

*Attorneys for City of Cle Elum*

STIPULATION FOR ORDER EXTENDING DEADLINES–
Page 2

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

im16n8013k

25-01128-WLH9    Doc 74    Filed 12/23/25    Entered 12/23/25 15:35:26    Pg 2 of 2