JAMES L. DAY, WSBA #20474
JASON WAX, WSBA #41944
BUSH KORNFELD LLP
601 UNION STREET, SUITE 5000
SEATTLE, WA 98101-2373
Tel: (206) 292-2110
Emails: jday@bskd.com;
jwax@bskd.com

HONORABLE WHITMAN L. HOLT

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| In re | Chapter 9 |
|---|---|
| CITY OF CLE ELUM, | No. 25-01128-WLH |
| Debtor. | DECLARATION OF SEAN NORTHROP IN SUPPORT OF OBJECTION OF CITY HEIGHTS HOLDINGS, LLC, TO CITY OF CLE ELUM'S ELIGIBILITY TO BE CHAPTER 9 DEBTOR |

SEAN NORTHROP declares as follows:

1. I am the principal of Trailside Group, LLC, one of two members of City Heights Holdings, LLC ("CHH"). I have personal knowledge of the facts stated herein and I am competent to testify to them.

2. In 2011, the City of Cle Elum (the "City" or the "Debtor") and CHH entered into a development agreement (the "DA"), which authorizes a master planned community for approximately 950 homesites situated on 358 acres in (prior to the DA)

DECLARATION OF SEAN NORTHROP IN SUPPORT OF
OBJECTION OF CITY HEIGHTS HOLDINGS, LLC, TO CITY OF
CLE ELUM'S ELIGIBILITY TO BE CHAPTER 9 DEBTOR– Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

jc02hx01fr

unincorporated Kittitas County (the "Property"). I have been primarily responsible for all aspects of the development of the Property. The City made it clear to me that one of the DA's critical components on which the City insisted was to annex the Property into the City. That annexation will lead to significant increases in the City's tax base once houses are built and sold on the Property (in addition to property and tax base increases that will occur from the completion of another project, known as Bullfrog Flats).

3. The DA has a 25-year term and, because the agreement was entered into following the collapse of the real estate market, provided us with absolute discretion as to when development activities would commence. When CHH commenced development activities in 2019, the City had extreme buyer's remorse, deeming the DA "outdated, one-sided and incomplete." The City attempted to unilaterally add new conditions to the agreement and otherwise began breaching its obligations under the DA almost immediately. This eventually led to an initial arbitration between the parties before Judge Paris Kallas, a retired King County Superior Court judge, at which Judge Kallas rejected the each of the Debtor's contentions and directed it to comply with the terms of the DA.

4. The City ignored the arbitration order and continued to violate the terms of the DA. CHH was forced to return to the arbitrator a second time, who again ruled that the City's arguments and justifications for its actions were baseless and, once again, directed the Debtor to comply with the DA.

5. Notwithstanding Judge Kallas' orders from the first two arbitrations, the City continued to violate the DA. At a third mediation, CHH sought damages for the first time. After several days of proceedings, on November 5, 2024, Judge Kallas

DECLARATION OF SEAN NORTHROP IN SUPPORT OF
OBJECTION OF CITY HEIGHTS HOLDINGS, LLC, TO CITY OF
CLE ELUM'S ELIGIBILITY TO BE CHAPTER 9 DEBTOR– Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

jc02hx01fr

entered an award in favor of CHH in the amount of $22,230,175.[1]  A true and complete copy of the arbitration award is attached hereto as Exhibit A (the "Arbitration Award"). The Arbitration Award was recorded as a judgment (the "Judgment") in King County Superior Court shortly thereafter.

6.      Despite having the right to commence collection efforts on the Judgment almost immediately, CHH did not do so for several months. Instead, while the City began threatening a chapter 9 filing right from the outset, CHH conducted itself in good faith and actively sought to negotiate a means to repay the judgment. Our efforts were met with resistance and delay, as the City took virtually no affirmative steps to resolve its challenges.

7.      The City initial proposal, on December 16, 2024, came in the form of a one-paragraph email from the City's future bankruptcy attorney and proposed only annual payments of $250,000 for a period of 15 years.  There was no explanation of the basis for the proposal, why that amount was selected, why it remained fixed over time, or why the City deemed it a reasonable offer under the circumstances.  There was no inclusion of offsets for fees that CHH would otherwise have to pay in connection with the ongoing development. There was no treatment of potential claims the City holds against third parties in connection with advice that led to the City's years-long refusal to comply with the DA. There was no inclusion of the City's surplus assets that could be sold for value and reduce the amount of the Judgment. There was no provision for increased revenues the City will realize once development activities go forward and

---

[1] Judge Kallas later entered an award in favor of CHH for its attorney fees and costs in the amount of $2,316,548.58, for a total principal judgment of $24,546,723.58.

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

jc02hx01fr

houses are built and sold at City Heights and Bullfrog Flats, nor through additional or increased revenue sources. There was no proposal to reduce City expenditures in any way to create additional settlement funds. Finally, there was also no commitment to comply with the DA going forward.

8. At a City Council meeting that I attended on January 28, 2025 (less than two months after entry of the Judgment), two resolutions were presented to the City Council for approval. The first authorized the filing of a chapter 9 case. That resolution was passed. A second resolution would have required that such a filing be deemed the last resort, and that other avenues be followed prior to any bankruptcy filing. The City Council rejected the second resolution.[2]

9. After much delay, the City eventually agreed to mediate with Alan Smith of Perkins Coie. After multiple sessions that were largely unproductive, the City and CHH had a final mediation session on June 16, 2025, that I personally attended, which lasted into the evening. The parties made substantial progress, to the point where the mediator prepared a draft settlement agreement, a step he had not previously taken, and circulated it on June 20, 2025.

10. Four days later, on June 24, 2025, and without any further discussions, the Debtor filed its chapter 9 petition following a City Council meeting (that I attended) at which all City Council members voted to approve the filing – even those who attended

---

[2] An unofficial transcript of Councilman Ken Ratliff's prepared remarks at the January 28, 2025 meeting in support of the chapter 9 resolution is attached hereto as Exhibit B. The court will note that Mr. Ratliff spends much of his remarks (i) blaming Judge Kallas for the City's problems, (ii) equating payment of the Judgment to public financing of a private project, and (iii) repeating several times that the City's finances – with one exception – were in excellent shape.

DECLARATION OF SEAN NORTHROP IN SUPPORT OF OBJECTION OF CITY HEIGHTS HOLDINGS, LLC, TO CITY OF CLE ELUM'S ELIGIBILITY TO BE CHAPTER 9 DEBTOR– Page 4

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

jc02hx01fr

the June 16 mediation and participated in the negotiations leading to the draft settlement agreement.

11. The City has long wanted to build a community center, a luxury item under the circumstances and plainly not a vital need. At some point in the past, Kittitas County agreed to contribute $6.5 million to help fund that and another project. However, following the Debtor's bankruptcy filing, the County pulled all its funding. *See* <u>Exhibit C</u>. Undaunted, and continuing with its business-as-usual attitude, the City Council decided to push forward on its own and, in September 2025, voted to propose an increase in the sales tax to provide that funding. *See* <u>Exhibit D</u>. I do not think there could be a better illustration of the City's complete lack of prudent judgment, good faith and disinclination to formulate a plan to repay the Judgment than its decision to move forward with a non-essential investment while it sits idle in chapter 9.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge and belief.

DATED this 2nd day of March, 2026, at Issaquah, Washington.

/s/ Sean Northrop
Sean Northrop

DECLARATION OF SEAN NORTHROP IN SUPPORT OF
OBJECTION OF CITY HEIGHTS HOLDINGS, LLC, TO CITY OF
CLE ELUM'S ELIGIBILITY TO BE CHAPTER 9 DEBTOR– Page 5

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

jc02hx01fr

# EXHIBIT A

Judicial Dispute Resolution, LLC

Charles S. Burdell, Jr.
John P. Erlick
George Finkle
Bruce Heller
Larry Jordan
Paris K. Kallas
Palmer Robinson
Steve Scott

November 5, 2024

Margaret Yvonne Archer
Ryan C Espegard
Gordon Thomas Honeywell LLP
1201 Pacific Ave Ste 2100
Tacoma, WA 98402-4314

Alexandra Kenyon
Michael Kenyon
Kenyon Disend, PLLC
11 Front St S
Issaquah, WA 98027-3820

Duana T. Koloušková
Dean Williams
Johns Monroe Mitsunaga Kolouskova
PLLC
11201 SE 8th St Ste 120
Bellevue, WA 98004-6457

Kenneth W. Harper
Menke Jackson Beyer, LLP
807 N 39th Ave
Yakima, WA 98902-6389

Rebecca S. Ashbaugh
Brittney Silver Rivers
Ashbaugh Beal LLP
920 5th Avenue, Suite 3400
Seattle, WA 98104-7031

Re: City Heights Holdings, LLC v. City of Cle Elum

In November 2011, the City of Cle Elum (the City) and City Heights Holdings, LLC (CHH)[1] entered into a contract, formally titled *City Heights Annexation and Development Agreement* (hereinafter Development Agreement or contract). This contract authorizes a master planned community for approximately 950 homesites situated on 358 acres (the Project). In 2011, the parties understood that the housing market was slowly recovering from the 2008 financial crisis and that the market was not ready for the Project. Thus, the Development Agreement authorizes a 25-year buildout period and expressly grants CHH sole discretion to determine when market conditions are ready.

---

[1] The Ridge Entities, City Heights Holdings' predecessors, negotiated the Development Agreement. For ease of reference, the Ridge Entities are referred to herein as City Heights Holdings, LLC (City Heights).

1425 Fourth Avenue, Suite 300
Seattle, WA 98101
Phone: (206) 223-1669
www.jdrllc.com

In 2019, CHH first announced it was ready to begin development. This decision was made after careful and detailed study of the market. But the City, only eight years into the 25-year buildout period, expressed dissatisfaction with the Development Agreement, characterizing the contract as outdated, one-sided, and incomplete. The City sought to add new conditions to the contract and the City failed to follow the contract's bargained-for expedited permitting process.

The City's interpretation of the contact has led to protracted litigation. In two prior arbitrations, CHH successfully challenged the City's interpretation and application of the contract. Despite being ordered twice to comply with the expedited permitting process, the City maintained its dissatisfaction with the contract.

In this third arbitration, CHH alleges that the City has breached the Development Agreement and CHH seeks damages for the alleged breach. The arbitration hearing took place over nine days, beginning on September 30 and concluding on October 10, 2024. The parties submitted extensive testimony, numerous expert reports, and thousands of pages of exhibits. Counsel fully briefed the applicable law and presented argument.

Having considered the extensive evidence presented, the credibility of witnesses, the argument of counsel, and the governing law, I find that CHH soundly meets its burden of proving that the City persistently breached the Development Agreement. CHH also proves that the City's persistent breach significantly delayed the bargained-for expedited permitting process, thus depriving CHH of the benefits of the Development Agreement. Finally, CHH fully meets its burden of proving the damages caused by the City's breach.

The damage caused by the City's breach of the Development Agreement is significant. But for the City's breach, CHH would have been able to promote an exciting project in a thriving market- the market it was contractually entitled to select. CHH would have been able to market a development integrated with, rather than separate from, the City that would also include a club house, pool, Outfitters Building, and a string-of-pearls of parks and trails. Now, CHH has lost the confidence of builders and CHH must explain to potential consumers the years of protracted litigation with a City that has publicly obstructed the Project. CHH is left with significant debt, the absence of a club house, pool, or Outfitters Building. For all these reasons, the damage is significant.

City Heights Holdings, LLC v. City of Cle Elum
Page 2 of 12

Judicial Dispute Resolution LLC
1425 Fourth Ave., Suite 300 Seattle, WA 98101
206-223-1669 www.jdrllc.com

Exhibit A Page 3 of 15

25-01128-WLH9    Doc 81    Filed 03/02/26    Entered 03/02/26 17:46:00    Pg 8 of 46

Also significant, however, is the fact that the City had numerous opportunities since 2019 to reduce the damage caused by its dissatisfaction with the Development Agreement. This is the **third arbitration** between the parties. In both prior arbitrations, the City's interpretation of the Development Agreement was soundly rejected. Rather than change course and become the cooperative partner contemplated by the Development Agreement, the City publicly stated its dissatisfaction with the contract and the City continued its persistent breach of the contract.

At the parties' request, I submit this letter in addition to the Arbitration Award. It is not part of the Award. Rather, it provides a brief explanation of my reasoning for entry of this Arbitration Award.

**The Development and Annexation Agreement: an Extensive and Expensive Two-Plus Year Process that Included State Agencies and the Public and Resulted in Comprehensive Standards for the Project**

At the heart of this litigation is the Development and Annexation Agreement.[2] When considering the allegations in this arbitration, it must be remembered that the City, not CHH, initiated the concept of a development agreement and annexation. It was the City that pursued and ultimately persuaded CHH to enter into a development agreement.

As initially planned, the Project was located outside City limits. Thus, the City's land use and growth management ordinances did not apply and the Project would be governed only by the County's less restrictive regulations. Having learned some hard lessons regarding a different development, the City strongly desired the ability to control this Project and its impact. In this arbitration, it is undisputed that the most effective way to control the Project was to annex it. It is also undisputed that CHH was not receptive to annexation and it initially declined to pursue the concept. But the City persisted and ultimately persuaded CHH to explore the possibility.

Thus began a two-plus year extensive and expensive process that included consultants who studied matters such as critical areas, wetlands, environmental impact, hazards presented by coal

---

[2] A development agreement is a voluntary contract between a local government and a property owner. Development agreements are authorized by state statute and the City's own ordinances. RCW 36.70B.170 *et seq*. and CEMC 17.140. The State Legislature recognizes numerous public policy benefits that flow from development agreements, including reducing housing costs and efficient use of public resources. The Legislature notes that development agreements "strengthen the public planning process, encourage private participation and comprehensive planning, and reduce the economic costs of development." RCW 36.70B.170 (notes).

mines, traffic, and stormwater systems. The study included state agencies, the Army Corps of Engineers, industry leaders, environmental specialists, and neighboring potentially impacted Sovereign Nations. The public was included and five separate public hearings were conducted. The potential impacts of the Project were fully explored through an Environmental Impact Statement (EIS). And CHH paid for all consultants retained for these years of study, including paying for the City's land use attorneys.

The result of this extensive process is the detailed Development Agreement (over 100 pages long) that imposes comprehensive development standards and conditions of approval on the Project. The numerous detailed appendices address matters such as land use types and density, road standards, transportation, public trails, parks, stormwater management, wildlife habitat, critical areas, coal mine hazard areas, and impact to City services.

In exchange for the exhaustive two-plus year review and the resulting comprehensive conditions, the Development Agreement sets forth an expedited administrative review process. It requires City staff to determine within 45 days of receiving a complete permit application whether the application is consistent with the contract's standards. If consistent, the parties agreed that no other review is allowed.

Given the breadth and depth of the conditions imposed, the Development Agreement provides that the Project "shall vest under the law and regulations in effect on the Vesting Date."[3] The Development Agreement further provides that "the City shall not modify or impose new or additional" conditions "beyond those set forth in this Agreement" unless needed to address a serious threat to public health or safety or to prevent violation of a state or federal law.[4]

The development standards, conditions of approval, and all other terms of the Development Agreement were unanimously approved by the City Council, following the five aforementioned public hearings.

When parties enter into a contract, they bargain for the respective benefits. Here, the City succeeded in its desire to annex and thus control the Project. This promoted the City's growth

---

[3] Development Agreement at Section 8.2.
[4] Development Agreement at Section 8.2.

management and planning goals contained in the City's 2007 Comprehensive Plan and Growth Management Act.[5]

CHH bargained for the benefit of front-loading all necessary study, which guaranteed a prompt and predictable permitting process once development was ready. The City's persistent breach of the Development Agreement has deprived CHH of its bargained-for benefits.

**The City's Breach of the Development Agreement**

As noted, the parties executed the Development Agreement in 2011. One of the contract's many material terms includes a 25-year buildout period; the parties expressly recognized that CHH would determine when market conditions were ripe for the Project.[6]

In 2019, CHH contacted the City, indicating it was ready to begin development. But the City, only eight years into the 25-year buildout period, found itself dissatisfied with what it deemed an outdated, one-sided, and incomplete contract.

Within weeks of the initial meeting with CHH, the City, through its designated Project Manager and Lead Planner (hereinafter City Project Manager), characterized the Development Agreement as unfair and "one-sided." [7] The Project Manager informed City staff that he intended to re-negotiate certain terms. His internal memo states: "The Development Agreement is very one sided as written, but it doesn't mean that we can't explore voluntary agreements that provide

---

[5] The Development Agreement, at Section 3.2 provides, in part, as follows: "The Master Site Plan for City Heights promotes growth management and planning objectives of the City of Cle Elum, as such obje[c]tives are contained in the City's 2007 Comprehensive Plan[.]"

[6] The Development Agreement, at Section 7, provides:

> The parties acknowledge that the development of the Property depends on numerous factors, such as market orientation and demand, interest rates, and competition, and that the Ridge Entities are entitled ultimately to determine the extent and rate of development consistent with the Conditions of Approval. The Phasing of the Project is expressly provided to occur over the Buildout Period. The Ridge Entities may proceed with development of the Property according to whatever phasing or parcel development plan the Ridge Entities deem appropriate.

The Development Agreement, at Section 2, defines the *Buildout Period* as 25 years.

[7] Given the extent of the Project Manager's obstruction of the Development Agreement, it is tempting to lay the City's breach at his feet. The record is clear, however, that the City was fully aware of and endorsed the Project Manager's approach. One cannot, however, help but wonder why: the City had actual knowledge of the Project Manager's similar obstruction of a permitting process with a different developer and a different city. His obstruction resulted in protracted litigation in that case. There, a jury determined the Project Manager tortiously interfered with the development and the jury issued a $10 million verdict against that City. The 2005 jury verdict was affirmed on appeal. Adjusting the 2005 $10 million verdict to present day value, one can see the significant harm that flows when a City violates the applicable permitting process. *See Westmark Development Corporation v. City of Burien,* 140 Wash. App. 540 (2007).

---

25-01128-WLH9   Doc 81   Filed 03/02/26   Entered 03/02/26 17:46:00   Pg 11 of 46

otherwise." In this arbitration, CHH establishes that the "voluntary agreements" were no such thing. Rather, CHH establishes that the City used its permitting authority to renegotiate numerous contract terms, a concept expressly barred by the Development Agreement.

The first such "voluntary agreement" was the City's demand that CHH enter into a Cost Reimbursement Agreement before City staff would even begin to review the 100-page contract. As another example, the Development Agreement expressly contemplates the realignment of Summit View Drive. But when CHH submitted the proposed realignment, the City publicly stated that this provided a "little window of opportunity" to negotiate a new bargain in which CHH would bear responsibility to improve the Stafford Street Corridor in its entirety, a condition not imposed in the Development Agreement.

In addition to viewing the contract as one-sided and incomplete, the City expressed frustration that nearly eight years had passed since the Development Agreement was signed. The City Planner publicly described the Project as the "zombie project because it was dead and has come back to life to haunt us." The Project Manager opined that development agreements pose problems if the developer proceeds five or 10 years after approval. In direct violation of the 25-year buildout period and vested provisions, the Project Manager stated that the mere passage of time may require supplemental review of matters such as traffic and environmental impact.

Dissatisfied with the Development Agreement, the City failed to comply with numerous contractual terms, only some of which are noted above. At the heart of this arbitration is the City's breach of the expedited permitting process. Rather than follow the expedited permitting process, the City imposed a pre-application process, initiating the delay from the outset. Then the City asserted that it would review the Phase 1 Preliminary plat application under the City's Type IV process, a process specifically at odds with the process adopted in the Development Agreement. Next, the City failed to provide the necessary forms required for an expedited permitting process. Rather, the forms that CHH was directed to use did not comply with the contractual permitting process. Once the application was submitted, the City deemed it incomplete. But the City did not identify missing information. To the contrary, ignoring the Project's vested status, the City asserted that the Project did not comply with the 2020 City Code.

Despite the contract's plain language, the City adhered to its position that the Type IV process applied rather than the expedited permitting process set forth in the Development

City Heights Holdings, LLC v. City of Cle Elum
Page 6 of 12

Judicial Dispute Resolution LLC
1425 Fourth Ave., Suite 300 Seattle, WA 98101
206-223-1669  www.jdrllc.com

Exhibit A Page 7 of 15

25-01128-WLH9    Doc 81    Filed 03/02/26    Entered 03/02/26 17:46:00    Pg 12 of 46

Agreement. Acting on this interpretation, the City Project Manager sent a notice to various agencies and to the public soliciting comments. The notice failed to inform the agencies or the public that the City had contractually agreed that the solicitation process had already been conducted and that further review was expressly prohibited, except in limited circumstances. During this same time period, the City Project Manager actively interfered with CHH's efforts to commence development by seeking a Forest Practices Act permit. The record fully describes his misleading communication with the Department of Natural Resources (DNR) and his efforts to enlist the DNR's resistance to the requested Forest Practices Act permit.

The City defends its application of the Development Agreement, asserting that the parties merely interpreted the contract differently. The City contends its interpretation was in good faith and not intended to breach the Development Agreement. This is not credible given the numerous instances of disregarding the contract's plain language, coupled with numerous statements (internal and public) of dissatisfaction. Nor is the City Project Manager a credible witness. Moreover, the City's interpretation was rejected in the first arbitration, as described below.

Facing the City's refusal to comply with the bargained-for expedited permitting process, CHH initiated the first arbitration. CHH requested that the City be ordered to "comply with the DA's [Development Agreement] expedited review process" and that the City be barred "from mandating additional review or imposing new conditions on Approvals[.]" On November 16, 2020, I issued the first Arbitration Award granting CHH's request and ordering the City to comply with the contract terms.

The Arbitration Award provided the City with an opportunity to change course and to begin the cooperative partnership contemplated in the Development Agreement. The City failed to do so. Following the Award, the City should have immediately issued a final consistency review of the Phase I Preliminary Plat approval. Instead, the City issued a draft decision. Moreover, the draft decision violated the Development Agreement by including new terms and conditions, including the following: a critical areas report and mitigation plan (already performed under the EIS), creation of a master park plan, and new traffic studies. The City's continued dissatisfaction

with the Development Agreement resulted in extensive time and resources to negotiate a compromise to allow the Project to continue.[8]

The City's noncompliance extended to inaction on and piecemeal review of the Phase 1 Civil Engineering plans, including failure to provide Planning or Environmental comments to the completed application. CHH objected to the piecemeal review, specifically noting the failure to comply with the contract's process. CHH noted: "although the civil and construction plans have been in your possession for 212 days, we have not received any meaningful comment[."] CHH noted that the Development Agreement "envisions expedient review processes, not six months of silence." Despite this well-placed objection, the City waited another 6-plus weeks before approving the Final Engineering plans.

During this same time, the City breached its duties of good faith and fair dealing. Regarding its citizens, the City encouraged rather than calmed citizen frustration with the Project. The City failed to educate its citizens regarding the history of the Development Agreement, the extensive public review process already completed, and the numerous benefits to the City. To the contrary, in an email to the residents that was published in the local newspaper, the City Project Manager expressed his continued dissatisfaction with the contract. And at a public meeting with concerned residents, the City publicly mischaracterized (by stating public input and comment was prohibited) and denounced the Arbitration Award. Rather than set the record straight, the City encouraged those residents with financial resources to consider suing CHH. All of this occurred at a public meeting to which the City failed to invite or include CHH.

The City also breached its duties of good faith and fair dealing by contacting numerous agencies, without including CHH in the communications, and actively encouraging the agencies to challenge the Development Agreement, while affirmatively misrepresenting the contract's terms as well as CHH's interpretation of the contract. For example, the City Project Manager sent an email to the Department of Ecology (DOE):

> The Developer frequently tells us that they only have to do what is in the Development Agreement, and if we think something was missed, we should have brought it up when the DEIS [draft environmental impact statement] was circulated 11 years ago. That makes no

---

[8] The July 2021 Settlement Agreement and subsequent June 2022 Memorandum of Understanding do not constitute waivers by CHH, as argued by the City. Rather, these compromises constitute mitigation efforts by CHH to make forward progress.

sense to me,…What I am concerned about is whether the City's hands are tied in this instance, or not…

The City Manager urged the DOE to work "its way up the chain of command" and explore whether the DOE, unlike the City, is bound by the Development Agreement.

The City Project Manager sent a similar email to the Department of Archaeology & Historic Preservation (DAHP) and the Yakima Nation Tribe, in which the City encouraged these entities to challenge the Development Agreement. The City Project Manager sent a similar email to the Department of Natural Resources (DNR), encouraging DNR to take unfounded enforcement action against CHH:

> As you know, one of their arguments is that they have a Development Agreement with the City and that precludes state and federal agencies such as DOE from exercising their jurisdiction and authority. The City does not share that perspective and **we stand ready to support your efforts**. That being said, the City is the one party that is in fact a party to what is an **amazingly one-sided agreemen**t, so the **City may have to tread a bit more lightly** than your agency does. (Emphasis added).

In these emails, the City affirmatively misrepresents the Development Agreement and the role of state agencies.[9] These are blatant misrepresentations, given the first Arbitration Award that rejected the City's interpretation. The emails are plainly intended to incite other agencies to challenge the Development Agreement in direct violation of the City's duties of good faith and fair dealing.

The City's noncompliance led to a second arbitration demand, filed by CHH on October 4, 2021. Once again, the City's interpretation of the Development Agreement was rejected and once again the City was directed to comply with the contract. Once again, the City's dissatisfaction remained. It was only after the parties engaged in additional and extensive negotiations, resulting in a Memorandum of Understanding (MOU) executed on June 1, 2022, that the Project was able to procedurally proceed.

---

[9] CHH's claims include an allegation that the City tortiously interfered with CHH's business expectations. These emails alone reflect the City's intent to disrupt and impede the Project's advancement. That said, tort claims are barred by the independent duty doctrine. Thus, injury is compensable only if it arises separately from the contract terms. Here, the injuries caused by the City's breach fully compensate CHH and I make no findings on the separate cause of tortious interference. It is notable that the *Westmark Development* case did not involve a development agreement, thus the property owner's sole recourse was alleging tortious interference.

City Heights Holdings, LLC v. City of Cle Elum
Page 9 of 12

Judicial Dispute Resolution LLC
1425 Fourth Ave., Suite 300 Seattle, WA 98101
206-223-1669 www.jdrllc.com

Exhibit A Page 10 of 15

**Significant Damages Caused by City's Breach**

For all the reasons stated above, CHH proves that the City persistently breached the Development Agreement and that CHH is damaged by the breach. It is well-settled that when one party breaches a contract, the aggrieved party should be put into the position they would have been had the contract been honored. Such damages are "based on the injured party's expectation interest and are intended to give the injured party the benefit of its bargain."[10] Here, CHH's expectation damages include net lost profits[11] and CHH amply proves its lost profits under the required legal standard of "reasonable certainty."[12]

It is well-settled that the reasonable-certainty standard applies only to the fact of damage, not the amount of damage. Thus, "once it is reasonably certain that the breach caused damages, the fact finder may determine the amount of the damage by drawing reasonable inferences from reasonably convincing evidence."[13] The fact finder has discretion to award damages within the range of relevant evidence.[14]

CHH proves that CHH would have made a profit but for the City's breach and that the City's breach reduced that profit. Even the City acknowledges that the "Parties' disputes have effectively shortened the DA [Development Agreement] by two years."[15] In the MOU, the City further expressly acknowledges that when the City fails to comply with contractual deadlines, "it is ***virtually certain*** that the Project Sponsor [City Heights] would be damaged if the Project is delayed[.]" (Emphasis added).[16]

To calculate its lost profits, CHH retained Neil J. Beaton (Beaton), a certified public accountant who is accredited in business valuation and financial forensics. To determine damages,

---

[10] *Eastlake Construction Co. v. Hess*, 102 Wn.2d 30, 46 (1984).
[11] WPI 303.04; *Alpine Industries, Inc. v. Gohl,* 30 Wn. App. 750, 754 (1981).
[12] *See Tiegs v. Watts,* 135 Wn.2d 1, 17 (1998).
[13] *Gaasland Co., Inc. v. Hyak Lumber & Millwork, Inc,* 42 Wn.2d 705, 713-14 (1953).
[14] *Mason v. Mortg. Am., Inc.,* 114 Wn.2d 842, 850 (1990).
[15] See June 2022 Memorandum of Understanding (MOU). The City disputes the cause of the parties' "disputes" resolved in the MOU. This Arbitration Award squarely places the cause of the "disputes" on the City's breach of the Development Agreement.
[16] I do not mean to suggest that the MOU's liquated damages clause governs determination of damages in this arbitration. I cite to this provision solely to demonstrate that the City acknowledges that when it breaches its contractual objections and the breach causes delay, CHH is harmed.

City Heights Holdings, LLC v. City of Cle Elum
Page 10 of 12

Judicial Dispute Resolution LLC
1425 Fourth Ave., Suite 300 Seattle, WA 98101
206-223-1669 www.jdrllc.com

Exhibit A Page 11 of 15

25-01128-WLH9    Doc 81    Filed 03/02/26    Entered 03/02/26 17:46:00    Pg 16 of 46

Beaton used the "but for" and "as is" methodology, which calculates economic damages by determining the expected development "but for" the delays and then subtracts the development after the delays in the "as is" scenario.

The City's expert, William Partin (Partin), agrees that this method is a widely-accepted means in forensic accounting by which to estimate economic damages. Rather than challenging Beaton's method, Partin contends that any lost profit calculation is simply too speculative. The City notes that new enterprises receive scrutiny when seeking lost profit. This challenge goes too far: while the City Heights' Project was unique to the region, the concept of a master planned community is neither new nor unique. In addition, CHH's plans were anchored in extensive market research and study.

The City also challenges Beaton's calculations as resting on speculation. The argument fails. Beaton's calculations are grounded in extensive review of documents such as budgets, invoices, general ledgers, and loan draws. Beaton and his staff engaged in detailed information gathering from CHH and its management, regarding revenue, projected sales, market analysis, and construction costs. Beaton also considered the opinions of Molly Carmichael (Carmichael), a market analyst with decades of experience in projecting market success of master planned communities. The courts recognize that expert testimony provides a basis for an award of lost profits, so long as the expert testimony rests on tangible evidence rather than speculation and hypothetical situations.[17] Here, Carmichael specifically considered the relevant market, rather than hypotheticals. In addition, Carmichael's decades of experience and market-based opinions constitute tangible evidence. The same applies to Sean Northrup's opinions, given his track record of numerous successful projects.

It is significant that where he could, Beaton applied the most conservative approach, resulting in conservative damages calculation. For example, Beaton reduced Carmichael's market projections regarding absorption rate for the sale of houses and lots. Further, he did not calculate damages beyond Phases 1 and 2. In this same vein, I use Beaton's most conservative calculations for purposes of awarding damages.

---

[17] *See e.g., Larsen v. Walton Plywood,* 65 Wn.2d 1, 19 (1964).

For all these reasons, CHH is awarded $20,340,000.00 in economic damages for the "but for" scenario with sales beginning December 2021. CHH is awarded $1,890,175.00 in interest accrued on past costs. The total Award is $22,230,175.00. Should CHH seek prevailing party attorney fees and costs, it will be the subject of further briefing and a Supplemental Award.

As noted, I submit this letter at the parties' request in addition to the Arbitration Award. It is not part of the Award.

Best regards,

Judge Paris K. Kallas, ret.
Arbitrator

Judge Paris K. Kallas, ret.
Arbitrator

IN ARBITRATION
JUDICIAL DISPUTE RESOLUTION, LLC

CITY HEIGHTS HOLDINGS, LLC,

      Claimant,

    v.

CITY OF CLE ELUM,

      Respondent.

ARBITRATION AWARD

The parties submitted this matter to arbitration. City Heights Holdings, LLC (City Heights) is represented by Margaret Y. Archer and Ryan C. Espegard of Gordon Thomas Honeywell LLP and Duana T. Koloušková and Dean Williams of Johns Monroe Mitsunaga Kolouskova PLLC. The City of Cle Elum (the City) is represented by Alexandra Kenyon and Michael Kenyon of Kenyon Disend, PLLC, Kenneth W. Harper of Menke Jackson Beyer, LLP, and Rebecca S. Ashbaugh and Brittney S. Rivers of Ashbaugh Beal LLP.

The arbitration hearing took place over nine days, beginning September 30 and concluding October 10, 2024. The parties submitted testimony, expert reports, and thousands of pages of exhibits. At the conclusion of the hearing, the City withdrew its counterclaim for unpaid fees and costs incurred in reviewing and processing land use applications.

ARBITRATION AWARD
Page 1 of 2

Judicial Dispute Resolution LLC
1425 Fourth Ave., Suite 300 Seattle, WA 98101
206-223-1669  www.jdrllc.com

Exhibit A Page 14 of 15

25-01128-WLH9    Doc 81    Filed 03/02/26    Entered 03/02/26 17:46:00    Pg 19 of 46

Having considered the testimony, the credibility of witnesses, the exhibits, the argument of counsel, and the governing law, the following Award is entered.

IT IS HEREBY ORDERED:

1. City Heights is awarded $20,340,000.00 in damages and $1,890,175.00 in interest, for a total Award of $22,230,175.00.

2. The Award shall bear interest from the date of confirmation at the rate of twelve percent (12%) per annum.

3. Any motion seeking recovery of prevailing party attorney fees and/or costs shall be filed no later than thirty (30) days of the date of this Award.

4. Any subsequent award of attorney fees and/or costs will be treated as a supplemental award. Such a supplemental award shall neither amend nor delay enforcement of this Award.

Dated this 5th day of November, 2024.

_____
Judge Paris K. Kallas, ret.
Arbitrator

ARBITRATION AWARD
Page 2 of 2

Judicial Dispute Resolution LLC
1425 Fourth Ave., Suite 300 Seattle, WA 98101
206-223-1669 www.jdrllc.com

Exhibit A Page 15 of 15

# EXHIBIT B

25-01128-WLH9   Doc 81   Filed 03/02/26   Entered 03/02/26 17:46:00   Pg 21 of 46

January 28th, 2025

Ken Ratliffe, City Council Member speech:

"Let it be known, first of all, that I, Ken Ratliff, have been a huge supporter of this project from well before the current ownership even owned the I worked for Plum Creek Timber Company, the former owner, in the olden days, okay, and used to do tree thinning and logging road work for the timber company on this same land. Seeing how close the property is to the existing city limits, I could see this becoming an outstanding addition to Cle Elum someday. On the council, I've also supported this addition to our city. We need more housing, and this will become a wonderful neighborhood in the future, I am sure. I've always wanted this project to succeed. So how about the City of Cle Elum?

In fact, the City of Cle Elum has been managed exceptionally well for the last 40 years or so. Ever since Gary Berndt became mayor, the finances, leadership, and trajectory of the City of Cle Elum has been consistently positive, with mayors Glondo, McGowan, and now Mayor Lund continuing with a steady hand. The budgets are balanced each and every year. Many new assets have been added to the city for the benefit of not only Cle Elum but the entire Upper County community. Aside from this remarkable judgment from a single judge, who apparently knows nothing about Cle Elum, the city is in good, no, great shape. This is a fact. Now, Cle Elum is ordered to pay a judgment of 22.3 million, plus interest charged at 12% plus lawyer fees, round figures, 25 million.

As a city, we could decide to get a 25 million bond to pay the judgment. Fat chance. What does a bond like that look like? 25 million principal, 20 years to pay it back, 6% interest, 240 monthly payments, 179,108 per month. Divided among 1,200 city utility accounts, that's an extra 150 per month, per account, for 20 years. No matter how you look at the various proposals the citizens of Cle Elum to pay City Heights, i. e. selling assets, dropping fees, free water and sewer, et cetera, no matter what combinations of types of payments or bartering are considered, the judge is requiring the citizens of Cle Elum to collectively cough up 180,000 per month beyond our existing budget.

Whether we shut down our police department, sell our patrol vehicles, shut down our fire department, shut down the public works department, sell City Hall, sell our parks, or even sell Hanson Ponds, all must add up to the 25 million just mentioned, and probably more as you add in various charges, including 12% interest. We are told that interest alone is already costing the city 7,300 a day, or 51,100 per week, 219,000 per 30- day month, all outside our budget.

How did Cle Elum get in this position? Again, aside from this one judge's opinion the city of Cle Elum is in very good hands, all accounts in the black, making steady progress, replacing old leaking pipes, et cetera.  In my observation, the entire basis for this problem from an underfunded and undercapitalized developer doesn't have the capital to accomplish the work required.

1

25-01128-WLH9    Doc 81    Filed 03/02/26    Entered 03/02/26 17:46:00    Pg 22 of 46

Ironically, it is now the citizens of Cle Elum who are ordered to pay for this construction, public funding of a private development. If the developer had the required capital, there would be no trail of unpaid bills, no heavy turnover of contractors and attorneys, nor would attorneys need to be paid on a contingency basis, nor would attorneys be required to file a lien against the first portion of the judgment to be paid by the city of Cle Elum. It is interesting to note that this judgment, which is way beyond the city's ability to pay was never argued in a courtroom. The entire binding arbitration proceeding was done on zoom. Think of it, a TV courtroom with a judgment so large that it breaks the city.

Again, the amount of this judgment is essentially requiring the citizens, the rate payers of Cle Elum, only to pay for the private development of this property. As a member of the Cle Elum City Council, I am dismayed at all of this. I hold no animus to the developer or development in general. Every single house each of us lives in was built by a developer. I said at the beginning, I have supported this project from before day one, but this combination of craziness has become a bad dream. I can only liken this bad dream George Bailey's bad dream, where his beloved Bedford Falls became Potterville, a community unrecognizable from Bedford Falls. I do not want Cle Elum to become a Potterville or equivalent in any way, shape or form.

As a city, we are being ordered to hand over more assets than we have. I will resist this notion as much as I can. As we have heard from various so- called experts on ways Cle Elum can or should deal with this situation, we have heard terms like receivership or submitting the city to a grand master or mediation or combinations of this sort of thing. The fact remains, no matter what combination of these arrangements we look at, the developer wants every nickel of this award one way or another. We have been told that bankruptcy is a bad deal for the city that it would affect our ability to borrow, for instance. My reply is that every account in Cle Elum is in the black.

Yes, the city is very well managed, except for this one judgment. I do not support ripping apart our police department or our fire department or our public works department, nor do I support selling our parks or city hall or the chairs we're all sitting on or Hanson Ponds any other asset to satisfy this crazy judgment. Fundamentally, any city asset used to pay this judgment is public financing of a private development. The only option I see with any legal framework or sideboards of law is bankruptcy. Therefore, in the absence of any other course of action to save the city and avoid public payment for private development, I support our council to take the action to formally pursue bankruptcy for the city of Cle Elum. And again, aside from this judgment, the city of Cle Elum is in outstanding fiscal shape.

25-01128-WLH9    Doc 81    Filed 03/02/26    Entered 03/02/26 17:46:00    Pg 23 of 46

# EXHIBIT C

Exhibit C Page 1 of 5

25-01128-WLH9   Doc 81   Filed 03/02/26   Entered 03/02/26 17:46:00   Pg 24 of 46

https://www.dailyrecordnews.com/news/kittitas-county-puts-funding-for-cle-elum-projects-on-hold/article_f39852dd-114f-4acb-b1c6-8e10d49cdf4e.html

TOP STORY

# Kittitas County puts funding for Cle Elum projects on hold

BRIAN KELLY staff writer
Aug 13, 2025

With clouds of uncertainty covering Cle Elum amid the city's pursuit of Chapter 9 bankruptcy, the Board of Kittitas County Commissioners pulled more than $6.5 million in funding from the proposed Upper Kittitas County Community Recreation Center and renovations to the Washington State Horse Park.

County commissioners awarded $3.4 million in funding from lodging taxes during their meeting last week out of $10 million that was available for tourism-related projects.

Commissioners agreed to award $3 million for the reconstruction of the rodeo grandstands at the Kittitas Valley Event Center, as well as $437,000 in signage and other improvements at the Historic Roslyn Cemetery.

Exhibit C Page 2 of 5

Two projects that had been recommended to receive money by the Kittitas County Lodging Tax Advisory Committee — the rec center in Cle Elum and the Washington State Horse Park — were not funded, however.

Worried about potential impacts from the city of Cle Elum's bankruptcy, commissioners sent those two projects back to the lodging tax committee for further review.

The rejection sets up a 45-day period for the lodging tax committee to provide additional comment on the Cle Elum projects.

County Commissioner Cory Wright raised concerns that both of the Cle Elum projects involved land owned by the city of Cle Elum and that the county's investment could be jeopardized by the bankruptcy case.

"This is unprecedented," he said.

"I don't like to do this. This pains me greatly," Wright said.

"I really had the thought of just approving this across the board and moving through the next round," he said.

Wright stressed that Cle Elum was going through just the second municipal bankruptcy in state history.

"I have too many questions here," Wright said. "This was a curve ball that was unanticipated."

Stephanie Hartung, from the civil division of the Kittitas County Prosecutor's Office, told commissioners at their Aug. 6 meeting that the county had contacted legal counsel that were experienced in bankruptcy law.

For now, questions remain.

"My division actually has reached out to bankruptcy counsel to try to get some ideas of what we can and cannot do to make sure we're properly advising the county and making sure our taxpayers are protected," she said.

"We have a lot of contracts and a lot of agreements that are affected by this, potentially," Hartung said.

Hartung said there is an expectation that the bankruptcy case could include a plan of adjustment for Cle Elum's financial situation, with a "status quo" and "business as usual" environment to follow.

That could mean that funds for the Cle Elum projects that have been earmarked by the county would be safe.

"I can't guarantee that," she told commissioners.

Wright said he had sympathy for Cle Elum officials.

"We want to continue as a county to assist them in any way we can," he said.

"I want to continue to figure out how to make that work," Wright added. "But at the end of the day, we are elected by the entire county to be stewards of this money."

Commissioners agreed to return the two Cle Elum funding proposals to the tax committee.

The city of Cle Elum and the Upper Kittitas County Community Recreation Center Alliance had sought $3,288,000 in funding from the county's lodging tax funds. Supporters said the project, which includes basketball courts and a competition swimming pool, was "shovel-ready," with construction documents in hand.

The Washington State Horse Park project, also recommended for approval by the Kittitas County Lodging Tax Advisory Committee, includes 50 new RV sites, an expansion of the arena, portable bleachers, restrooms, lighting and other amenities.

Left off the list of projects recommended for funding by the committee was the city of Ellensburg's new fieldhouse.

Ellensburg had sought $4 million for the project.

County officials said Ellensburg needed to provide a maintenance and operations plan for the fieldhouse as part of its application for funding.

Exhibit C Page 4 of 5

25-01128-WLH9    Doc 81    Filed 03/02/26    Entered 03/02/26 17:46:00    Pg 27 of 46

Brian Kelly

Exhibit C Page 5 of 5

25-01128-WLH9    Doc 81    Filed 03/02/26    Entered 03/02/26 17:46:00    Pg 28 of 46

# EXHIBIT D



**THIS NEWSPAPER IS COPYRIGHTED MATERIAL.**

This purchase good for one household only.

**Please support local journalism!**

Ask others to purchase their very own copy of the paper! It's a tiny investment (but it means a lot to our news staff.)

Copyrights apply – please respect our copyrights. No content is to be shared on websites, social media, email or any other platform without express written permission of the publisher and possible monetary compensation for use of our work.

# NORTHERN KITTITAS COUNTY TRIBUNE

PROUDLY SERVING UPPER KITTITAS COUNTY: Cle Elum, Roslyn, Ronald, Easton, South Cle Elum, Snoqualmie Pass, Suncadia, Thorp, and surrounding rural areas

**$2.00**

**Thursday, Sept. 25, 2025**
Vol. 72, No. 39 ◆ www.NKCTribune.com

The space above is used for imprinting mailing addresses – Subscribe today at NKCTribune.com!



**YOUR 3-DAY FORECAST**
Full Weather Report on page A2

| THURSDAY | FRIDAY | SATURDAY |
|---|---|---|
| HI 70°/LO 48° | HI 72°/LO 48° | HI 79°/LO 51° |

# Dignitaries make whistle stop at South Cle Elum Depot



READY TO RIDE! Among the attendees gathered at the historic South Cle Elum Train Depot on Tuesday, Sept. 23 were State Representative Brian Burnett of District 12, Washington State Parks Commissioner Scott Merriman, Mark Borleske and others from the Cascade Rail Foundation, Marilyn Hedges, Friends of the Palouse to Cascades State Park Trail, Brian White, Wash DOT's Regional Administrator for South Central Region, Council member Shannon O'Malley of Roslyn, Kittitas County Commissioner Laura Osiadacz, and South Cle Elum Mayor Jim DeVere.  *N.K.C. TRIBUNE/Carl Nelson photo - 2025*

## The Palouse to Cascades Rail Trail seen as a model for nationwide trail expansion

*by Carl Nelson*
carl@nkctribune.com

SOUTH CLE ELUM – On a cool Autumn morning September 23rd a flock of Canadian Geese flew in formation over the historic South Cle Elum Railyard Depot where dignitaries from across the U.S. gathered to begin a three-day bike ride to Seattle on the Palouse to Cascade Rail Trail.

The event was organized by the Rails to Trails Conservancy (RTC), a non-profit organization dedicated to creating and preserving rail-trails and multi-use trails across the U.S.

### Great American Rail-Trail connecting Washington, D.C., and WA State

RTC Event organizers **Brandi Horton**, and **Kevin Bell** from Washington, D.C. came to the South Cle Elum Depot to promote the *Great American Rail-Trail initiative*, the nation's first cross-country multi-use trail, designed to be entirely bikeable and separated from vehicle traffic.

The Great American Rail-Trail is a planned 3,700-mile cross-country trail connecting Washington, D.C., and Washington State, connecting existing rail-trails and other multi-use paths across 12 states and Washington, D.C.

Horton Praised Washington State for being a model for preserving rail lines for public access and "Showing how it's done."

Washington State Parks Commissioner **Scott Merriman** spoke to the crowd from the train platform, beginning with, "Our parks and trails are where memories are made."

Washington State has over 140 campgrounds and scores of historic buildings like the South Cle Elum Depot that are recognized as places for learning about our history while discovering pathways to the future.

**Nicky Passi** with the Mountain to Sound Greenway Association stepped forward to speak about the diverse ecosystems observable along the Palouse to Cascade Trail, "Overhead are the wildlife bridges and below are passageways for small creatures like the salamander."

### Saddle up its time to ride!

As the sun moved above the tree line the riders began stripping off layers. Enough with the speeches, it was time to ride.

The riders saddled up in style on brand new E-Bikes provided by the Cascade Bike Club.

With a wave goodbye, tires crunched over the gravel trail as the merry group rode off to make some memories.

## Moratorium on Vape Shop remains in effect following vote by Council

*by Carl Nelson*
carl@nkctribune.com

CLE ELUM – During the regularly scheduled City Council meeting on Sept. 23 a second public hearing was held to address the emergency moratorium on Vape and smoking paraphernalia shops in downtown Cle Elum imposed by the City Council Aug. 12.

The City Council heard from physicians who spoke from experience about the dangerous effects of vaping and smoking, urging the city council to weigh the economic value of the business against the negative health effects of smoking.

Local business owners came forward expressing their belief that a vape shop on First Street would conflict with the commitment to a wholesome, family-friendly downtown.

Advocates for local youth reminded the council of the uphill battle to confront teen addiction to tobacco products, pointing out the proposed shop would be directly across from The Shop Teen Center.

Following unanimous opposition, the city council voted 7-0 for the moratorium to remain in effect.

### Cle Elum Waste treatment plant receives 2024 award

Acknowledged for their exceptional effort, the team operating the Cle Elum Waste treatment plant received the 2024 award from the Department of Ecology (DOE) for outstanding performance. **Coleman Miller**, DOE permit manager, presented the award praising the crew at the Cle Elum plant for a perfect record with no violations in 2024.

### Cle Elum Library reports on a busy summer season

Assistant Librarian Amy

Pridemore was pleased to share her report on the improvements made to the Carpenter Memorial Library as well as the many fun activities held over the summer season.

Pridemore boasted about the creative use of a closet space to create a zoom meeting booth which has proven very popular. A bathroom has been converted to accommodate more space for books, and the library now has a new heating and air-conditioning system.

Pridemore concluded by thanking the Friends of Roslyn and Cle Elum Libraries and everyone who participated in making the summer reading program a success, up 22% from last year.

*See CLE ELUM COUNCIL...., page A3*

## U.S. Coast Guard to honor Douglas A. Munro this Friday

CLE ELUM – A special ceremony will be held on Friday, Sept. 26 at 11:00 a.m. at Laurel Hill Memorial Cemetery in Cle Elum to commemorate SM1 **Douglas A. Munro** for his heroism and gallantry during combat action at Point Cruz, Guadalcanal on September 27, 1942. The public is invited to attend the 83rd Anniversary remembrance ceremony.

## WHAT'S INSIDE

| | |
|---|---|
| Calendar | .B2 |
| Classified Ads | .B8 |
| Obituaries | .B3 |

• Bernice A. "Babs" Ballard
• Jerri L. Hummel
• Kurt E. Lucke
• Heather M. (Ellis) (Osiadacz) Neifert
• Vernon J. "Vern" Steiner

| | |
|---|---|
| Public Notices | .B6-8 |
| Sports & School | .B6-7 |
| Voices | .A4 |
| Weather | .A2 |

### INSERTS

**Safeway**



NEWSPAPER

NORTHERN KITTITAS COUNTY
**TRIBUNE**

## Roslyn City Council moves Master Plan Development forward to next stage

*by Victoria Malcolm*
victoria@nkctribune.com

ROSLYN – The Roslyn City Council approved the draft of the city's master plan development during its September 23 meeting, setting the stage for a public hearing next month. The plan, which has drawn close attention and some controversy, outlines long-term growth and development priorities for the city. Councilmembers had time to review the draft before Tuesday's meeting, with discussion kept brief. A public hearing will be held at the next available council meeting, likely Tuesday, October 14 at 5 p.m. (date to be confirmed).

### Other business

Council also heard from **Jessica Karraker** of the Kittitas County Lodging Tax Committee, who announced that Roslyn has secured large capital grants for cemetery signage and sprinkler systems. She flagged a potential out-of-cycle small capital grant opportunity this fall or early 2026, with $1.5 million in funding still available.

The Parks Committee reported that an open public meeting on September 11 drew between 10 and 15 residents to review survey results and a preliminary plan. Surveys have since grown from 29 to around 80 responses, and another public meeting will be scheduled once plans progress.

**Claire Nicholls** and **Gary Berndt** of the Kittitas County Public Facilities District shared updates on the 12.2-acre Upper County Community Recreation Center project, noting that the design is 'shovel-ready', but more funding is still needed. Council passed a motion to continue discussions about forming a countywide Public Facilities District, while clarifying that this does not yet signal a formal partnership.

Finally, the council discussed city Ordinance 1222 regarding UTV and side-by-side vehicle use on city streets. No resolution was reached, and the issue will be revisited in a working session before the October 14 meeting.

# WEATHER



### Seven-Day Forecast for Cle Elum

| Thursday | Friday | Saturday | Sunday | Monday | Tuesday | Wednesday |
|---|---|---|---|---|---|---|
| Cooler | Partly sunny | Mostly sunny | Partly sunny; nice | Clearing | A thick cloud cover | Showers around |
| 70°/48° | 72°/48° | 79°/51° | 74°/46° | 68°/42° | 70°/40° | 69°/41° |

### The Region

| City | Thu. Hi/Lo/W | Fri. Hi/Lo/W | Sat. Hi/Lo/W | Sun. Hi/Lo/W | Mon. Hi/Lo/W | Tue. Hi/Lo/W | Wed. Hi/Lo/W |
|---|---|---|---|---|---|---|---|
| Aberdeen | 64/48/c | 67/51/s | 70/53/s | 65/54/r | 65/51/pc | 66/52/r | 69/54/s |
| Bellingham | 63/52/pc | 64/54/pc | 68/51/s | 66/55/c | 63/50/c | 64/50/r | 67/51/sh |
| Coulee Dam | 81/49/s | 73/47/pc | 76/50/s | 80/54/pc | 76/51/c | 75/51/c | 74/50/pc |
| Ellensburg | 74/54/s | 76/49/pc | 79/51/s | 83/51/s | 73/48/pc | 75/46/c | 74/49/sh |
| Everett | 64/51/pc | 70/52/pc | 68/53/s | 68/55/c | 64/53/sh | 63/54/r | 70/53/sh |
| Olympia | 69/49/pc | 70/48/pc | 73/49/s | 69/53/pc | 65/48/pc | 66/49/r | 71/51/r |
| Pullman | 80/45/s | 68/46/pc | 75/51/pc | 78/49/s | 70/49/c | 70/48/c | 73/46/sh |
| Seattle | 65/52/pc | 68/54/pc | 73/55/s | 68/56/pc | 66/52/sh | 65/51/r | 70/53/s |
| Spokane | 81/47/s | 70/49/pc | 76/52/s | 79/53/pc | 72/51/sh | 71/50/c | 73/48/sh |
| Tacoma | 67/48/pc | 68/49/pc | 72/50/s | 70/54/pc | 66/48/pc | 67/48/r | 71/51/r |
| Vancouver, BC | 63/51/pc | 62/54/pc | 65/53/s | 63/54/c | 61/51/pc | 63/53/r | 64/51/sh |
| Walla Walla | 82/54/s | 74/52/pc | 77/57/s | 80/58/s | 75/56/c | 76/54/c | 75/52/sh |
| Yakima | 85/49/s | 76/48/pc | 79/51/pc | 80/51/pc | 75/45/c | 76/46/c | 74/44/s |

Weather (W): s-sunny, pc-partly cloudy, c-cloudy, sh-showers, t-thunderstorms, r-rain, sf-snowflurries, sn-snow, i-ice.

### AccuWeather. We Save Lives. Get the AccuWeather app

### National Weather for Sept. 25 - Oct. 1

Temperature

MUCH ABOVE NORMAL / ABOVE NORMAL / NORMAL / BELOW NORMAL / MUCH BELOW NORMAL

Precipitation

MUCH ABOVE NORMAL / ABOVE NORMAL / NORMAL / BELOW NORMAL / MUCH BELOW NORMAL

### Almanac

Cle Elum for the week ending Sept. 22.

**Temperature**

| High for the week | 84° |
|---|---|
| Low for the week | 38° |
| Normal high | 72° |
| Normal low | 42° |
| Average temperature | 59.5° |
| Normal average temperature | 56.8° |
| Temperature departure | +2.7° |

**Precipitation**

| Total for the week | 0.00" |
|---|---|
| Total for the month | 0.18" |
| Total for the year | 7.54" |
| Normal for the month | 0.63" |
| Normal for the year | 14.41" |
| % of normal this month | 29% |
| % of normal this year | 52% |

### RealFeel Temperature®

The patented AccuWeather.com RealFeel Temperature is an exclusive index of effective temperature based on eight weather factors. Shown is the highest values of the day.

| Thu | Fri | Sat | Sun | Mon | Tue | Wed |
|---|---|---|---|---|---|---|
| 70 | 73 | 83 | 80 | 69 | 69 | 69 |

### Agriculture forecast

Thursday: cooler with clouds and breaks of sun. Winds west-northwest 7-14 mph. Expect 2-4 hours of sunshine with average relative humidity 50% and fair drying conditions. Friday: sun and areas of high clouds.

### Sun and Moon

| | Sunrise | Sunset |
|---|---|---|
| Thursday | 6:55 a.m. | 6:55 p.m. |
| Friday | 6:56 a.m. | 6:53 p.m. |
| Saturday | 6:57 a.m. | 6:51 p.m. |
| Sunday | 6:59 a.m. | 6:49 p.m. |
| Monday | 7:00 a.m. | 6:47 p.m. |
| Tuesday | 7:01 a.m. | 6:45 p.m. |
| Wednesday | 7:03 a.m. | 6:43 p.m. |

| | Moonrise | Moonset |
|---|---|---|
| Thursday | 11:13 a.m. | 8:04 p.m. |
| Friday | 12:21 p.m. | 8:32 p.m. |
| Saturday | 1:27 p.m. | 9:08 p.m. |
| Sunday | 2:27 p.m. | 9:54 p.m. |
| Monday | 3:18 p.m. | 10:51 p.m. |
| Tuesday | 4:00 p.m. | 11:59 p.m. |
| Wednesday | 4:32 p.m. | none |

First — Sep 29 | Full — Oct 6 | Last — Oct 13 | New — Oct 21

Shown is Thursday's weather. Temperatures are Thursday's highs and Thursday night's lows.

### Weather Trivia™

Q: What happens to the jet stream during autumn over North America?

A: It strengthens and shifts southward.

Forecasts and graphics provided by AccuWeather, Inc. ©2025

# Evacuations and road closures as Labor Mountain Fire escalates

**by Victoria Malcolm**

victoria@nkctribune.com

UPPER KITTITAS COUNTY – The Labor Mountain Fire, first ignited by lightning on September 1 and burning in the Okanogan-Wenatchee National Forest 10 miles north of Cle Elum, saw significant growth over the weekend of 20 and 21 Sept., expanding by nearly 6,000 acres. The rapid expansion was caused by warm and drying weather on Saturday and strong, erratic winds on Sunday. At the time of writing, the fire is burning nearly 13,500 acres, with continuing active fire behavior in steep terrain.

The fire footprint now extends from its southern boundary near the junction of Forest Roads 9703 and 9737, west to Beverley Turnpike, north to Navaho Peak, and east to within striking distance of US97. On Sunday afternoon, a 30-mile section of Blewett Pass (US97) was closed between milepost 178 and the Highway 970 junction at milepost 149 due to smoke, fire activity, and crews working near the road along the Chelan/Kittitas County line.

*Level 3 "Go Now"* evacuations were issued in Chelan County on Sunday for Shaser Creek Road, King Creek Road, and Culver Creek Road, between mileposts 172 and 174 of US97. For the latest road closure and travel updates, travelers are urged to check the WSDOT website at www.wsdot.wa.gov and filter by road or view the real-time closure map.

On the ground, hundreds of wildland firefighters remain based out of the Labor Mountain Forward Operating Base on Masterson Road, east of Cle Elum. Crews are working to strengthen and hold containment lines, protect structures, and improve road access around the eastern areas of the fire. With warm, dry weather in the forecast Wednesday and a fire weather watch in effect nearby on Thursday, Sept. 25 from 1 to 11 p.m., officials caution that the fire could continue to grow.

For trail and forest road closures in the Okanogan-Wenatchee National Forest, visit: https://www.fs.usda.gov/r06/okanogan-wenatchee/alerts/labor-mountain-fire-fire-closure-order-updated-sept-10 .



**US97 WAS CLOSED** on Sunday afternoon after the Labor Mountain Fire spread by nearly 6,000 acres over the weekend, with fire and smoke impacting driving conditions on a 30-mile stretch of the road.
Photo courtesy of Northwest Incident Team 2



**THE LABOR MOUNTAIN FIRE** and its huge plume of smoke was very clearly visible from the Cle Elum Ridge on Tuesday, Sept. 23, and has been causing very poor air quality and smoky mornings in the Upper County. Photo courtesy of James McMilian



**GUSTY WINDS** on Sunday Sept. 21 contributed to rapid growth of the Labor Mountain Fire.
Photo courtesy of wildland firefighter Christopher Kirsch

### TRIBUNE

NORTHERN KITTITAS COUNTY

Published Weekly
by Oahe Publishing Corporation

807 W. Davis St., ste 101A
P.O. Box 308
Cle Elum, WA 98922

(509) 674-2511, Phone

Advertising/News Deadline
Tuesdays 12 noon

Jana Stoner, Co-Publisher/Editor
Terry Hamberg, Co-Publisher/Designer
Deanna Mayo, Assistant Store Manager
Kelly Hansen, Front Office Assistant
Casey Clark, Graphic Designer
Patricia Garris, Advertising Sales
Carl Nelson, News Reporter
Victoria Malcolm, News Reporter
Lounette Grubb, News Reporter
Frank Schuchman, Content Contributor
Kayla Snider, Content Contributor
Jen Smith, Content Contributor
Greg Pendrey, Distribution

### SUBSCRIPTION RATES:

$60.00 in Kittitas County (per year)
$70.00 in Washington State (per year)
$70.00 Part-time In/Out of County (year)
$80.00 in U.S./Outside of WA State (year)

Call – Foreign Rates

POSTMASTER –
Send address changes to:
Northern Kittitas County Tribune,
P.O. Box 308
Cle Elum, WA 98922-0308

We accept Credit Card payments online for Classified Ads, Obituaries, Subscriptions and Single Copy orders.

VISA DISCOVER

Visit: www.NKCTribune.com

NORTHERN KITTITAS COUNTY TRIBUNE
(USPS 395-980)
Periodicals postage paid at Cle Elum office,
United States Postal Service

*Official Legal Newspaper of Record for:*
Cle Elum-Roslyn School District
City of Cle Elum
City of Roslyn • Kittitas County
Town of South Cle Elum
Easton School District
Thorp School District
Ronald Water District #2
Kittitas County Fire District #7
Snoqualmie Pass Utility District
King & Kittitas Co. Fire Dist. 51

The Publisher shall not be liable for slight changes or typographical errors that do not lessen the value of an advertisement. The Publisher's liability for other errors or omissions in connection with an advertisement is strictly limited to publication of the advertisement in any subsequent issue or the refund of any monies paid for the advertisement.

MEMBERS OF:
Washington Newspaper Publisher Association
~ AND ~
NATIONAL NEWSPAPER ASSOCIATION

## REGIONAL NEWS



**AWARD WINNERS.** The Cle Elum Waste Treatment team received with pride the 2024 Outstanding Performance award from the Department of Ecology for a clean, violation free year. Pictured (L-R) at the presentation is Mayor Matthew Lundh, Austin Simmons, Daniel Alcaraz, William La Rue, Bill Neuman and Coleman Miller.

N.K.C. TRIBUNE/Carl Nelson photo - 2025

# CLE ELUM COUNCIL...

**CONTINUED FROM PAGE A1**

Check out the *Little Art Gallery* at the Carpenter Memorial Library where you can take and or leave a piece of art.

**Department Reports**

Public Works Director **Matthew Bailey** reported the following:

Puget Sound Energy would be installing light poles at the new Second Street roundabout this month.

Bullfrog Apartments project is moving ahead with plans to complete the foundation this fall; 48 apartments will be available when completed.

Cle Elum-Roslyn Police Chief **Rich Albo** reported all patrol cars will be marked for identification to the public, recognizing the importance of being visible to the public.

Officers are training for conducting evacuations as part of the County wide Emergency Management Plan.

Cle Elum **Fire Chief Ed Mills** requested the mayor approve the updated interlocal agreement between Cle Elum Fire Dept. and Kittitas County Fire District 7. The agreement was updated as requested.

**Bullfrog Flats water rights transfer approved**

Following a presentation by HLA Engineering representative **Ben Annen**, the transfer of 465-acre feet of water rights from Blue Fern Developers to the city of Cle Elum was approved by a vote of 7-0 by the city council.

Annen stated that analysis of the water rights demonstrated that the water rights would meet daily maximum demand combined with fire flow needed for the Bullfrog Flats development. (One acre foot of water equals 325,850 gallons).

**City Council supports Public Facilities District**

**to fund Upper Kittitas County Community Recreation Center**

In a significant move to find funding for the long-awaited Recreation Center, the city council voted to support the forming of a Public Facilities District (PFD) that would seek voter approval to raise funds through a .2% increase in sales tax. It was noted that a high percentage of sales tax collected is paid by people traveling from outside the county. Another advantage of a County PFD is the option to tap Lodging tax is possible.

**A reminder to attend the Douglas A. Munro Memorial Service**

Mayor Lundh closed the meeting with a reminder that the Douglas A. Munro Memorial Service will be held this Friday September 26 at 11:00 AM at the Laurel Hill Cemetery. Mayor Lundh concluded with, "This is a moving and significant ceremony. I encourage all who can make it to attend."

# Drinking water affordability, a growing concern

## Cost of Infrastructure hits rate payers

by **Carl Nelson**
carl@nkctribune.com

**CLE ELUM** – Kittitas County Water District 7 (KCWD 7) held its annual meeting on Saturday, Sept. 19.

The annual meeting provides an opportunity for the community of Sunlight Waters to learn about the status of their water system.

This is a story about the challenges water utilities across the country are met with today as the U.S. confronts a decades long decline in investment in infrastructure.

**Small Kittitas County water districts shoulder heavy burden**

Local Municipal water systems must meet all regulations set by the Department of Health (DOH). KCWD 7 is managed by three Water Commissioners – **Vince Konkler**, **Letha Ihrke** and **Jeff Schultz** who were elected to office by the residents of Sunlight Waters. Water Commissioners receive $125 per month for their service.

At the recent annual meeting KCWD 7 commissioners shared the good news first.

To bring the system into the 21st century the district now provides online bill pay option, has new accounting software and boasts the only water district with a website. The water system is following all requirements and currently enjoys a GREEN status with the DOH.

The bad news is the system needs a new well.

After it was determined the old backup well, drilled in 1969, had failed, the system operates with a single source. Gray and Osborne Engineering have estimated the new well will cost $3 million.

KCWD 7 was able to secure funding for about half the cost through a DOH grant leaving the rate payers to cover the rest. Rate payers were informed that their base rate will increase from $69.32

*See WATER DISTRICT 7..., page A8*



**MaMa Vallone's will be closed**
for a brief staff break

**Oct. 5 - 19**

*So come dine with us now, or make plans for after we return!*

**MaMa Vallone's**

302 W. 1st Street • Cle Elum
Reservations: 509-674-5174



**Presenting Sponsors**

**KELLEHER MOTOR CO.**

**JOHNSTON & WILLIAMS** FUNERAL HOME AND CREMATORY

**KM**

Hosted by your Kittitas County Rotary Clubs with immense support from the City of Ellensburg

Thank you to all our sponsors and partner organizations whose generosity helped bring **The Wall That Heals** to Ellensburg

**Honoring**

Central Washington University
Farmer's Insurance - Gerald Lael
Kittitas Valley Healthcare (KVH)
Ellensburg Floral & Gift
1883 Magazine
The Family of Craig Michaud
Yakima Kiwanis Club
Dennis Robinson & Christine Rice
Ellensburg IOOF Lodge
Law Office of Tony Swartz

**Remembering**

Ellensburg Golf & Country Club
Central Party & Costume
The Copy Shop
Super One Foods
Ellensburg Safeway
Lt. Col. Fred Sparks, US Army (Ret.)
Brown & Jackson
Smokey's BBQ
Winegar's
Jerrol's
Dennis & Nancy Wilson
Glenn & Edna Madsen
Andy Herdon
Jim Ridgway
Yakima Costco

**Gold Sponsor**

KXLE
ELLENSBURG Rodeo

**Silver Sponsor**

TRIBUNE
**United Rentals**
**ELLENSBURG** Downtown Rotary Morning Rotary Noon Rotary

**Bronze Sponsor**

Alpine
**DR** DAILY RECORD

Bob Crowe, In Memory of Marly Crowe (USMC)
The Hatlestad Family
Lt. William & Lt. Rosemary Meyer (USNR)

**Special Thanks**

Kittitas County Fire District #7
Ellensburg Police Department
Kittitas County Sheriff's Office
Ellensburg School District
Kittitas Valley Fire & Rescue
Scouting America Troops #413 & #493
CWU Army ROTC Program
Kittitas County Health Network
Kittitas County Board of Commissioners
Ellensburg American Legion Post #8
Cle Elum VFW Post #1373
Steven Cook, Cle Elum Councilmember
Ellensburg Mayor & City Council
Ellensburg Parks & Rec Crew
Eckson Electric, LLC
Charmie Thornton

And here's to all our amazing volunteers!

If we've missed someone on any of these lists, please know it was not intentional and accept our apologies. We appreciate each and every person, business and nonprofit organization that helped make this event a success. We could not have done it without all of your help!

# VOICES





## FRANKLY SPEAKING
### About Good Foods, From Garden-to-Fork!
by *Chef Frank Schuchman*

www.nkctribune.com/frankly — frankly@nkctribune.com

*Roslyn's own Frank Schuchman with over 40 years experience as an executive chef is an enthusiastic "foodie" and organic gardener. Bonus materials online.*

## LETTERS — www.TribMailbox.com

### Freedom of speech under fire

I like **Jimmy Kimmel**. I think he's funny and he does his job well. His job is to create satire about America's people in power.

Of course, the Commander-in-Chief Provocateur, President **Trump**, who endlessly complained about "CANCEL CULTURE" during his campaigns for president, decided that he didn't like being called a 4-year-old.

Trump wants to curtail freedom of speech for "JUST CERTAIN AMERICANS", but certainly not himself. He recommends people who criticize him and the MAGA party to be silenced.

"Hello", this country was made on revolution, resulting with "FREEDOM of SPEECH" being the "NUMBER 1" Constitutional Right.

I say "...keep up the good work Jimmy Kimmel. You are excellent at your job and I want to hear more from you."

**Kathy Wyborski** – Cle Elum

### TRIB FAN mail

### Appreciate Tribune columnist Dan Sater's perspective

We would like to give Two Thumbs Up to our local contributor **Dan Sater** and his most recent column in the 9/18/25 edition of the *Tribune*; "Criminals need to pay for what they do".

We enjoy his perspective and appreciate his common sense approach. Keep up the good work Dan!

**Gordon and Carolyn Jones** – Cle Elum

---

*Reminiscences:* I'm nearly 100 years old and missing the good old days ...

## My computer laughs at me - it's evil!



by local contributor
**Dan Sater of Cle Elum**

Writing on the computer is one of the most frustrating things that a person like me can do.

#### Computer frustrations

When I have written a paragraph or two and get to thinking about what I am writing and not paying any attention to the computer, the last few sentences have completely disappeared, never to be seen again.

Whenever I need to check my spelling, the spell check has disappeared and I can't figure out how to retrieve it.

When I become engrossed in what in what I am doing and not paying attention, everything that I have been typing has been in capital letters and I have to erase it all and start back over.

Then, the most frustrating thing is trying to remember what I had already written. This is especially bad because I have been spending all this time thinking about something to write about and now I can't remember what I started to write about in the first place.

#### It's laughing at me

As you most likely know by now, I have not been keeping up with the times and do not know how to do a lot of the things that are now available on the computer and smart phones. At least I have gone from a typewriter to a word processor to a computer.

I do know that they now have machines that you can talk into and it will type words out that you have said to it. Not all the right words, but they sound alike.

Right now, what I had written has all disappeared and I thought that it was gone forever but it magically reappeared, thankfully.

I am inclined to think that this computer can hear whatever I am saying and is doing these things just to irritate me. I can almost hear it laughing at me.

#### Hanging in there

I soon have an appointment with my heart doctor to see if I am in shape to have another appointment with him again next year.

I am still cutting up my own firewood every year and am still able to get around without having to use any other devices. I have slowed down but am still able to get a few things done.

I am still able to make my donations at Bingo. They don't seem to take pity on an elderly person when it comes to paying out.

I can still hold my own playing bridge although somedays I can sit all day without getting a playable hand. The other day my partner got a 26 point hand and I got to make a small slam. Glad to play with you again Debb.

#### Spuds are good for you, right?

Our neighbor told us that we could come over and pick some of his pole beans the other day and Linda ended up putting over 30 bags of processed beans in our freezer. Now, it looks like we will be either eating beans or corn all winter. At least we will be eating and it all came from the USA.

Our tomatoes are starting to get ripe now and it won't be long before we can start having a salad right out of our garden.

We still haven't figured out what kind of an animal ate the tops off our potatoes and several green tomatoes. The solar lights seemed to keep it away and we haven't had any more trouble from it. Now, if only I can convince Linda that potatoes are necessary several times a week in able to keep in shape. Isn't there a saying that goes like, "a potato a day keeps the doctor away" or something like that? If not, there should be.

I had better try to print this off before I lose it again.

*Editor's note: And yes, Dan still physically prints out his columns and brings them in on paper for us to manually convert back into digital files as he can't convince his evil computer to email us the originals! Good thing so many people love his column so much that it's worth the effort! :)*

---

**The opinions expressed on the Voices Page are those of the writers and not necessarily the viewpoint of the Tribune or its staff.**

**LETTER TO THE EDITOR POLICY (note: all letters subject to space availability)**
The Northern Kittitas County Tribune welcomes points of view that are well-reasoned. Anonymous letters, or ones signed on behalf of others, not accepted. We will consider letters to the editor or guest editorials for publication if they are submitted with a name, city and state (for print) and phone number or email address (for our contact purposes only.) We reserve the right to edit all editorial pieces, and limit submissions by the same person(s) to one every 30 days, at the publishers' discretion. Digitally formatted letters of 300 words or less are preferred. Send to Letters, Northern Kittitas Co. Tribune, P.O. Box 308, Cle Elum, WA 98922, or email letters to trib@nkctribune.com.

---

## Farm-to-Soup Spoon:
## Taste the Tomato Soup!

**Frankly**, is it almost the end of September already? I sure can feel it in the cold mornings like frost will be here soon. Afternoons seem to still be warm and toasty and only a few leaves have changed color in Roslyn. No matter, change is happening and cool fall weather transitions my dinner table, here come the soups. It's the tomato harvest season, want to learn my base tomato soup recipe with a few Frankly chef touches?

### Soup Traditions and Transitions

Tomato soup is a perfect way to transition into fall, it is simple, light and delicious. It also lets us use tomatoes at their peak of flavor and nutrition. Entering the traditional hug-a-bowl-of-soup season, it's the healthy start to warding off the coming colds and flu. The past weeks we have been learning how to save tomatoes and today's recipe is a great way to taste the end of summer when using your tomatoes this winter.

### Chef Frankly Tomato Season Soup

Lots of freedom in the ingredient amounts, start with these guidelines and feel free to add or subtract to your taste. *Tip:* it freezes well.

- 2-3 pounds Tomatoes, preferably just picked (aroma hint: follow your nose) Big chunks, about 4-6 cups. Or thaw them from the frozen you saved in September
- 1 large Carrot – 1 cup diced
- 1 med Onion – 2 cups diced
- 4 stalks Celery – 1 cup diced
- 5+ cloves chopped fresh Garlic for weaklings, 10+ cloves at my house
- 1 box Chicken or Veggie Stock, 32 oz low-sodium, read your labels
- Black Pepper – a few grinds to taste
- 1 TBL good olive oil for health and flavor or a neutral salad oil for none
- Basil and Oregano – dried leaves, about 1 tsp each
- Using fresh herbs: slice thinly, pour soup over them in each bowl. Fresh Thyme is a game changer
- 1 tsp Sugar or Splenda. To tame excess tartness
- Milk or Heavy Cream – optional: its all about the fat, you choose. 2-3 TBL for the pot is all you need if your tomatoes are too twangy.



As the soup pot simmers so do the flavors before the blender. No need for long cook times, about an hour is all you need for a wonderful fall harvest soup.

### Grab Your Apron

1. Use a large, heavy soup pot, no lid. Add the olive oil, cut carrots, onions and celery. Medium simmer until slightly soft, add all the tomatoes. (raw garlic, add now for mild flavor, see step 5)

2. Add the stock and bring to a boil, drop to a simmer.

3. Simmer 15-20 minutes, stir to blend flavors together. Remove from heat.

4. Once room temp, blend smooth with a blender, hand blender or food processor, return to the soup pot. No need to strain.

5. Bring to a boil, add in the rest: (raw garlic: add now for a strong flavor), pepper, herbs, sugar and cream. Drop to a simmer for 15-20 minutes and taste. Add a little more milk? More garlic? Or a delicious: Nothing at all.

### Soup: *Skins On or Off?*

Tomato skins are not a flavor deal-breaker in my kitchen. Farm fresh tomato skins have a lovely aroma and is part of my decision making when choosing varieties. I like the skin flavor/aroma and leave them on the tomatoes to simmer. You, can make up your own mind.

### Soup: *Seeds In or Out?*

Seeds, depends on the tomatoes. A cherry tomato is worthless with how many seeds and moisture vs how much usable meaty flesh there is. I believe those tiny seeds are also off-putting my soup flavors so I never use them. Romas and regular slicing tomatoes, I will normally leave the skins on but I do squeeze out the seeds (just cut in half and wiggle a finger inside). Heirloom varieties I use everything but the stem end. These are grown for one purpose, flavor.



They look like aliens dropped these tomatoes off. All heirlooms look strange and taste great. Just remember, these were grown for one purpose, flavor. That's why they make it into my fall tomato soup and sauce recipes.

N.K.C. TRIBUNE/Frank Schuchman photos - 2025

### Chef Fancy Tips:

- *Balsamic Vinegar* tastes amazing paired with tomatoes, fresh mozzarella, olive oil and basil. A perfect "Caprese" drizzle for any tomato soup. More Italian? Add a dollop of Pesto!

- *Increase Depth of Flavor:* Oven roast all your tomatoes and veggies before cooking: 350 degrees, cookie sheet filled with all your cut up veggies, roast for 1 hour for a little color, then into your soup pot.

- *Too Tart?* If so, add that cream at the end, add more sweet carrot, add a hint of sugar and/or simmer everything longer and the flavors will mellow.

- *Rock the Red.* Your soup is not a ripe red tomato color? Just shake in some plain paprika at the end. Smoked paprika if you roasted your veggies.

- *Canned Tomatoes.* If you must, use 2 (14oz) cans of crushed tomatoes and a couple of fresh Romas from the store in the recipe above.

### Salty Assault!

Please, no salt is needed in this recipe. Canned soups, I can eat a whole one, can average 1,600 mg sodium. Making a copy cat recipe of the above using canned toms, regular stock and salt – about 700 mg per bowl. Using my recipe, no-salt stock and fresh tomatoes – under 40 mg per bowl. Ask me, I have the numbers.

## VOICES

# Secretary of State responds to DOJ letter for voter registration data

**Office will only provide legally publicly disclosable data fields, not protected information**

OLYMPIA — Secretary of State **Steve Hobbs** responded to the U.S. Department of Justice's (DOJ) Sep. 8 request for all fields of Washington's voter registration list by directing his office to provide only the publicly disclosable information permitted under state law, Tuesday, Sept. 23, 2025.

Pursuant to RCWs 29A.08.710 and 29A.08.720 the publicly disclosable fields include information such as the registrant's name, address, year of birth, and voting history. *Protected information, including the last four digits of a Social Security number, a driver's license number, or a full date of birth, is not subject to public disclosure.*

"As Washington state's chief elections officer, I take my duty to protect voters and the sensitive information they entrust to the state very seriously," said Secretary Hobbs. "While we will provide the DOJ with the voter registration data that state law already makes public, we will not compromise the privacy of Washington voters by turning over confidential information that both state and federal law prohibit us from disclosing."

The DOJ letter cites sections of the National Voter Registration Act and Help America Vote Act in their request for confidential data, however nothing in the provisions require that states provide that information.

The request also raises concerns about the DOJ's shifting explanations for why it seeks this information, including public reporting that the DOJ may use state voter files to build a national database or share records with other agencies for unauthorized purposes. Secretary Hobbs noted that such use could raise significant legal questions under the federal Privacy Act of 1974, which requires strict protections when creating or maintaining federal systems of records.

"Our office is committed to transparency and accountability in elections," Hobbs said. "But transparency does not mean putting the personal information of every Washington voter at risk. The law is clear, and my responsibility is to the voters of this state."

A copy of Secretary Hobbs' letter to the DOJ is available at www.sos.wa.gov/sites/default/files/2025-09/9.23.2025%20Secretary%20Hobbs%20DOJ%20Response.pdf

*Washington's Office of the Secretary of State oversees areas within state government including managing state elections, registering corporations and charities, and governing the use of the state flag and state seal. The Secretary of State oversees the state's Address Confidentiality Program to help protect survivors of crime and the Civic Engagement Program to increase governmental trust and participation for all Washingtonians.*

# WA settles with large, national property management company accused of charging military service members unfair housing fees

OLYMPIA - On the heels of a $1.4 million settlement with the U.S. Department of Justice (DOJ), property management company Greystar reached an agreement with the Washington Attorney General's Office (AGO) to resolve allegations the company violated state and federal laws protecting military service members from illegal housing fees.

The resolution with the AGO bars Greystar from charging illegal early lease termination fees to military service members in the future. The company has also agreed to remove any negative marks on service members' credit reports that stem from improper fees and pay $50,000 to the AGO for, among other things, future enforcement of the Service Members' Civil Relief Act (SCRA).

"Military service by its nature is disruptive enough—whether it's someone being deployed to dangerous assignments or uprooting their whole family for new assignments around the country. It's why we have laws that mitigate those challenges to help them serve the public," Attorney General **Nick Brown** said. "The last thing service members should have to worry about when getting ready to deploy is going through the fine print of their lease."

The Washington Attorney General's Office and DOJ separately investigated Greystar for claims the company used software that illegally charged fees to service members when

*"The last thing service members should have to worry about when getting ready to deploy is going through the fine print of their lease."*
Nick Brown, Washington State Attorney General

they had to break a rental lease early to fulfill military orders. Federal and state law protects service members from being charged financial penalties to break a contract when they receive military orders to deploy or relocate.

Under the DOJ agreement announced in June, Greystar will pay restitution to service members who were unlawfully charged early lease termination fees dating back to July 2018. Service members who paid an illegal fee will be entitled to receive triple that amount from Greystar, and those who were charged, but did not pay, will still be entitled to some restitution. As part of the settlement, Greystar has set aside $1.4 million for nationwide restitution and is conducting an audit to find all the affected service members across the country, including in Washington. Affected service members will be contacted directly by a claims administrator.

Just last month, Brown announced an agreement with another property owner, Olympic Management Company, over similar claims. Olympic agreed to pay more than $46,000 in refunds and interest to 22 service members who were unfairly charged fees when they terminated their leases early due to deployment or other military orders.

Federal and state law prohibit landlords from charging lease termination fees when active-duty service members terminate a lease as a result of deployment, change of station, or retirement orders. If you think your rights under the SCRA may have been violated, you should contact your nearest Armed Forces Legal Assistance Program office.

In 2014, the legislature granted the AGO authority to enforce SCRA laws in support of Washington's military families. Individuals concerned their SCRA rights may have been violated should also file a consumer complaint.

Assistant Attorney General **John Nelson**, Paralegal **Miranda Marti**, and Legal Assistant **Chris Kiefer** worked on the case for Washington state.

The resolution with Greystar can be found at: tinyurl.com/greystarAOD.

# Senator Murray applauds selection of Blue Origin in WA for $190 million contract to land science rover on South Pole of the Moon

Washington, D.C. – Tuesday, U.S. Senator **Patty Murray** (D-WA), Vice Chair of the Senate Appropriations Committee, applauded NASA's announcement that Blue Origin of Kent, Washington, won a $190 million contract to land a NASA Science mission—the Volatiles Investigating Polar Exploration Rover or "VIPER" rover—on the South Pole of the Moon.

This mission will collect samples and search for ice to serve as a precursor to returning humans to the Moon. The contract is under the NASA Commercial Lunar Payload Services (CLPS) program. Murray was instrumental in securing the funding to make this award possible, expanding the federal aerospace footprint in Washington state has been a top priority for Senator Murray.

"This announcement is fantastic news for Kent-based Blue Origin and Washington state's entire aerospace economy, which supports nearly 200,000 jobs and keeps our state on the cutting-edge of scientific discovery. This contract means that Blue Origin will help lay the groundwork for humans returning to the Moon—that's a big deal!" said Senator Murray.

"Washington state has long been a world leader in aerospace manufacturing and engineering—which is critical to our state's economy—and our influence is only growing. As a longtime supporter of Washington state's aerospace sector and Vice Chair of the Senate Appropriations Committee, I will keep fighting for federal investment in the innovation that keeps America at the forefront of human discovery."

To continue American leadership in space, Senator Murray secured $24.9 billion for NASA in the fiscal year 2024 Commerce, Justice, Science and Related Agencies appropriations bill. Senator Murray was able to secure significant resources to enable the goal of returning Americans to the Moon, providing $7.67 billion for Exploration.

The resources for NASA have supported progress on the Artemis Campaign Development, including funding for NASA to meet all contractual obligations for both Human Landing Systems in fiscal year 2024. The funding levels Murray secured were mostly extended in fiscal year 2025. Senator Murray currently working to pass a full year spending bill to fund NASA for fiscal year 2026.

The VIPER launch is scheduled for late 2027. It will be the second launch of the Blue Moon robotic lander and the second CLPS contract for Blue Origin. The first CLPS launch is expected at the end of this year.

# Who wants to end violence?
# With 5,595+ actions, Campaign Nonviolence is working on it

**by Rivera Sun**

**Charlie Kirk**'s murder. School shootings in Minneapolis and Denver. Genocide in Gaza. Russia's war in Ukraine. Violence is everywhere. It's frightening and heartbreaking.

*No one likes violence. Do they?*

In truth, our culture sends out very mixed messages when it comes to violence. We glorify it in movies. We fantasize about it in video games. We pour billions of dollars into weapons and guns each year. We pour billions into police and efforts to stop it. We justify it (when used by people on 'our side'). We denounce it (when used by the 'other side'). We criminalize it. We profit from it. We are traumatized by it.

It doesn't have to be this way. And this week, tens of thousands of people are taking action to end violence in all its forms.

Campaign Nonviolence Action Days is underway an impressive 5,595+ actions and events across the United States and around the world working to "build a culture of peace and active nonviolence, free from war, poverty, racism, and environmental destruction."

Stretching across the 12 days between the **International Day of Peace on Sept. 21** and the **International Day of Nonviolence on October 2**, the worldwide effort brings together over 100 groups and organizations who are working on different aspects of a culture of active nonviolence.

They are stopping fist fights. They are fostering social skills to prevent bullying. They are keeping people safe in war zones.

They are also tackling systemic violence – the policies and systems that cause harm.

They're doing mutual aid and sharing food to prevent hunger. They're campaigning for affordable healthcare. They're cleaning up trash and addressing pollution. They're calling for renewable energy to replace fossil fuels.

The tens of thousands of people moving into action this week are *showing that nonviolence is not passivity.* It is not doing nothing. It is active, powerful, and transformative. It is not merely the absence of violence - it is the presence of solutions. Nonviolence is a word that encompasses a broad toolbox of skills and policies that heal, liberate, transform, empower, and offer us better ways to deal with the pressing issues of our times.

Campaign Nonviolence began in 2014 with 240 actions across the United States. Now in its 12th year, the immense effort of 5,595+ actions and events brings together students, educators, faith communities, activists, artists, community leaders, nonprofits, families, civic leaders, and many others. This year, organizers are working on the theme of "practicing nonviolence toward self, others, world, and earth."

With international efforts like World Wellness Weekend, people are practicing self-care by attending some of the 10,000 free health and wellness sessions as a way to reduce harm to one's body, mind, and spirit.

With groups like Cure Violence, Nonviolent Peaceforce, DC Peace Team, Sandy Hook Promise, and United Religions Initiative, people are training in violence prevention and de-escalation skills as a way of stopping fights and attacks. They also have hundreds of street teams deployed everywhere from local neighborhoods to war zones to refugee camps, working to keep people safer.

With visibility actions like street demonstrations, overpass banner brigades, postering, and vigils, they brought awareness to hot button issues like immigration raids, trans rights, the genocide in Gaza, and rising authoritarianism.

With participation in efforts like World Cleanup Day, Sunday, Draw the Line, Make Billionaires Pay, Climate Film Festival, and the Fossil Fuel Nonproliferation Treaty, people are working to stop the extreme violence of the climate crisis.

Many groups participate in Peace Day events on September 21, holding rallies, vigils, anti-war and anti-militarism actions, opposing nuclear weapons, and calling for ceasefires. On October 2, the International Day of Nonviolence and the birthday of **Mahatma Gandhi**, people are engaging educational events to teach about active nonviolence. These include film screenings, talks and lectures, webinars, trainings, art events, and creative teach-ins using a set of 12 coloring pages on historic nonviolent campaigns.

Campaign Nonviolence takes the broad view that violence can be physical, systemic, and cultural. It causes harm directly – such as with bullets and bombs – and indirectly through policies that cause hunger, poverty, toxic pollution, inequality, discrimination, etc. Violence is also fomented by cultural beliefs and attitudes, such as racism, sexism, homophobic or transphobic views, xenophobia, classism, and more.

Violence may be everywhere … but nonviolence is, too. Campaign Nonviolence helps to illuminate that people want a different kind of culture, society, and world – and they're willing to take action to get it.

"Nonviolence is a way of life for courageous people," said **Dr. Martin Luther King, Jr.** And courageously, we can shift our culture toward it. We can shift how we respond to conflicts in-person and in the streets. We can implement policies that help people, not harm them. We can engage our society in changing its cultural views away from hate and discrimination, and toward respect and understanding. We can advocate for and support human rights, democracy, ecological sustainability, economic justice, racial justice, and peace and justice for all.

Campaign Nonviolence empowers tens of thousands of people each year to use nonviolent tools to construct nonviolent solutions in a world longing for change. *"Means are ends in the making,"* said Mahatma Gandhi. If we want a nonviolent world, we must build it through those means.



*Rivera Sun, syndicated by PeaceVoice, has written numerous books, including The Dandelion Insurrection and the award-winning Ari Ara Series. She is the editor of Nonviolence News, Program Coordinator for Campaign Nonviolence, and a nationwide trainer in strategy for nonviolent campaigns.*

# PUBLIC NOTICES

## NO. 25-4-00139-19
### NOTICE TO CREDITORS

### SUPERIOR COURT OF WASHINGTON FOR KITTITAS COUNTY IN PROBATE

In Re the Matter of the Estate of:
ROBERT ARTHUR BUSHA, Deceased.

CATHY A. BUSHA has been appointed as Personal Representative of this estate. Any person having a claim against the decedent must, before the time the claim would be barred by any otherwise applicable statute of limitations, present the claim in the manner as provided in RCW 11.40.070 by serving on or mailing to the Personal Representative or the Personal Representative's attorney at the address stated below a copy of the claim and filing the original of the claim with the court in which the probate proceedings were commenced. The claim must be presented within the later of: (1) Thirty days after the Personal Representative served or mailed the notice to the creditor as provided under RCW 11.40.020(1)(c); or (2) four months after the date of first publication of the notice. If the claim is not presented within this time frame, the claim is forever barred, except as otherwise provided in RCW 11.40.051 and 11.40.060. This bar is effective as to claims against both the decedent's probate and nonprobate assets.

Date of first publication:    September 25, 2025

Personal Representative: Cathy A. Busha

Attorney of Record:    James T. Denison, Jr.
BPE Law Group, P.C.
700 E. Mountain View Ave, Suite 508
Ellensburg, WA 98926
(509) 245-0400
(Published in the N.K.C. TRIBUNE, Sept. 25, Oct. 2 and 9, 2025.)

### EASTON FLOOD MAP LEGAL NOTICE

Kittitas County Public Works, in accordance with National Flood Insurance Program regulation 65.7(b)(1), hereby gives notice of Kittitas County's intent to revise the flood hazard information, generally located along the Yakima River, Silver Creek, Big Creek, and Little Creek within Unincorporated Kittitas County. Specifically, the flood hazard information will be revised along the Yakima River from a point just downstream of Easton Dam in Section 11, Township 20 North, Range 13 E.W.M to a point where the Yakima River passes under Interstate 90 in Section 35, Township 20 North, Range 14 E.W.M. As a result of the revision, the floodway shall widen and narrow, the 1% annual chance water-surface elevations shall increase and decrease, and the 1% annual chance floodplain shall widen and narrow within the area of revision.

Maps and detailed analysis of the revision can be reviewed at the Kittitas County Public Works at 411 North Ruby, Suite 1, Ellensburg, WA. Interested persons may call Arden Thomas, Kittitas County Water Resources Manager at (509) 962-7523 for additional information during normal office hours (Monday through Friday from 8:00 am to 5:00 pm.).
(Published in the N.K.C. TRIBUNE, Sept. 25 and Oct. 2, 2025.)

## Search the Public Notices
### WAPublicNotices.com

## PUGET SOUND ENERGY
### NOTICE OF PLANNED FINAL ACTION AUTHORIZING CONDEMNATION

Puget Sound Energy (PSE) intends to acquire easement rights over Tax Parcel Nos.: 015636, 935834, 15174, 615834, 285834, 18552, 18553, 18554, and 18555, located in Kittitas County for access and in order to improve the safety and reliability of its existing transmission line facilities.

PSE intends to acquire the necessary easement rights over the above-referenced properties through negotiation or, if necessary, through the use of its power of eminent domain (condemnation).

Pursuant to RCW 8.25.290, PSE will hold a public meeting on **October 7th at 5:30 pm** to discuss the necessary easement acquisition and use of its condemnation authority. The meeting will be held at:

Hall Holmes Community Center Auditorium
209 N. Ruby St.
Ellensburg, WA 98926

For further information please contact Courtney Persson, PSE Project Manager, at major.projects@pse.com or (888) 404-8773.
(Published in the N.K.C. TRIBUNE, Sept. 25, 2025 & Oct. 2, 2025.)

## NO. 25-4-00137-19
### PROBATE NOTICE TO CREDITORS

### IN THE SUPERIOR COURT OF WASHINGTON IN AND FOR KITTITAS COUNTY

IN THE MATTER OF THE ESTATE OF:
ADDIE L. GRAAFF, Deceased.
_____

The personal representative named below has been appointed as personal representative of this estate. Any person having claims against the decedent must, before the time the claim would be barred by any otherwise applicable statute of limitations, present the claim in the manner as provided in RCW 11.40.070 by serving or mailing to the personal representative or the personal representative's attorney at the address stated below a copy of the claim and filing the original of the claim with the Court. The claim must be presented within the later of: thirty days after the personal representative served or mailed the notice to the creditor as provided under RCW 11.40.020; or four (4) months after the date of the first publication of the notice. If the claim is not presented within this time frame, the claim is forever barred, except as otherwise provided in RCW 11.40.051 or 11.40.060. This bar is effective as to claims against both the decedent's probate and nonprobate assets.

Date of filing of Notice to Creditors
with Clerk of Court: September 17, 2025.

Date of first publication: September 25, 2025.

SUSAN K. GRINDLE, Personal Representative
c/o ELLIS LAW OFFICES

By: /s/ Darrel R. Ellis
_____

DARREL R. ELLIS, WSBA #4693
Attorney for Personal Representative
P.O. Box 499 – 1206 N Dolarway, Suite 215
Ellensburg, WA 98926
Tel. No. (509) 925-3191.
(Published in the N.K.C. TRIBUNE, Sept. 25, Oct. 2 and 9, 2025.)

---

### PUBLIC NOTICE - KITTITAS COUNTY ELLENSBURG WA

The Board of Kittitas County Commissioners will meet at 2:00 p.m. on October 7, 2025 at the Kittitas County Courthouse, Room 109 to consider four land development code amendments.

/s/ Julie Kjorsvik, Clerk of the Board
(Published in the N.K.C. TRIBUNE, Sept. 18 and 25, 2025.)

## NO. 24-2-00357-19
### SUMMONS BY PUBLICATION (60-DAYS)

### IN THE KITTITAS COUNTY SUPERIOR COURT, STATE OF WASHINGTON

PAUTZKE BAIT CO., INC.,
a Washington Corporation,                    Plaintiff,
v.

RED HAWKS 22, LLC, a Washington Limited Liability Company; KURT C. THOMAS and JANE DOE THOMAS, husband and wife; and CHRISTOPHER MORGAN ALLEN and JANE DOE ALLEN, husband and wife,        Defendants.

TO:  RED HAWKS 22. LLC, a Washington Limited Liability Company; KURT C. THOMAS and JANE DOE THOMAS, husband and wife; and CHRISTOPHER MORGAN ALLEN and JANE DOE ALLEN, husband and wife

You are hereby summoned to appear within sixty days (60) after the date of the first publication of this summons, to wit, within sixty days after September 18, 2025, and defend the above-entitled action in the above-entitled court, and answer the complaint of the Plaintiff, PAUTZKE BAIT CO., INC., and serve a copy of your answer upon the undersigned attorney for Plaintiff, Jeff Slothower of LATHROP, WINBAUER, HARREL & SLOTHOWER, L.L.P., at the office below stated; and in case of your failure so to do, judgment will be rendered against you according to the demand of the complaint, which has been filed with the clerk of said court. The object of the action is a Complaint for Breach of Lease of real property located at 716 East University Way, Ellensburg, Washington 98926, and is legally described as:

The East ½ of Lot 2, all of Lots 3, 4, 5, 6 and the West 15 feet of Lot 7, Block 64, SHOUDY'S SECOND ADDITION TO THE CITY OF ELLENSBURG, in the County of Kittitas, State of Washington.

This Summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the State of Washington and RCW 4.28.110.

DATED this 11 day of September, 2025.

/s/ Jeff Slothower
_____

JEFF SLOTHOWER, WSBA #14526
Attorney for Plaintiff
Lathrop, Winbauer, Harrel, & Slothower, L.L.P.
PO Box 1088/415 E. Mountainview Ave., Ste. 302
Ellensburg, WA 98926
(509) 925-6916
(Published in the N.K.C. TRIBUNE, Sept. 18, 25; and Oct. 2, 9, 16 and 23, 2025.)

## Case No. 25-2-00266-19
### SUMMONS BY PUBLICATION (60 DAYS)

### THE SUPERIOR COURT OF THE STATE OF WASHINGTON FOR THE COUNTY OF KITTITAS

SUNLIGHT WATERS COUNTRY CLUB, INC.,
a Washington Non-Profit Corporation,    Plaintiff.
v.

BYRON L BREKKE, an individual, and JANE or JOHN DOE BREKKE, an individual, and the marital or quasi-marital community composed thereof; THE ESTATE OF SHEILA E STEDMAN, also shown of record as SHEILA STEDMAN-BREKKE, DECEASED; JASON R. KAPPE; SARAH E. BROWN; TRIGG R. BREKKE; SUSAN L. STEDMAN; ASHTIN R. OLSON AKA ASHTIN R. KAPPE; ANY UNKNOWN HEIRS, LEGATEES AND/OR DEVISEES OF SHEILA E STEDMAN, also shown of record as SHEILA STEDMAN-BREKKE, DECEASED; ALL PERSONS OR PARTIES UNKNOWN CLAIMING ANY RIGHT, TITLE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT HEREIN; and ALL OTHER OCCUPANTS,     Defendants.

The State of Washington, To: THE ESTATE OF SHEILA E STEDMAN, also shown of record as SHEILA STEDMAN-BREKKE, DECEASED; JASON R. KAPPE; ANY UNKNOWN HEIRS, LEGATEES AND/OR DEVISEES OF SHEILA E STEDMAN, also shown of record as SHEILA STEDMAN-BREKKE, DECEASED; ALL PERSONS OR PARTIES UNKNOWN CLAIMING ANY RIGHT, TITLE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT HEREIN, defendants, at the address: 741 Twin Lakes Road, Cle Elum, Washington, 98922.

You are hereby summoned to appear within sixty days after the date of the first publication of this summons, to wit, within sixty days after the 21st day of August, 2025, and defend the above entitled action in the above entitled court, and answer the complaint of the plaintiff and serve a copy of your answer upon the undersigned attorney for plaintiff at his (or their) office below stated; and in case of your failure so to do, judgment will be rendered against you according to the demand of the complaint, which has been filed with the clerk of said court. The purpose of this lawsuit is to foreclose a lien for unpaid condominium assessments.

DATED in Lynnwood, Washington
this 15th day of August, 2025.

SOUND LEGAL PARTNERS, PLLC
/s/ Rachel R. Burkemper, WSBA #39989
Attorneys for Plaintiff
7127 196th Street SW, Suite 202
Lynnwood, WA 98036
206-823-1040
(Published in the N.K.C. TRIBUNE, Aug. 21, 28; Sept. 4, 11, 18 and 25, 2025.)



---



## PUBLIC NOTICE – SURPLUS AUCTION
### Sept. 25, 2025

Per RCW 57.08.015, the Board of Commissioners for the Snoqualmie Pass Utility District has declared the following equipment surplus to the operations of the utility:

| Description | Value | Condition of Sale |
|---|---|---|
| Skid Mounted Membrane Bioreactor (stainless steel). Portable wastewater treatment system. Max hydraulic flow approx. 60,000 gpd | $660,250 | As Is |

This Equipment will be offered at public auction, beginning on Monday, Sep 29th, 2025 at 10:00 AM, through the web site "Public Surplus" at www.publicsurplus.com. This equipment is available for viewing at Snoqualmie Pass Utility District Offices at 932 Hyak Drive East.
Questions should be directed to staff, at 425-434-6600 or customercare@snopass.org
(Published in the N.K.C. TRIBUNE, Sept. 25 and Oct. 2, 2025.)

### CITY OF CLE ELUM
### NOTICE OF PUBLIC HEARING

Notice is hereby given that the City of Cle Elum will hold a public hearing on Tuesday, October 14, 2025, at 6:00 p.m., or shortly thereafter, for the purpose of reviewing Ordinance No. 1704 for the 2026 Property Tax Levy for the City of Cle Elum. The hearing will be held both in person and virtually.

Copies of the Tax Levy will be available at the Cle Elum City Hall during regular business hours. Anyone interested in this matter is urged to attend in person or via Zoom, or they may submit their views in writing prior to the meeting to Cle Elum City Hall, 119 West First Street, Cle Elum, WA. 98922.

A complete agenda for the Council Meeting will be posted outside of City Hall, at 119 West First Street, and will be posted on the city website.

For additional information, please call (509) 674-2262.

Debbie Lee, City Clerk
(Published in the N.K.C. TRIBUNE, Sept. 25, 2025.)

### PUBLIC NOTICE - KITTITAS COUNTY ELLENSBURG WA

NOTICE IS HEREBY GIVEN that a public hearing will be held by the Kittitas County Board of Commissioners in the Commissioner's Auditorium, 205 West 5th Ave, Room 109, Kittitas County Courthouse, Ellensburg WA, on October 21st, 2025, at 2pm.

The purpose of the public hearing is to consider the Exercise of Condemnation Authority Under RCW 8.08.010 for the Acquisition of Right of Way and a Temporary Construction Easement for Flood Mitigation on Whiskey Creek. Negotiations to acquire portions of the property described below have reached an impasse and Kittitas County is preparing to submit to the State a request for acquisition of this property and/or property rights through a condemnation action. This is done to ensure that the rights of the individual property owner and the rights of all the taxpayers of the state are equally protected.

Assessed Owner: Michael W. Pearson
Property Address: 2112 Reecer Creek Rd, Ellensburg, WA
Tax Parcel Number: 962710
Brief Legal Description: Acres 2.97; SEC 27, TWP 18, RGE 18; Pearson Short Plat 81-04, PTN Lot 1 (Parcel IA, B44/P150-151)

Assessed Owner: Pearson, David T
Property Address: Reecer Creek Rd, Ellensburg, WA
Tax Parcel Number: 962712
Brief Legal Description: ACRES 22.89; SEC 27, TWP 18, RGE 18; PEARSON SHORT PLAT 81-04, PTN LOT 1 (PARCEL IC, B44/P150-151)

For more information contact Public Works at publicworks@co.kittitas.wa.us or (509) 962-7523

/s/ Julie Kjorsvik, Clerk of the Board

Publish:    Daily Record: 09/18/2025; 09/25/2025
Northern Kittitas County Tribune: 09/18/2025/ 09/25/2025
(Published in the N.K.C. TRIBUNE, Sept. 18 and 25, 2025.)

## NO. 25-4-00136-19
### PROBATE NOTICE TO CREDITORS

### IN THE SUPERIOR COURT OF WASHINGTON IN AND FOR KITTITAS COUNTY

IN THE MATTER OF THE ESTATE OF:
WILLIAM A. CRAVEN, Deceased.
_____

The personal representative named below has been appointed as personal representative of this estate. Any person having claims against the decedent must, before the time the claim would be barred by any otherwise applicable statute of limitations, present the claim in the manner as provided in RCW 11.40.070 by serving or mailing to the personal representative or the personal representative's attorney at the address stated below a copy of the claim and filing the original of the claim with the Court. The claim must be presented within the later of: thirty days after the personal representative served or mailed the notice to the creditor as provided under RCW 11.40.020; or four (4) months after the date of the first publication of the notice. If the claim is not presented within this time frame, the claim is forever barred, except as otherwise provided in RCW 11.40.051 or 11.40.060. This bar is effective as to claims against both the decedent's probate and nonprobate assets.

Date of filing of Notice to Creditors
with Clerk of Court: September 17, 2025.

Date of first publication: September 25, 2025.

CORRINE LEE CRAVEN, Personal Representative
c/o ELLIS LAW OFFICES

By: /s/ Darrel R. Ellis
_____

DARREL R. ELLIS, WSBA #4693
Attorney for Personal Representative
P.O. Box 499 – 1206 N Dolarway, Suite 215
Ellensburg, WA 98926
Tel. No. (509) 925-3191.
(Published in the N.K.C. TRIBUNE, Sept. 25, Oct. 2 and 9, 2025.)

25-01128-WLH9    Doc 81    Filed 03/02/26    Entered 03/02/26 17:46:00    Pg 36 of 46
Exhibit D Page 8 of 18

# PUBLIC NOTICES

## NOTICE OF TRUSTEE'S SALE
### PURSUANT TO THE REVISED CODE OF WASHINGTON CHAPTER 61.24, ET SEQ.

TO: Omid Samimi    Tahereh Sekhavati-Seysan
1260 Leo Lane    1260 Leo Lane
Cle Elum, WA 98922    Cle Elum, WA 98922

Omid Samimi    Tahereh Sekhavati-Seysan
30915 26th Ave S    30915 26th Ave S
Federal Way, WA 98003    Federal Way, WA 98003

TO: Other purported owners, junior lienholders or encumbrancers interested in the real property described below; and

TO: Tenants or occupants of the real property described below.

### THIS NOTICE IS THE FINAL STEP BEFORE THE FORECLOSURE SALE OF YOUR HOME.

You have until 90 calendar days BEFORE the date of sale listed in this Notice of Trustee's Sale to be referred to mediation. If this is an amended Notice of Trustee's Sale providing a 45-day notice of the sale, mediation must be requested no later than 25 calendar days BEFORE the date of sale listed in the amended Notice of Trustee's Sale.

DO NOT DELAY. CONTACT A HOUSING COUNSELOR OR AN ATTORNEY LICENSED IN WASHINGTON NOW to assess your situation and refer you to mediation if you are eligible and it may help you save your home. See below for safe sources of help.

### SEEKING ASSISTANCE

Housing counselors and legal assistance may be available at little or no cost to you. If you would like assistance in determining your rights and opportunities to keep your house, you may contact the following:

· The statewide foreclosure hotline for assistance and referral to housing counselors recommended by the Housing Finance Commission.

Toll-free: 1-877-894-HOME (1-877-894-4663)
Web site: http://www.wshfc.org/buyers/counseling.htm

· The United States Department of Housing and Urban Development:

Telephone: 1-800-569-4287
Web site: http://www.hud.gov/offices/hsg/sfh/hcc/fc/ index .cfm?webListAction=search&searchstate=WA&filter Svc=dfc

· The statewide civil legal aid hotline for assistance and referrals to other housing counselors and attorneys.

Toll-free: 1-800-606-4819
Web site: http://nwjustice.org/get-legal-help

If you filed bankruptcy or have been discharged in bankruptcy, this communication is not intended as an attempt to collect a debt from you personally, but is notice of enforcement of the deed of trust lien against the property.

I.

NOTICE IS HEREBY GIVEN that the undersigned Trustee will, at 10:00 am on the 3rd day of October, 2025, at the main entrance of the Kittitas County Courthouse, 205 W. 5th St., Ellensburg, WA, 98926, sell at public auction to the highest and best bidder, payable at the time of sale, the following described real property, situated in Kittitas County, State of Washington, to-wit:

Lot 3 of Cle Elum Properties Plat, according to the Plat recorded in Volume 11 of Plats at Pages 106 and 107, records of Kittitas County, Washington.

Situate in the County of Kittitas, State of Washington

and commonly known as 1260 Leo Ln, Cle Elum, WA 98922, and which is subject to that certain deed of trust, as amended from time to time (the "Deed of Trust") dated June 23, 2022 and recorded on June 28, 2022 under Auditor's File No. 202206280028, records of Kittitas County, Washington, from Omid Samimi and Tahereh Sekhavati-Seysan, husband and wife, as grantors (collectively "Grantors"), to Kittitas Title & Escrow, as original trustee, to secure an obligation in favor of Mortgage Electronic Registration System, Inc. solely as nominee for Finance of America Mortgage, LLC, as beneficiary. Heritage Bank is the assignee of all of the beneficial rights under the Deed of Trust and owner and holder of the indebtedness which the Deed of Trust secures. The Assignment of Deed of Trust to Heritage Bank was recorded on April 11, 2025 with the Kittitas County Auditor under Auditor's File No. 202504110033. On April 14, 2025, the beneficiary appointed Selby Morgan & Born, PLLC as successor Trustee, pursuant to an Appointment of Successor Trustee recorded with the Kittitas County Auditor on April 14, 2025, under Auditor's File No. 202504140029.

II.

No action commenced by the Beneficiary of the Deed of Trust is now pending to seek satisfaction of the obligation in any Court by reason of the borrowers' or Grantors' default on the obligation secured by the Deed of Trust.

III.

The default for which this foreclosure is made is as follows:

1. Failure to pay when due the following amounts which are now in arrears:

**Arrearage:**

| | | |
|---|---|---|
| A. | Past due payments (through 5/20/25): | $ 41,487.32 |
| B. | Late charges (as of 5/20/25): | $ 2,074.38 |
| C. | Escrow payments (through 5/20/25): | $ 7,996.00 |
| | **Total Arrearage:** | **$51,557.70** |

**Trustee's Expenses:**

| | | |
|---|---|---|
| A. | Title report: | $ 2,683.67 |
| B. | Trustee's Fee & Attorney fee: | $ 4,500.00 |
| C. | Statutory Mailings: | $ 50.00 |
| D. | Postings & copies: | $ 133.00 |
| E. | Recording costs: | $ 326.22 |
| | **Total Expenses:** | **$ 7,692.89** |
| | **Total Amount Past Due:** | **$ 59,250.59** |

Plus additional interest, payments, late charges, expenses (including without limitation appraisal fees) and additional fees from May 20, 2025 to date of cure, and real property taxes.

IV.

The sum owing on the obligation secured by the Deed of Trust is: principal of $924,519.15 together with interest, attorney's fees, costs, expenses (such as appraisal fees) and property taxes as provided in the note or other instrument secured, and such other costs and fees as are due under the note or other instrument secured, and as are provided by statute.

V.

The above-described real property will be sold to satisfy the expense of sale and the obligation secured by the Deed of Trust as provided by statute. The sale will be made without warranty, express or implied, regarding title, possession, or encumbrances on the 3rd day of October, 2025. The defaults referred to in Paragraph III, together with any subsequent payments, late charges, property taxes, advanced costs and fees thereafter due must be cured by the 22nd of September, 2025 (11 days before the sale date) to cause a discontinuance of the sale. The sale will be discontinued and terminated if at any time on or before the 22nd day of September, 2025 (11 days before the sale date), the defaults as set forth in Paragraph III, together with any subsequent payments, late charges, property taxes, advanced costs and fees thereafter due are cured and the Trustee's fees and costs are paid. The sale may be terminated any time after the 22nd day of September, 2025 (11 days before the sale date) and before the sale by the borrowers, Grantors, any guarantor or the holder of any recorded junior lien or encumbrance by paying the entire principal and interest secured by the Deed of Trust, plus costs, fees, and advances, if any, made pursuant to the terms of the obligation and/or Deed of Trust, and curing all other defaults.

VI.

A written notice of default was transmitted by the Beneficiary to the Grantors at the following addresses:

Omid Samimi    Tahereh Sekhavati-Seysan
1260 Leo Lane    1260 Leo Lane
Cle Elum, WA 98922    Cle Elum, WA 98922

Omid Samimi    Tahereh Sekhavati-Seysan
30915 26th Ave S    30915 26th Ave S
Federal Way, WA 98003    Federal Way, WA 98003

by both first class and certified mail on April 17, 2025, proof of which is in the possession of the Trustee; and the written notice of default was posted in a conspicuous place on the real property described in Paragraph I above on April 19, 2025, and the Trustee has possession of proof of such service or posting.

VII.

The Trustee whose name and address is set forth below will provide in writing to anyone requesting it, a statement of all costs and fees due at any time prior to the sale.

VIII.

The effect of the sale will be to deprive the Grantors and all those who hold by, through or under the Grantors of all their interest in the above-described property.

IX.

Anyone having any objection to the sale on any grounds whatsoever will be afforded an opportunity to be heard as to the objections if they bring a lawsuit to restrain the sale pursuant to RCW 61.24.130. Failure to bring such a lawsuit may result in a waiver of any proper grounds for invalidating the Trustee's sale.

X.
### NOTICE TO OCCUPANTS OR TENANTS

The purchaser at the trustee's sale is entitled to possession of the property on the 20th day following the sale, as against the grantor under the deed of trust (the owner) and anyone having an interest junior to the deed of trust, including occupants who are not tenants. After the 20th day following the sale, the purchaser has the right to evict occupants who are not tenants by summary proceedings under chapter 59.12 RCW. For tenant-occupied property, the purchaser shall provide a tenant with written notice in accordance with RCW 61.24.060.

If you are a servicemember or a dependent of a servicemember, you may be entitled to certain protections under the federal Servicemembers Civil Relief Act and any comparable state laws regarding the risk of foreclosure. If you believe you may be entitled to these protections, please contact our office immediately.

DATED: May 21, 2025.

**SELBY MORGAN & BORN, PLLC, Trustee**

By /s/ Brian M. Born, Authorized Representative
1019 Regents Blvd., Ste. 103
Fircrest, WA 98466
(253) 446-8610

STATE OF WASHINGTON   )
                     ) ss.
COUNTY OF PIERCE     )

I certify that I know or have satisfactory evidence that Brian M. Born is the person who appeared before me and said person acknowledged that he signed this instrument, on oath stated that he was authorized to execute the instrument and acknowledged it as the Authorized Representative of Selby Morgan & Born, PLLC to be the free and voluntary act of such party for the uses and purposes mentioned in the instrument.

GIVEN UNDER MY HAND AND OFFICIAL SEAL this 21st day of May, 2025.

/s/ Stephanie Lytle, NOTARY PUBLIC in and for the State of Washington, residing at Auburn My commission expires: 11.07.2027
(Published in the N.K.C. TRIBUNE, Sept. 4 and 25, 2025.)

---

## NO. 25-4-0013219
### PROBATE NOTICE TO CREDITORS (RCW 11.40.030)
### KITTITAS COUNTY SUPERIOR COURT FOR THE STATE OF WASHINGTON

In Re the Estate of: BARBARA J. PHELPS, Decedent.

The Personal Representative named below has been appointed as Personal Representative of this Estate. Any person having a claim against the Decedent must, before the time the claim would be barred by any otherwise applicable statute of limitations, present the claims in the manner as provided in RCW 11.40.070 by serving on or mailing to the Personal Representative or the Personal Representative's attorney at the address stated below a copy of the claim and filing of the original of the claim with the Court. The claim must be presented within the later of: (1) thirty days after the Personal Representative served or mailed the notice to the creditor as provided under RCW 11.40.020(1)(c); or (2) four months after the date of first publica-

tion of the notice. If the claim is not presented within this time frame, the claim is forever barred, except as otherwise provided in RCW 11.40.051 and 11.40.060. This bar is effective as to the claims against both the Decedent's probate and non-probate assets.

DATED this 26th day of August, 2025.

/s/ DIANE L. JANUSZKIEWICZ
Personal Representative
ATTORNEY FOR PERSONAL REPRESENTATIVE:
ANN RIEDEL-THOMAS

ADDRESS FOR MAILING OR SERVICE:
c/o ANN RIEDEL-THOMAS, ESQ.
THE LAW HOUSE PLLC
604 North Main Street
Ellensburg, WA 98926
(Published in the N.K.C. TRIBUNE, Sept. 11, 18 and 25, 2025.)

---

## NO. 25-4-00124-19
### NOTICE TO CREDITORS
### SUPERIOR COURT OF WASHINGTON FOR KITTITAS COUNTY IN PROBATE

In Re the Matter of the Estate of:
ROBERT DAVID SMITH, Deceased.

JOSEPH D. SMITH has been appointed as Administrator of this estate. Any person having a claim against the decedent must, before the time the claim would be barred by any otherwise applicable statute of limitations, present the claim in the manner as provided in RCW 11.40.070 by serving on or mailing to the Administrator or the Administrator's attorney at the address stated below a copy of the claim and filing the original of the claim with the court in which the probate proceedings were commenced. The claim must be presented within the later of: (1) Thirty days after the Administrator served or mailed the notice to the creditor as provided under RCW 11.40.020(1)(c); or (2) four months after the date of first publication of the notice. If the claim is not presented within this time frame, the claim is forever barred, except as otherwise provided in RCW 11.40.051 and 11.40.060. This bar is effective as to claims against both the decedent's probate and nonprobate assets.

Date of first publication:    September 18, 2025

Personal Representative:    Joseph D. Smith

Attorney of Record:    James T. Denison, Jr.
BPE Law Group, P.C.
700 E. Mountain View Ave, Suite 508
Ellensburg, WA 98926
(509) 245-0400
(Published in the N.K.C. TRIBUNE, Sept. 18, 25; and Oct. 2, 2025.)

---

## NO. 25-4-00125-19
### NOTICE TO CREDITORS
### SUPERIOR COURT OF WASHINGTON FOR KITTITAS COUNTY IN PROBATE

In Re the Matter of the Estate of:
MARIE NOLAN-SMITH, Deceased.

JOSEPH D. SMITH has been appointed as Administrator of this estate. Any person having a claim against the decedent must, before the time the claim would be barred by any otherwise applicable statute of limitations, present the claim in the manner as provided in RCW 11.40.070 by serving on or mailing to the Administrator or the Administrator's attorney at the address stated below a copy of the claim and filing the original of the claim with the court in which the probate proceedings were commenced. The claim must be presented within the later of: (1) Thirty days after the Administrator served or mailed the notice to the creditor as provided under RCW 11.40.020(1)(c); or (2) four months after the date of first publication of the notice. If the claim is not presented within this time frame, the claim is forever barred, except as otherwise provided in RCW 11.40.051 and 11.40.060. This bar is effective as to claims against both the decedent's probate and nonprobate assets.

Date of first publication:    September 18, 2025

Personal Representative:    Joseph D. Smith

Attorney of Record:    James T. Denison, Jr.
BPE Law Group, P.C.
700 E. Mountain View Ave, Suite 508
Ellensburg, WA 98926
(509) 245-0400
(Published in the N.K.C. TRIBUNE, Sept. 18, 25; and Oct. 2, 2025.)

---

## SUMMONS NO. 25-2-00235-19
### SUPERIOR COURT OF WASHINGTON IN AND FOR KITTITAS COUNTY

POTLATCH # 1 FINANCIAL CREDIT UNION,
a state chartered credit union,    Plaintiff,

v.

JAMES C. MISKO, an individual,    Defendants.

The State of Washington to Defendant James C. Misko:
You are hereby summoned to appear within sixty days after the date of the first publication of this summons, to wit, within sixty days after the 18th of September, 2025, and defend the above entitled action in the above titled court, and answer the complaint of the plaintiff POTLATCH #1 FINANCIAL CREDIT UNION, and serve a copy of your answer upon the undersigned attorneys for the plaintiff Lukins & Annis, PS, at its office below stated; and in case of your failure so to do, judgment will be rendered against you according to the demand of the complaint, which has been filed with the clerk of said court.

This action arises from a breach of contract by James C. Misko. Dated this 11th day of September 2025.

LUKINS & ANNIS, P.S.
By /s/ Michael Schmidt
MICHAEL SCHMIDT, WSBA# 34190
ZAINE M. YZAGUIRRE, WSBA #58265
Attorneys for Plaintiff
717 W. Sprague Ave., Ste. 1600
Spokane, WA 99201
(509) 455-9555
(Published in the N.K.C. TRIBUNE, Sept. 18, 25; Oct. 2, 9, 16 and 23, 2025.)



Hang your company info where it can't be missed – your customer's front door.

YES, WE CAN DESIGN & PRINT YOUR DOOR HANGERS

OPEN HOUSE

YOUR CUSTOM MESSAGE HERE!
Single or Double-Sided options give ample space for text and graphics.

PERFECT FOR:
· Real Estate
· Food & Beverage
· Services
· Brand Awareness
· Do Not Disturb Signs
· Grand Openings
· City Information
· And Much More!

The Tribune Design Team can help with your custom printing projects.
CONTACT US TODAY WITH YOUR IDEAS! FREE QUOTES

807 W. Davis St. • Suite 101
509-674-2511
tribune@nkctribune.com

# REGIONAL NEWS



State & Local Capital Investment as Share of State & Local Spending
Percent of State & Local Spending

**AS SHOWN IN FIGURE 1,** the share of their budgets that state and local governments devote to capital investment fell sharply in the 1970s and early 1980s before stagnating and drifting downwards over the decades that followed. *note Sunlight Waters Development relies on residential septic systems. The water bill does not compare to city rates that include storm and wastewater treatment. U.S. Department of Treasury

# WATER DISTRICT 7...

**CONTINUED FROM PAGE A1**

... to $99.32 over the next three years.

KCWD 7 is not alone in this situation. The Town of South Cle Elum had assurances from **Senator Patty Murray** in 2023 that funding for their water main replacement had been sent for approval by the new Congress. Unfortunately, South Cle Elum Town Council recently was informed that the Congress had denied funding for 2025.

### U.S. gets a C- in infrastructure

In 2021, the country's infrastructure earned a C- average from the American Society of Civil Engineers (ASCE).

In the *2021 Failure to Act study*, ASCE compared projected needs for infrastructure investment for 2020 to 2039 against the current funding trends and determined the cumulative gap was $5.6 trillion (in 2019 dollars). The long-term effects of underinvestment in infrastructure are cascading impacts to the nation's economy, impacting business productivity, gross domestic product (GDP), employment, and international competitiveness. Over the same timeline, the study also showed that failing to close the infrastructure investment gap would cost American households, on average, more than $3,300 per year in disposable income.

"Communities cannot shoulder the burden of capital improvements and maintaining aging water systems all by themselves. We must come together as a nation and prioritize investing in our water infrastructure once again," said **Radhika Fox**, CEO of the US Water Alliance.

## CE-R School Board focuses on broader student success measures

*by Victoria Malcolm*
victoria@nkctribune.com

CLE ELUM – The Cle Elum-Roslyn School Board met Monday, Sept. 22, and kicked off with its monthly Board Awards, a program created by board director **Lacey Nicholson** to recognize students who go above and beyond. Each awardee receives a certificate, a family home game pass and a $20 Warrior Booster gift card. This month's honorees were:

- **Hunter Sluman**, 3rd grade
- **Halen Davis**, 4th grade
- **Edward Lucchesini**, 6th
- **Quinn James**, 9th grade

Students are nominated by staff for showing respect, responsibility, commitment, progress, or by stepping up to support their classmates and teachers.

After the awards were given out and photos taken for proud parents and families, the board turned its focus to regular business. That included a session dedicated to one of five district-wide goals set for completion by June 2026: finding ways to measure student and system success beyond test scores.

Walter Strom Middle School **Principal Matt Chase** presented ideas to the board following a working session with board member **Zackary Hill**. Together, they had started to outline what measures could help the district assess areas such as student belonging, pride, growth, and participation in school life beyond the classroom, including clubs and sports.

The board discussed the merits of first defining what to measure, before considering how to gather actionable data. The goal is to ensure students feel "happy, proud, and challenged in a meaningful way," while providing teachers with clear information to strengthen programs. This effort supports the district's guiding promise: "We graduate students, known by name, with an informed plan to be enrolled, employed or enlisted."

The session also heard from High School **Principal Scott Brown**, who shared some of the similar work to support student development during his time at Cashmere High School. The discussion was both emotive and forward-looking, highlighting the Cle Elum Roslyn school district and its Board of Directors' commitment to supporting student success in all its forms.



**THIS MONTH'S Cle Elum-Roslyn School Board Award nominees were (L-R) Hunter Sluman from the 3rd grade, Edward Lucchesini from 6th grade, Quinn James from 9th grade, and Halen Davis who's in the 4th grade.**
Photo courtesy of Cle Elum-Roslyn School District

# PUBLIC NOTICES

**NO. 25-4-0013519**
**PROBATE NOTICE TO CREDITORS**
(RCW 11.40.030)

**KITTITAS COUNTY SUPERIOR COURT**
**FOR THE STATE OF WASHINGTON**

In Re the Estate of: JORDAN ALLEN KETTEL, Decedent.

The Personal Representative named below has been appointed as Administrator/Personal Representative of this Estate. Any person having a claim against the Decedent must, before the time the claim would be barred by any otherwise applicable statute of limitations, present the claims in the manner as provided in RCW 11.40.070 by serving on or mailing to the Personal Representative or the Personal Representative's attorney at the address stated below a copy of the claim and by filing the original of the claim with the Court. The claim must be presented within the later of: (1) thirty days after the Personal Representative served or mailed the notice to the creditor as provided under RCW 11.40.020(1)(c); or (2) four months after the date of first publication of the notice. If the claim is not presented within this time frame, the claim is forever barred, except as otherwise provided in RCW 11.40.051 and 11.40.060. This bar is effective as to claims against both the Decedent's probate and nonprobate assets.

DATED this 27th day of August, 2025.

/s/ HANNAH REAMER MCNABB
Personal Representative

ATTORNEY FOR PERSONAL REPRESENTATIVE:
ANN RIEDEL-THOMAS, ESQ.

ADDRESS FOR MAILING OR SERVICE:
c/o ANN RIEDEL-THOMAS
604 North Main Street
Ellensburg, WA 98926
(Published in the N.K.C. TRIBUNE, Sept. 18, 25; and Oct. 2, 2025.)

Cause No.: 24-2-0035519
NOTICE OF SALE OF REAL PROPERTY
20 Chamonix Place, Snoqualmie Pass, WA 98068
SUPERIOR COURT OF WASHINGTON
FOR KITTITAS COUNTY

GWONSHAR KNIGHT CHANG and
SHANNON CHANG, a married couple,    Petitioners,

vs.

WESLEY BERGQUIST and HEATHER BERGQUIST and their marital community; and all other persons claiming any right, title or interest in the property described herein,
Respondents.

Douglas R. Cameron, in his capacity as referee in the above-captioned case, hereby gives notice pursuant to the Order Granting Petitioners' Amended Motion for Partition Sale ("Order") entered March 31, 2025, and RCW 7.52.270 that he intends to sell the property located at 20 Chamonix Place, Snoqualmie Pass, Washington 98068, which is legally described in Exhibit A hereto (the "Property"). The sale of the Property will occur by public auction as follows:

Time:        10:00 a.m.

Date:        Friday, September 26, 2025

Place:       Main Entrance, Kittitas County Courthouse
             205 West 5th Ave.,
             Ellensburg, WA 98926

The terms of sale of the Property are as follows:
Price:       $1,175,000 opening bid

Condition:   As-Is, Where-Is

Representations, Warranties:  None

Liens:   A Deed of Trust, including the terms and provisions thereof, to secure the amount noted below and other amounts secured thereunder, if any:
Amount: $1,133,000.00
Trustor/Grantor: Wesley Bergquist and Heather Corinne Bergquist, a married couple and Gwonshar Chang and Shannon Hon Chang, a married couple Trustee: U.S. Bank Trust Company
Beneficiary: U.S. Bank National Association
Dated: November 30, 2022
Recorded: December 2, 2022
Instrument No.: 202212020005

Additional Terms:   None

The parties are entitled to credit bid up to an amount equaling their ownership interests as defined in the Order. The parties may also collectively credit bid their combined ownership interests.

DATED this 25th day of August, 2025.

HANSON BAKER LUDLOW DRUMHELLER P.S.

By: /s/ Douglas R. Cameron
DOUGLAS R. CAMERON WSBA No. 43091
dcameron@hansonbaker.com
Referee

**EXHIBIT A**
Lot 134, HYAK ESTATES, in the County of Kittitas, State of Washington, as per plat thereof recorded in Book 4 of Plats, pages 36 and 37, records of said County.

Parcel Number: 428535
(Published in the N.K.C. TRIBUNE, Aug. 28; Sept. 4, 11, 18 and 25, 2025.)



**"Tired of so much baaaad news?"**

**Read more GOOD news in the Tribune!**

We cover all the local news, but `harp on` the good stuff. Just subscribe and read more about what your neighbors are up to.

52 Weekly Issues
MAILED for just:
Kittitas County    $60
Washington         $70
Snowbirds          $70
USA                $80

**NORTHERN KITTITAS COUNTY TRIBUNE**
509-674-2511 • 807 W. Davis St. Cle Elum
Mail check to: Subscriptions, NKC Tribune, PO Box 308, Cle Elum, WA 98922
nkctribune.com/subscribe

# Life jacket stations around Cle Elum Lake kept families safer on the water this summer

*by Victoria Malcolm*
victoria@nkctribune.com

UPPER KITTITAS COUNTY – Kittitas County Fire District #6 has wrapped up another season of its life jacket loaner program, which operates three stations around Lake Cle Elum with life vests of all sizes, from infant to adult, available to borrow for the day for free. There is an attrition rate with life vests going missing and being damaged, and this summer, roughly 150 life jackets were lost. While the program is instrumental in helping families and visitors stay safe while enjoying one of the Upper County's most popular lakes, the turnover can be a little frustrating.

"Some jackets were borrowed and never returned, while others were retired due to normal wear, damage, or safety concerns," said Fire Captain **Danielle Bertschi.** "We even had a few unusual cases - one jacket was run over, and another came back with a fishing hook embedded in it!"

The busiest site this season was Speelyi Beach, where heavy recreation traffic led to the highest rate of loss. The second most active station was at Fire District 6's Station 62, serving families and recreationists at French Cabin Creek, Cooper River, and Fish Lake. Wish Poosh Campground and Boat Launch ranked third.

The program is supported in part by the Washington State Boating Commission, which supplies free life jackets. This year, however, there was a shortage of infant-sized vests. "Thankfully, the KCFPD6 Firefighter's Association had funds available from past fundraising efforts," Bertschi said. "That allowed us to purchase extra infant jackets, expand trailer availability, and continue our public education on water safety."

Community donations have also played a major role in the success of the initiative. Over the summer, residents contributed 50 new or gently used Coast Guard-approved life jackets. "The support has been tremendous," Bertschi said. "We gladly welcome additional donations, which can be dropped off at any Upper County fire station or at one of our three life jacket stands." As a reminder, there is a permanent life jacket sta-



**TUCKER FROM ROSLYN** holds up a life jacket at the permanent loaner station at Speelyi Beach. The station, dedicated in memory of Peter Phan, was well-used by local and visiting families throughout the summer. Tucker was visiting the beach with his mom, Cassie Gavin. *Photo courtesy of Cassie Gavin*

tion at Speelyi Beach, and temporary seasonal stands at Wish Poosh Campground & Boat Launch and Station 62 (by the Last Resort).

Each season, Fire District 6 staff monitor air and water temperatures to determine the dates when they put out and collect the jackets. This year, they were removed on September 15 for the fall and winter - and we'll update you when they're back in late spring/summer! Before they go into storage, every life jacket goes through a thorough cleaning, drying, and safety inspection process to make sure it's fit for purpose for the following season.

"We're fortunate to have strong partnerships and a supportive community," Bertschi said in closing. "Together, we're helping ensure that everyone can enjoy our waters safely."

---

## Learn to grow wine grapes at home

ELLENSBURG – The Kittitas County Master Gardeners are hosting their last speaker series event for the year on Saturday, Sept. 27 from 10-11am. This presentation will be about learning how to grow wine grapes in a home garden.

This event is free to the public and will be held at the Kittitas Valley Event Center, Armory Room A, 901 E. 7th Ave. in Ellensburg.

For more information, call 509-933-8205 or email kcmg.diagnosticclinic@gmail.com.

## PNW Miner's Rally and Outdoor Show is Oct. 10-12

ELLENSBURG – Get ready for a weekend where heritage meets harvest! The Pacific Northwest Miner's Rally & Outdoor Show joins forces with KEEN's WindFall CiderFest to present the inaugural *Cider-N-Gold Festival* – a three-day celebration of community, craft, and canyon history. Events include:

*KEEN's WindFall Cider-Fest,* Friday, Oct. 10. Sample the region's best ciders in your very own commemorative tasting glass while enjoying live music under the stars. 6pm-10pm

*Miner's Rally & Outdoor Show* on Friday & Saturday, Oct. 10-11. Discover the world of gold panning, minerals, and mining history with hands-on exhibits, vendors, food trucks, and family-friendly activities. 10am-5pm

Saturday night (Oct. 11): *Live Music, Beer/Wine/Cider Garden* – Kick back with local beverages and tunes as the celebration continues into the evening. 6pm-10pm

Sunday, Oct. 12: *Outdoor Vendors & Community Fun.* Explore local crafts, goods, and the rich cultural spirit of Central Washington. 10am-4:30pm with music and beer garden from 4:30pm-8pm.

*WindFall CiderFest* is the Friday night feature of the Cider-N-Gold Festival, hosted by the Kittitas Environmental Education Network (KEEN). This ticketed tasting event brings together over a dozen regional cider makers for an evening of crisp, flavorful pours, live music, and community celebration. Guests receive a commemorative tasting glass and the opportunity to sample unique small-batch and seasonal ciders from across the Pacific Northwest.

The primary purpose of WindFall is to celebrate the region's craft cider industry while supporting KEEN's nature-based education programs. Set outdoors at the Kittitas Valley Event Center, the ambiance is festive and welcoming, with string lights, food trucks, and the golden glow of fall.

Their target audience includes adults aged 21-55 who enjoy artisan beverages, local food culture, and live music in a relaxed, social setting. The combination of exclusive cider offerings, high-quality entertainment, and a mission-driven cause makes WindFall a draw for cider enthusiasts, young professionals, and supporters of environmental education alike.

Events are held at the Kittitas Valley Event Center, 1010 E. 8th in Ellensburg.

## Coal Mines Trail Interpretive Signage Open House set for Sept. 30 in Roslyn

ROSLYN – The Coal Mines Trail committee invites you to an open house On Tuesday, Sept. 30 from 5-7pm at the Roslyn Masonic Hall (behind the post office).

Organizers need your help to develop the signage improvements for the Coal Mines Trail. Public welcome; all ages are encouraged to attend and help enrich the historic landmarks and create a better trail experience.







25-01128-WLH9    Doc 81    Filed 03/02/26    Entered 03/02/26 17:46:00    Pg 39 of 46

Exhibit  D  Page 11 of 18



# Tribune Rewind...

**Compiled by Kayla Snider**

## 50 Years ago – 1975

**Ron Morrier**, appointed president of the Cle Elum Chamber of Commerce will be installed as 1975-76 president at the installation banquet on Friday at Cavallini's Restaurant. Sharing the honors with him will be **Doug Browning**, who will be installed as vice president. Morrier assumes the presidency after serving out the unexpired term of **Jim Seifert**, who resigned earlier this year. Main speaker of the evening will be **Bruce Chapman**, current secretary of the state.

**Nancy Vogel**, Tribune photographer, and **Pete Fassero**, columnist for the Tribune were among the award winners at the annual Washington State Weekly Newspaper Press convention. Nancy, who has been working at the Tribune for the past two years, takes most of the photos which run in the paper, in addition to her duties as reporter, compositor and office supervisor. She received second and third place awards for weekly papers under 4000 circulations for her photos of "Raffle Upset" and "Palm Sunday". Pete, long time citizen of the Upper County, writes an historical column about people and places of interest to readers from this area. He won second place in the column division for weeklys under 4000 circulation.

Winning low gross score at the first annual Upper Kittitas County Golf Tournament, held Saturday at Sun Country Golf Course, was **Tim Alderman**, while **Lyle Swenson** snagged the low net trophy. **Bob Wilson** won the longest drive and **Gil Jacobs** won the award for the closest to the pin shot. There was a first-place tie in the women's division between **Alma Burns** and **Arlis Fry**, while **Sadako Brillo** took second. **Bob Wilson** also received 2nd low gross at the tourney. Second low net were **Bill Barr**, **Bob Blume** and **James Fry**.

## 40 years ago – 1985

**Lorin Peterson** was installed as president for the Cle Elum Chamber of Commerce for a second term during installation festivities at **Stuart Anderson**'s Black Angus Cattel Ranch at Thorp. Peterson is only the second president to take on the responsibilities for a second consecutive year in the history of the Chamber. **Carole Brunk**, the Chamber's first woman president, was also the first to be elected to two consecutive terms. **Willard Chase**, the Chamber's first president, capsulized the Chamber's history for the crowd of 150. During his speech he named the Chamber's past presidents, **Roy Lumaco**, **Benny Benjamin**, **Dean Ireland**, **Harold Iverson** and **Carole Brunk**, all of whom were present at the banquet.

Fire which ignited in the barking operation area of Alpine Veneer's plant near Ronald early Saturday morning damaged wiring and plumbing and destroyed a control house unit of the mill. The plant will be closed for at least two weeks for repairs, according to **Al Webster**, plant manager. No cause for the fire has been found, according to Kittitas County Fire Marshal **Dan Cheska**, but an investigation will continue.

The 1985-86 Associated Student Body officers have officially taken over their duties. They include **Duane Colbert**, president; **Lorne Ricord**, vice president; **Cheryl Peterson**, secretary; **Susan Gould**, treasurer; and **Meagan Hill**, treasurer-elect.



## 30 years ago – 1995

The Cle Elum-Roslyn School District has been given the go-ahead to negotiate with prospective buyers for the purchase of the old elementary grade school in Cle Elum. Responding to a request for rezoning of the school property the Cle Elum City Council, unanimously agreed to consider, among other options, designating the property as residential zoned which permits, among other uses, retail stores and shops.

After successfully completing her probation year, **Jacqueline Norton** has been officially sworn in as the Cle Elum Fire Department's first female firefighter. Cle Elum has had two women previously join the department, but neither stayed through the first year. Norton is employed as the emergency medical services (EMS) coordinator for Yakima County. During her probation year, she responded to calls whether they were for the fire truck or aid car.

Roslyn's newest piece of public art is now on display on the side of the Pioneer Restaurant building. Artist **Kim Drew** and **Evan Jones** volunteered their time to paint the mural honoring the city's coal mining past. The community donated the money to pay for the materials.



## 20 years ago – 2005

Mayor **Charlie Glondo** appointed **Gregg Hall** to the Cle Elum City Administrator position. Hall was interim City Administrator since July 1st and became officially permanent on September 13. One of City Administrator Hall's first jobs is to find a replacement for his former job title of City Planner. One of Hall's future goals is to redevelop the airport.

In a seemingly prophetic move made months ago, organizers of the fifth annual Life Support Dinner Auction chose "Somewhere Over the Rainbow" as the theme for this year's event. As the last bids were being tallied, a brilliant double rainbow appeared over the exit of the tent. "The foundation principal of Life Support is that no matter the outcome," founder **Cheri Marusa** tells the Tribune, "everything that could have been done is done." Bidders seemed to agree as over 400 guests anted up a total of $160,000 in the single evening.

The Warriors volleyball team looks to be one of the strongest in the league and are proving it with a 3-0 record to start the season. The team is led by seniors **Sammy Jo Brooks**, **Adrienne Arnold** and **Monique Bocchetti**. The Warriors won all three matches against Cashmere last week. Brooks led the team with 11 kills and 4 perfect passes. Freshman **Taylor Rico** did a superb job with her pinpoint serves. **Rachael Malcolm** had 6 perfect passes.

## 10 years ago – 2015

On Tuesday, at the regular meeting of the Roslyn city council, Mayor **Geoff Scherer**, with advice and support from the membership, proclaimed November 3, 2015, **William Craven Day**, in honor of Craven's milestone accomplishment. It was on June 10, 1975, he became the first African-American mayor in Washington state. This year marks the 40th anniversary of that day in history.

Washington State Department of Transportation crews replaced old traffic signals at the intersection of First Street and South Cle Elum Way in Cle Elum the morning of Thursday. Cle Elum public works director **Jim Leonhard** said the new LED lights should save on electricity costs and be brighter compared to the old ones.

Several local riders won their divisions during the Way to Worlds Shootout state champions held last weekend at the Washington State Horse Park. Cle Elum's **Jessie Johnson** took first in the ladies' 1st division, Thorp's **Holly Conte** won the senior ladies' 1st division, Ellensburg's **Tara Gokey** became the ladies' overall winner and the champion of the ladies' 4th division while Moses Lake's **Tanner Boday** took home the prize in the men's 1st division.

---

# CALENDAR

## WHAT'S HAPPENING

**Oktoberfest Pint Night**, Thursday, Sept. 25, 4:30-8:00 p.m. at Whipsaw Brewing, 704 N. Wenas St. in Ellensburg. Food, raffle, stein hold contest, music, and more.

**Gallery One Visual Arts Center's Benefit Art Auction**, Friday, Sept. 26, 5:30-8:30 p.m. at the Sue Lombard Room at CWU in Ellensburg. Purchase tickets at https://tinyurl.com/galleryoneartauction and get ready to bid on some one-of-a-kind pieces by local and regional artists. Artist-in-Action demos, desserts, and prizes.

**Buskers in the Burg**, Saturday, Sept. 27, 10:00 a.m.-1:00 p.m. at Downtown Ellensburg's unity Park. Music, Magic, Puppetry, Performances, Petting Zoo, Rock Painting, Family Fun, & More. For more info, visit Buskers in the Burg on Facebook.

**Fall Fun at the Naz**, Saturday, Sept. 27, 12:00-2:00 p.m. Featuring "Pirate Magic, Captain Squirrel & Riptide Magic Show". Cle Elum Church of the Nazarene, 302 E 2nd St., Cle Elum.

**Art in the Library Presents the Art of Catherine Cook & Lynn Louise**, Paintings by Catherine Cook and sculptures by Lynn Louise will be on display at the Roslyn Library through Oct. 24. Both Cook and Louise are long time area residents and active community members. Open during normal Roslyn Library hours. Admission is free.

**Mountain Voices Kids Choir**, Practice every Wednesday, 3:30-4:30 p.m. at Calvary Chapel Cle Elum, 417 E. Railroad St. Open to children K-7th Grade. Have fun preparing songs for the Roslyn Tree Lighting Ceremony on Nov 28 and the MVCC Concerts on Dec. 5, 6 & 14. Call Coral Fife 509-674-8628 for details.

**Mountain Voices Christmas Choir Practice**, Practice every Wednesday, 6:30-8:30 p.m. at Cle Elum Community Church, 201 E. Third, Cle Elum. MVCC is open to anyone 8th Grade to Adult who loves to sing and is willing to practice once a week through early December for the Christmas concerts. Call 509-674-8628 for more info.

**Wood Carving Classes**, Four classes - October 1, 8, 15, & 22 at the UKC Senior Center. Learn to make a set of coasters, free supplies provided. Bring your favorite pocket knife. Beginners are encouraged to dive in. For more info, call 509-674-7530.

**Learn to Play Bridge**, Wednesday, Oct. 1 & 8, 1:15-2:15 p.m. at the UKC Senior Center, 719 E. Third, Cle Elum. Perfect for beginners or anyone wanting to brush up their skills. Come learn in a friendly, relaxed setting! This event is free. All are welcome. Ask about our Bridge Club.

**Chalkboards & Memories: Stories in the Historic Ronald School**, Roslyn, Ronald, Cle Elum Heritage Club Meeting. Wednesday, Oct. 1, 6:00 p.m. at the Ronald School on 3rd St. in Ronald. The Ronald Community Club will be treating us to a brief tour and presentation on the Old Ronald Schoolhouse, and offering delicious local sausages (small fee for dinner). Free admission to the meeting, the public is invited!

**UKC Senior Center Craft Club**, Thursday, Oct. 2 (Felting: Pumpkins - Textile art that involves turning wool fibers into a solid 3D object), 9:30-11:00 a.m. at UKC Senior Center, 719 E. Third, Cle Elum. Class is free and supplies will be provided. Open to all. For info, call 509-674-7530.

**Evening Bingo**, Thursday, Oct. 2 at the UKC Senior Center, 719 E. Third, Cle Elum. Doors open at 4:30 p.m., Play begins at 6:00 p.m. Variety of bingo play packets available for purchase. You're welcome to bring your own food or purchase one of our sack meals. Cash or check.

**First Friday Film: Nonnas**, Friday, Oct. 3, 1:00-3:00 p.m. at the UKC Senior Center, 719 E. Third, Cle Elum. Fresh popcorn, real butter, and air conditioning. All are welcome!

**Thorp Community Days**, Friday & Saturday, Oct. 3 & 4. The annual dinner and auction is on Oct. 3 at 6:00 p.m. at Thorp School's Main Gym. Enjoy live music, silent auction, dessert dash, dinner. Save by pre-buying your ticket. Then on Saturday, Oct. 4, enjoy at pancake breakfast at 8:00 a.m. at the Thorp Fire Station. Grand parade at 9:30 a.m. Festival opens at 10:00 a.m. at the Thorp Fire Station with entertainment, vendors, bounce houses, food, and more. Thorp Mill open house is at 11:00 a.m. with the festival ending at 3:00 p.m. For info, visit thorpcommunitydays.wixsite.com/thorp

## WEEKLY EVENTS

**Cle Elum Eagles #649 Weekly Events**, Sunday: Brunch from 10:00 a.m.-1:00 p.m. Game day with Nickle Nickle at 1:00 p.m. Monday: Nickle Nickle 2:00 p.m., Pool League 7:00 p.m. Tuesday: Dance Lessons 6:30 p.m., Pool League 7:00 p.m. Wednesday: Bunco every third Wednesday from 6:00-8:00 p.m. Thursday: Joker Poker (members only) at 6:30 p.m. Friday: Texas Hold-em 6:00 p.m. Saturday: Music to dance to on most Saturday nights. Food service is daily from 4:00-7:00 p.m. All events take place at Cle Elum Eagles Club, 220 Pennsylvania Ave. Cle Elum. Club open to everyone.

**Childrens Storytime at the Library**, Every Tuesday, 9:30 a.m. at the Carpenter Memorial Library, 302 N. Pennsylvania, Ave., Cle Elum.

**Roslyn Library Storytime & Crafts**, Every Tuesday, 11:15 a.m.-12:15 p.m. with Josey at the Roslyn Library, 201 S. First St., Roslyn.

**Roslyn Library Lego Club**, First Tuesday of the month from 3:30-4:30 p.m. at the Roslyn Library, 201 S. First St., Roslyn. Free, Lego activities geared towards kids 5-12 but all are welcome. Children must be independent or accompanied by a responsible individual.

**The Teen Shop**, A great place for teens to hang out and have some fun – Kids 9th grade and up are welcomed daily and middle schoolers every Wednesday. The Shop is open Monday-Thursday 5:00-8:30 p.m., Friday and Saturday 3:30-11:00 p.m. Support groups are Tuesday 3:30-5:00 p.m. for middle and high school youth and if middle schoolers attend group they are welcome to stay and hang on Tuesdays as well. 218 E. First, Cle Elum.

## MEETINGS

**Cub Scout Pack 903 Meetings**, (Open to boys and girls grades K-5). Every Thursday, 6:00-7:00 p.m. at Walter Strom Middle School Commons. Park in back lot, enter through the gymnasium doors and take an immediate left to the commons area.

**Roslyn Riders Meetings**, 1st Thursday of every month at 7:00 p.m. at the Roslyn Riders Clubhouse at the arena located at 70 Martin Road (Hwy 903 and Martin Road.) Members, prospective members, visitors, and guests are welcome at these meetings. roslynriders.com

**Friends of the Roslyn Library Meeting**, 6:00 p.m. on the Last Thursday of every month at the Roslyn Public Library. The public is invited and encouraged to join all meetings.

**High Country Artists Monthly Meeting**, Join us every 1st Friday of the month at 1:00 p.m. at the Carpenter House Museum & Gallery, 302 W. Third, Cle Elum. All artists and those interested in joining are welcome to attend.

**Coal Mines Trail Commission Meeting**, 1st Monday of every month, or as needed, at 6:00 pm, Roslyn City Hall, 201 S. First Street, Roslyn.

**VFW Post 1373 Meeting**, 1st Monday of every month, 4:00-5:00 p.m. at UKC Senior Center, 719 E. Third St., Cle Elum. If the 1st Monday is a holiday, the meeting will be held the following Monday. Free for Veterans to join with others.

**Town of South Cle Elum Council Meeting**, 1st & 3rd Tuesdays of every month at 7:00 p.m., Town Hall, 523 Lincoln Ave, South Cle Elum.

**Planning Commission Meeting**, 1st & 3rd Tuesdays of every month, or as needed, at 6:00 p.m., Cle Elum City Council Chambers, 119 West First Street.

**Roslyn Library Board Meeting**, 1st Wednesday of the month at the Roslyn Library, 9:30-11:00 a.m.

**Upper Kittitas County Rotary Meeting**, First three Wednesdays of every month, 7:00 a.m. at UKC Senior Center, 719 E. Third, Cle Elum.

**Cle Elum Kiwanis Meeting**, 2nd & 4th Wednesdays of every month, 12:00 Noon at the UKC Senior Center, 719 E. Third, Cle Elum. For info, call Frank at 206-571-3036.

## ASSISTANCE PROGRAMS

**Al-Anon Meetings**, Every Monday at 12:00 Noon and Saturday Mornings at 10:00 a.m. Use the Back Entrance at Cle Elum Community Church, 201 E. Third, Cle Elum.

**Kittitas County Health Network** (Formerly Hearts & Hands), Open Tuesdays, Wednesdays, & Fridays, 9:00 a.m.-4:00 p.m. at 116 N. Oakes Ave., Suite B, Cle Elum. 509-955-3780. Medical Supplies Available.

**Adult Children of Alcoholics (ACOA)**, Every Saturday Morning, 11:30 a.m. Use the Back Entrance at Cle Elum Community Church, 201 E. Third, Cle Elum.

**Free Medical Clinic**, Open Door Health Clinic Every 2nd Saturday of the Month (closed for holidays), 9:00 a.m.-Noon at KVH Family Medicine, 201 Alpha Way, Cle Elum. Everyone Welcome! We will not re-fill/prescribe opiates or FDA controlled medications. For info call, 509-939-7266.

**COAL'S Clothing Center**, Saturdays from 10:00 a.m.-2:00 p.m.; Wednesdays from 12:00-4:00 p.m. at 31 Arctic Ave, behind the Ronald Post Office. Open to the community. Clothes and soft goods available. Coupons located at churches, HopeSource and the schools. Find us on Facebook for weekly updates. For info, call 509-649-3195.

**HopeSource's Upper County Food Bank**, Located at 110 N. Pennsylvania Ave., Cle Elum is open weekly: Mondays 11:00 a.m.-4:00 p.m. and Wednesdays 11:00 a.m.-5:00 p.m. offering free groceries for anyone in need. No appointment required.

**Mobile Food Delivery**: Door-to-door delivery is available to anyone who cannot make it in to the food bank. Call 509-925-1448 to see if you qualify.

**Roslyn Mobile Pantry**, First & Third Thursdays of the month, 1:00-3:00 p.m. behind the Roslyn Presbyterian Church, 207 N. First St, Roslyn. A service of FISH Food Bank. The Mobile Pantry provides free groceries to anyone in need. Grocery options vary by season but include a combination of fresh, frozen and shelf stable foods for people to choose from. Sign up is quick and easy and no ID is required. Bring bags or boxes to collect your items. www.kvfish.org/find-groceries/

**HopeSource Services** are offered from the Cle Elum office, which is open Monday-Friday, 9:00 a.m.-4:00 p.m. offering all Hope-Source services including housing and energy assistance. 110 N. Pennsylvania Ave, Cle Elum. For more information: www.hopesource.us or call 509-925-1448.

**Free Medicare Insurance Counseling**, Call Kittitas County Health Network for unbiased Medicare health insurance information. 509-933-7544. Statewide Health Insurance Benefits Advisors – a free service from the Office of Insurance Commissioner.

## SENIOR FOCUS

### Upper Kittitas County Senior Center

*Working with Seniors & Community*

719 E. Third S • Cle Elum, WA
509-674-7530

The UKC Senior Center is serving low cost lunch at the Centennial Center. Everyone is welcome (not just seniors). Dine-In or Take-Out available.

**MONDAY – FRIDAY:**
Breakfast 8:00 a.m-10:00 a.m.
Lunch 11:30 a.m-1:00 p.m.

Thurs, Sept 25: Salmon Burger
Fri, Sept 26: Chicken Wings
Mon, Sept 29: Bacon Burger
Tues, Sept 30: Taco Burger
Wed, Oct 1: Deluxe Baked Potato
Thurs, Oct 2: Sausage Casserole
Fri, Oct 3: Hot Dog

Other activities at the center during the month include:

**MONDAY:** Bingo (card selling starts at Noon and play starts at 1:00 p.m.)

**MONDAY:** Line Dancing, 10:30-11:30 a.m.

**2ND & 4TH MONDAY:** Professional Foot Care by RN, sign up at the Center, 12:00-5:00 p.m.

**EVERY MON, WED, FRI:** Jumping Jaws Exercise Class, 9:00-10:00 a.m.

**TUESDAY:** Ham Radio, 8:00 a.m.

**TUESDAY:** Bridge, 9:00 a.m.-Noon

**TUESDAY:** Technology Help 9:00-10:00 a.m.

**TUESDAY:** Gentle Chair Yoga & Balance, 1:30-2:15 p.m.

**1ST & 3RD TUES:** VSO (Veteran's Service Officer) drop in office hours, 10:00 a.m.-2:00 p.m.

**WEDNESDAY:** Upper Kittitas Woodworking Club, 8:30-10:30 a.m.

**WEDNESDAY:** Games, 10:30 a.m.-12:30 p.m.

**WEDNESDAY:** Blood Pressure Checks by Medic One, 12:00 p.m.

**2ND & 4TH WED:** Kiwanis, 12:00 p.m.

**THURSDAY:** Craft Club, 9:30-11:00 a.m. Bring your current craft project to work on.

**THURSDAY:** Pinochle, 12:00-3:00 p.m. Beginners welcome.

**THURSDAY:** Walk & Talk, 9:00-9:30 a.m.

**THURSDAY:** Writer's Workshop, 2:00-3:00 p.m.

**1ST THURSDAY:** Evening Bingo, 6:00 p.m. (doors open at 4:30 p.m.)

**1ST FRIDAY:** First Friday Feature, 1:00 p.m. Movie on the big screen

### Free Senior Nutrition Meal Program

Every Week, Monday-Thursday
Lunch 12:00-1:00 p.m.
at Seventh Day Adventist Church
2nd & Harris • Cle Elum

Anyone over 60 years of age qualifies for free meals, regardless of income.



KVH
Orthopedics
Your News for Health

We've moved into a beautiful, newly renovated space, and you're invited to see for yourself! Join us for our Orthopedic Open House as we celebrate this new chapter and showcase the care you can count on.

Bring your family and friends. All are welcome!



ORTHOPEDICS OPEN HOUSE
OCT 7TH
4-6PM

611 S. CHESTNUT
ELLENSBURG, WA 98926





## COMMUNITY

# Local Author Val Barschaw's Book Release –
## *Surviving the Hospital:*
## *Six Secrets Every Patient Should Know*

by Lounette Grubb
Lounette@nkctribune.com

CLE ELUM – This September marks two special milestones for Cle Elum author **Val Barschaw**, as it heralds the release of her first book, *"Surviving the Hospital"* and the 25th anniversary of her husband's successful heart transplant: the very event that propelled this book into publication.

"Every patient needs an advocate," says Val. "When you are in a weakened condition, you need someone. My role was to be that someone... My husband's role was to stay alive." For ten years the couple saw many hospitalizations and in filling this role of patient advocate, Val identified patterns



Photo courtesy of Val Barschaw

### "If this book can help one person, it'll be worth it."

– Val comments after sharing preventable hospital incidents from her own life

in the system that offer opportunities for patients to improve the outcome of their visit. She says, "Going through so many hospitals, you see places where things went wrong. There are so many things the patient can't control, but there are many they can," and they are listed and discussed with practical advice, personal anecdotes and useful checklists in her book, *"Surviving the Hospital."*

Having lived in Cle Elum for over 20 years, Val says that the community of small-town living combined with the proximity to medical centers is what brought the couple here. "It was part of the heart transplant process," Val explains. "When you're seeing yourself get more and more sick, you wonder what the future will hold, so I sat with my husband and asked, "Where would you like to retire?" They decided upon Cle Elum. "That was the carrot in front of my husband. When he was having a particularly difficult situation, I'd always say, "Remember, we have a future



**VAL BARSCHAW, of Cle Elum, debut author of *"Surviving the Hospital: Six Secrets Every Patient Should Know."*** Photo courtesy of Val Barschaw

planned." This hope and the gratitude of its realization is "the secret sauce" that edged Val's husband closer to recovery, but it was the couple's determination to be "responsible patients," that ensured success.

*"Surviving the Hospital"* empowers patients with the knowledge they need to advocate for themselves confidently. It is written in accessible language without medical jargon, making it easy for anyone to understand and implement the strategies.

Autographed copies of Val's new book are available locally at Kittitas Books, inside Tribune Office Supply & Printing at 807 W. Davis St. by Safeway in Cle Elum.

# Improve your garden with fall leaves and landscape trimmings



by Melinda Myers | Guest Columnist | Author of "Midwest Gardener's Handbook, Revised Edition, and Small Space Gardening"

Fall is a great time to improve your soil for next year's garden. Many of the resources needed are readily available and many are free at this time of the year.

Start by putting fall leaves to work in the garden. Use your mower with the bag attached to shred and collect fall leaves. Work them into the top 8 to 12" of soil. They break down over winter, adding organic matter and nutrients to the soil before you begin planting in the spring.

Fall leaves are also a great resource for those of you minimizing soil disruption with no till, also known as no dig, soil care. Spread several inches of the leaves over the soil surface. The leaf mulch protects the soil in new and vacant gardens from erosion and compaction over the winter. They keep the soil a bit cooler in the spring so you may need to adjust your planting times.

Cover bare soil in perennial gardens and mixed borders with fall leaves. They are a great mulch, suppressing weeds, conserving moisture and improving the soil as they decompose. A layer of leaves insulates the soil, helping insects and other wildlife that overwinter underground. Plus, they are free.

Incorporating two to four inches of compost or other organic matter into the top 8 to 12 inches of soil is another option. Organic matter adds nutrients but also improves drainage and aeration in heavy soil and increases water- and nutrient-holding capacity in fast draining soils.

Adding compost also builds the soil ecosystem. It increases the number and activity of beneficial soil organisms such as good bacteria, fungi, microorganisms and insects. Healthy soil grows healthier plants more resistant to pests and environmental stresses.

Another no till method uses a five-inch layer of compost on top of non-shiny cardboard, covering the soil surface. The cardboard helps suppress the weeds and the compost provides the growing medium for seeds and transplants. The compost is replenished yearly, and the cardboard eventually breaks down, adding organic matter to the soil.

Convert landscape and garden trimmings, fall leaves and compost into a rich planting medium with lasagna gardening. This system employs composting methodology to build soil in free-standing or contained raised beds.

Start your lasagna garden by measuring and marking the layout of your garden bed. Cut any grass and weeds in this area very short and cover with moist newspaper or cardboard. This smothers any existing grass and weeds.

Next, add a two- to three-inch layer of peat moss or compost. Top this with four to eight inches of plant debris such as leaves, plant-based kitchen scraps, herbicide-free grass clippings, straw or similar materials. Sprinkle a bit of low nitrogen fertilizer over this layer. Cover with an inch of compost. Repeat the layers, just like making lasagna, until your garden is 18 to 24 inches high.



**HUGELKULTUR GARDENING, or mound gardens.** Photo courtesy of Melinda Myers

Hugelkultur, or mound gardens take this one step further. The bottom layer is made of logs, branches and fall leaves. Do not include black walnut tree trimmings that are toxic to many plants or those of cedar and black locust that are very slow to decompose. The rotting logs and branches absorb water, making it available to the plants in the garden. As the tree trimmings decompose, they add organic matter and nutrients to the soil. Then top this with a lasagna garden.

The lasagna and Hugelkultur beds gradually settle but the benefits remain. Continue to build additional lasagna layers every few years on top of established beds as needed.

Select a method that best fits your gardening style. Investing time in building healthy soil reaps years of benefits.

---

## DEATH NOTICES

### Bernice A. "Babs" Ballard

As she was fondly nick-named, "Babs" Ballard of Cle Elum passed away on Monday, September 22, 2025 in Issaquah, Washington. She was born in Kendrick, Idaho in August of 1936. A private family service will be held. Arrangements by Johnston & Williams of Cle Elum.



### Vernon J. "Vern" Steiner

Vernon J. "Vern" Steiner, 73, of Cle Elum, passed away on Friday, September 19, 2025 in Ellensburg. His family will host a celebration of life starting at Noon on Friday, October 17 at the Cle Elum Eagles. A complete obituary is forthcoming. Arrangements entrusted to Johnston & Williams.



### Heather M. Neifert

Heather Mae (Ellis) (Osiadacz) Neifert, 44, passed away on Saturday, September 13, 2025 at the Deaconess Medical Center in Spokane. Her family will honor her life at a private family service. Arrangements have been entrusted to Johnston & Williams of Cle Elum.



### Kurt E. Lucke

Kurt E. Lucke, 82, of Cle Elum, passed away on Wednesday, September 17, 2025. A celebration of life will be held later this fall with details to be announced in a forthcoming obituary. Arrangements have been entrusted to Johnston & Williams of Ellensburg.



### Jerri Lee Hummel

Jerri Lee Hummel, 88, died September 18, 2025, in Ellensburg, WA. Jerri was born on January 20, 1937, in Corona, CA. Services will be held at a later date. Online condolences may be made to the family at www.brooksidefuneral.com. Brookside Funeral Home & Crematory is caring for the family.

**Brookside**
FUNERAL HOME & CREMATORY

### Printed Copies of Obituaries

Printed copies of obituaries within the past year are available for purchase at the *NKC Tribune* office (807 W. Davis St., Cle Elum, WA) or online at https://nkctribune.com/sales/single-copy-purchase/ Or call 509-674-2511 for info.

Obituaries can be placed with the Northern Kittitas County Tribune online at:

**www.nkctribune.com/obituary/placement**
For Questions or Assistance: Call 509-674-2511



This newspaper deal really packs a
# P-U-N-C-H!

## NOW AVAILABLE:
Convenient,
**money-saving***
pre-paid Tribune Punch Card



## *Save up to $44/year!

(Compared to buying 52 single issues at the cover price of $2.00 each when you buy 4 packs at the discounted price)

*COVER PRICE $2.00 ea.

buy 1 Punch Card pack $19⁵⁰ ($1.50 ea.)

buy 2 Punch Card packs $35 ($1.35 ea.)

buy 4 Punch Card packs $60 ($1.15 ea., same as Kittitas County Subscription Rate!)


TRIBUNE

Get yours today and redeem each week at the Tribune office 807 W Davis St, by Safeway in Cle Elum

Questions? 509-674-2511

## PLACES

# Of Salmon and Vultures



**by Jen Smith**
**Community Correspondent**

People get real excited about fall. The colors, the crispness, football, omnipresent pumpkin spice lattes. And while I can get behind every single one of those things, I do not look forward to fall. I'm a summer girl and it's always hard to say goodbye to the sun and the general lightness of being. Things seem to get weirdly hectic in fall; people seem to turn into a bunch of crazed squirrels getting their acorns all lined up. Fall is hard for me; I know I'll be seeing my friend, the sun, way less. Light disappears each day now. Crazy Fall People can't quite understand it, but if you know , you know. Fall is hard.

And this is the time of the year that I find myself slipping into little Snit Fits a bit more often. Sunday was one of those days that punctuated a weird week with many world events and too many people stretched thin. I huffed and I puffed ,and instead of blowing the house down, I took my medicine: a trip all by my lonesome to the river and big sky of Dry Creek. I assured my beleaguered husband that I would return a better human; he gave me a sweet kiss on the forehead and swift pat on the backside, which I may or may not have

glared at him about. Thankfully, he's not scared of me and knows it's just a "general aggravation" glare and not aimed towards him.

As soon as I pulled out of the driveway, I thought " oh no, it's the weekend. There's gonna be ......PEOPLE." But one of the best things about Fall that I cannot deny is that the People Quotient goes way down. I spend a lot of my summer having fantasies about hiding in a bush on 903 and throwing spike strips to speeding cars like some vengeful Greek Goddess in a Ghilie Suit. As much as I love summer, I spend a lot of time getting aggravated at the hordes of people that come to share what we all love. And while I can't blame them for coming, I do wish they had better manners.

But this fall day, the road was empty. The rain, for lack of a better word, was lightly spitting and the sun twinkled in and out of clouds like some guarded jewel. I usually drive a respectable ,yet not nerdy , 5-7 miles over the speed limit, but today I was doing a solid full nerd 35 mph all the way to Dry Creek. Nobody was behind me and that vibe was not gonna get killed today. A family of turkeys ambled across close to the Last Resort, and I stopped to let them cross on their time. It was much appreciated by both me and the turkeys. As I drove up 903, the big vine maples were turning that outrageous shade of chartreuse while the little ones were already busting into oranges and purples. Soon it will be a scandal of color.

The farther I drove up 903, I felt the weight of the Snit Fit lifting. The noise of fall sports, school schedules, looming

house projects and other loud things were getting fainter and fainter. As I pulled into Dry Creek, I breathed a sigh of relief that it was totally empty. I drove down to the river and got out. The wind was blowing just strong enough to keep things interesting. The river was low and I could see the deep red backs of salmon pushing their way upstream. Some hid in deep eddies getting their strength back to make a burst of effort that might get them 5 yards further up till they had to rest again. There's nothing like watching salmon to better remind you to not give into Snit Fits. They are hard-wired to get where they're going- instinctually duty bound by any means necessary. They were made for this.

Not to be outdone, above them a few vultures surfed the wind currents. Don't get me started on vultures, they are beautiful, underappreciated and regal and I will die on this hill. I must have watched them for an hour and rarely saw a single wing flap. Just these beautiful birds under the canopy of ever-changing fluffy clouds, soaring effortlessly on the wind. A simple change of wing angle would send them into another current. A beautiful ballet of knowing how they were designed and the knowledge that the wind would carry them where they wanted to go.

And boom. I was fixed. No more Snit Fit. No more noise. A total reset of a soft smile and the felling of " oh yeah". We were created to persevere, to fulfill our duties. Like the salmon, just keep going. Maybe some nice human will help you along with the equivalent of a fish ladder when times seem the toughest. Or



**HAPPY FALL Y'ALL! Red Mountain does some late summer sunbathing as the Cle Elum River winds sleepily along.** N.K.C. TRIBUNE/Jen Smith photo - 2025

maybe the comforts of a deep eddy will help you learn to build strength. Like both the salmon and the vultures, we are "fearfully and wonderfully made , all with such different gifts and talents. And just like the vultures' trust and knowledge of the winds, we must hone and relay on faith that God will get us just where we need to be..... and if we do it right and trust in the process, there might be minimal flapping of wings. Because, Lord knows, I do get tired of flapping my wings.

Happy Fall to those of you who love fall and those of us who can appreciate it but are kinda scared of it. May it bring you to the quiet places where the salmon and the vultures quietly heed their callings. And may it remind you that the light never really goes away, it's found in the quiet duties of why we are here. It shows up in the faces of strangers and the laughter of little children. Be the light this fall; your acorns will get themselves all sorted out in plenty of time.

# Celebrate National Public Lands Day by volunteering

This Saturday, Sept. 27, join Mountains to Sound Greenway volunteers in caring for the trails and campgrounds we love in honor of *National Public Lands Day.*

With staffing stretched thin, these remote U.S. Forest Service sites haven't seen upkeep in the last 5+ years. They are showing wear, and your time can make a visible difference in just a few hours.

#### Why these sites?

They're a little further out, and that's exactly why they need you! Because they're harder to reach, they don't get the regular care of spots closer to the highway. By joining a work party, you'll be

stepping up where the need is greatest and ensuring these special places stay open and safe for everyone.

And the best part? These remote locations are beautiful. It's the perfect chance to make a weekend of it: volunteer in the morning, then stay to camp, hike, or simply relax outdoors.

Celebrate your impact afterward at our *"Cheers for Volunteers"* gathering at Dru Bru in Cle Elum.

#### Choose your work party:

**Riders Camp:** Install new fire pits and picnic tables at this popular campsite for horseback riders and bikers. **Owhi Campground and**



**Trails:** Remove downed trees from trails and clean up a campground.
**Fish Lake Guard Station & Campground:** Spruce up and seal cabins for the season ahead.



**Manastash Campground:** Make much-needed upgrades to this beloved campground.

**Bonus: First-Ever Resilience Film Festival**
Kick off the weekend Friday night (Sept. 26) with inspiring stories of local conservation, water restoration, and land stewardship. The event

will be held at Central Washington University SURC Theatre in Ellensburg from 6:00 - 8:30 pm. Free entry, no tickets required.

For more information on volunteer sign up or the film festival, visit Mountains to Sound Greenway at https://mountainstosoundg-reenwaytrust.cmail19.com/t/j -e-wuiwjk-wiututihy-n/.



**LOCAL HISTORY MYSTERY**

# Did he parachute into Cle Elum?



**DVD** – This four episode documentary reveals, for the first time, the identity of the real D.B. Cooper who hijacked an airplane in 1971, demanded two hundred thousand dollars in twenty dollar bills, four parachutes and then exited the airplane over the Cascade mountains in Washington State never to be heard from again.



**Getting The Truth: "I Am D.B. Cooper"**
By Joe Koenig



**D.B. Cooper & Me**
By Carl Laurin

The legend of D. B. Cooper is one that fascinated and frustrated the world for four decades. He is the only skyjacker ever to pull off a $200,000 heist from 10,000 ft. in the air, without harming a soul. Three years ago, a man named Carl revealed to the world that his best friend Walt was D. B. Cooper. This is his story.



**Kittitas Books**

Visit the "Book Nook" inside Tribune Office Supply
807 W. Davis St. (Alpine Plaza) in Cle Elum
509-674-2511 or online 24/7 at KittitasBooks.com



**75% off Total Purchase***

**Leafguard**

**Say goodbye to gutter cleaning for good**

No clogging, No cleaning
No leaking, No water damage
No ladder accidents

**Receive a $50 VISA Card with your Leafguard Purchase!**

Call now for your free estimate! Financing available 1.888.616.1142

# FIRST RESPONDERS

# Upper County training tower takes shape at Station 76

by Victoria Malcolm
victoria@nkctribune.com

CLE ELUM – Construction has begun at Kittitas County Fire District 7's Station 76 on the long-awaited Upper County Training Tower, a project funded by Life Support through community donations, including major gifts from the 2023 Dinner Auction.

The training tower is designed to replicate real fire conditions, with searing heat, smoke-filled rooms, and multiple floors where firefighters may need to search for victims. Features include a 12-partition maze room that can be reconfigured for endless training scenarios, an inset balcony for rappelling and ladder drills, and anchor points to support technical rope rescue practice.

By building the tower in a central location at Station 76, both full-time staff and volunteers can train without leaving the district. The facility will also be available to neighboring fire agencies, strengthening collaboration and readiness across Upper County.

Construction is underway at Kittitas County Fire District 7's Station 76 on the long-anticipated Upper County Training Tower. The tower will allow firefighters to train

locally in live-fire, multi-story, rappelling and rope rescue scenarios rather than traveling out of the area.

Life Support is a volunteer organization that raises funds

to strengthen Fire and Emergency Medical Services (EMS) within the Upper County.

Learn more about Life Support online at www.lifesupporti90.org





**CONSTRUCTION IS WELL** underway at Kittitas County Fire District 7's Station 76 on the long-anticipated Upper County Training Tower, a project spearheaded and funded by the nonprofit Life Support through community donations.
Photos courtesy of Kittitas County Fire District 7

## Helicopter rescue near Lake Lillian ends safely thanks to prepared hiker

by Victoria Malcolm
victoria@nkctribune.com

SNOQUALMIE PASS – What could have been a long and difficult ordeal in some of the Upper County's most remote backcountry ended with a safe outcome thanks to one hiker's preparation and quick action by rescuers.

Joanna Dittemore, 63, of Everett, was hiking with her dog, *Baker*, on a steep trail near Lake Lillian east of Snoqualmie Pass on September 18 when she slipped. Initially alone on the trail, except for her faithful dog, and nursing a suspected broken ankle, she reached for the piece of gear she'd carried on hikes for years but never used: a Garmin InReach satellite communicator.

With no cell service in the area, Dittemore was able to send an SOS signal from her InReach directly to Kittitas County Sheriff's Office deputies, instantly sharing her location and allowing a rescue to be coordinated. Kittitas County Search and Rescue were put on standby in case they were needed, but deputies quickly realized that carrying her out on the rugged trail would take many hours and put rescuers at risk, so they requested helicopter assistance instead.

The King County Sheriff's Office Guardian 2 helicopter responded, hoisting Dittemore and her pup from the mountainside and flying them to a makeshift landing zone at Snoqualmie Pass. From there, Dittemore was met by her husband who took her to a hospital where it was decided she would need surgery on her ankle.

Dittemore shared how thankful she is for the help she received: "I've had a Garmin InReach device for 15 years and never had to use it until this. I am beyond grateful for the Kittitas County Sheriff's Department who coordinated my rescue and the Guardian 2 crew who came to get us, and especially grateful they were willing to take my dog! Baker is recovering at home after that bit of excitement – he has become quite the celebrity! I will need surgery to repair my ankle, but without the InReach and the chopper, we'd still be out there. If you hike, please get yourself a satellite communicator (I was able to text directly with SAR), and donate to your local Search and Rescue. Oh, and shout out to all the nice hikers who checked on me, gave me a Mylar blan-

ket, filled up my water, and propped up my foot. The hiking community is amazing!"

Kittitas County Sheriff's Office Inspector Chris Whitsett said the rescue underscores how preparation can make all the difference.

"Carrying an emergency satellite-connected communications device can speed up SAR response by instantly sharing your exact location and providing a way to share information when other ways

fail. At the same time, technology and batteries can always fail or malfunction, so make sure to carry the 10 outdoor essentials for your specific recreational activity, be prepared to spend the night, and tell someone your plan."

As the days get shorter and the nights cooler, Inspector Whitsett's words are a timely reminder of being prepared for anything when heading into more remote areas of the Upper Kittitas County.



**EVERETT HIKER** Joanna Dittemore and her dog Baker were hiking on a trail near Lake Lillian, east of Snoqualmie Pass in the Upper County, when she slipped and injured her ankle. Thankfully, her Garmin InReach satellite communicator.
Photo courtesy of Joanna Dittemore

### Weekly Fire Log

Following are recent KCFD7 calls for assistance –

9/22: Headache - XXXX Red Bridge Road
9/21: Bleeding/Laceration - XXX Pine Ridge Lane
9/21: Brush/Wildland Fire - 951 Big Creek Road
9/21: CPR - XXX Prairie Lane
9/21: Sick/Unknown - XXXXX Westside Road
9/20: Gas Leak/Odor - 1381 Southern Star Lane
9/20: Sick/Unknown - XXX Oakmont Drive
919: Motor Vehicle Crash - 2917 Bullfrog Road
9/19: UNC/UNRESP/SYNC - XXXX Suncadia Trail
9/19: Sick/Unknown - I90 East
9/19: CPR - XXX West Second Street
9/18: Alarm Fire - 3770 Suncadia Trail
9/18: Heart Problem - XXX Anderson Lane
9/17: Smoke Investigation - 421 Prairie Lane
9/17: Commercial Alarm (fire drill at Suncadia Lodge) - 3600 Suncadia Trail
9/16: Citizen Assist - XXXX State Route 970
9/15: Motor Vehicle Crash - 6000 Block Teanaway Road
9/1: Fall Patient - XXXX Leisure Land Lane
9/1: Sick/Unknown - XXXX South Cle Elum Ridge Road
9/1: Motor Vehicle Crash - I90 Eastbound Milepost 68
9/1: UNC/UNRESP/SYNC - XXXX South Cle Elum Ridge Road
8/31: CPR - Kachess Dam Road Milepost 2
8/30: Burn Complaint - Liberty
8/30: Burn Complaint - 2121 Hundley Road
8/30: Line Down - All Seasons Drive and Keegans Court
8/30: Alarm Fire - 500 Honolulu Drive
8/30: Burn Complaint - Teanaway Campground
8/30: Heart Problem - 21 Chepoda Road (KCFD7 Station 73 walk-in)
8/30: Smoke Investigation - 447 Elk Meadows Road
8/30: Alarm Fire - 411 Memory Lane
8/30: Sick/Unknown - XXXX Nelson Siding Road
8/30: Breathing - XXXX Upper Peoh Point Road
8/29: Sick/Unknown - XXX Big Creek Road
8/29: Sick/Unknown - XX High Country Court
8/29: Brush/Wildland Fire - I90 Westbound Milepost 78
8/29: Fall Patient - XXXX South Cle Elum Ridge Road
8/29: Abdominal Pain - XXXX Upper Peoh Point Road
8/29: Alarm Fire - 3600 Suncadia Trail
8/28: Brush/Wildland Fire - Teanaway Middle Fork Rd & West Fork Teanaway Rd
8/28: Burn Complaint - Casassa Road and Upper Peoh Point Road
8/28: Breathing - XXX Scott Drive
8/27: Chest Pain - XXX Scott Drive
8/27: UNC/UNRESP/SYNC - XXX Hughbanks Road
8/26: Allergic Reaction - XXX Upper Peoh Point Road
8/26: Alarm Fire - 2690 State Route 903
8/26: Brush/Wildland Fire - I90 Eastbound Milepost 82
8/25: Motor Vehicle Crash - I90 Westbound Milepost 70
8/25: Overdose/Poison - XXX Pays Road
8/24: Alarm Fire - 1011 Buena View Road
8/23: Alarm Fire - 71 Bunchberry Court
8/23: Alarm Fire - 634 Trailside Drive
8/23: Fall Patient - XXXX Tumble Creek Drive
8/22: Trauma - I90 Westbound Milepost 74
8/22: Alarm Fire - 634 Trailside Drive
8/22: Accident-No-Injury - 1562 Airport Road
8/22: Sick/Unknown - I90 Westbound (Rest Area).

## Early morning I-90 closure due to truck collision

by Lounette Grubb
lounette@nkctribune.com

EASTON – On Friday morning, Sept. 19, commuters westbound to Seattle faced a three-hour delay due to road closure on I-90. The closure at milepost 66 near Easton was caused by a Volvo tractor-trailer truck striking a disabled 2001 International 4700 series medium-duty commercial truck in the right lane, Eastbound. The collision caused the disabled semi to roll over, blocking both directions of the I-90 traffic for three and a half hours from around 8AM to 11:30AM. Neither of the two drivers were injured during the incident, but both trucks were totalled. Thus far no charges have been made to either party.



**NEITHER OF THE TWO DRIVERS** from Oregon and Washington were injured during the semi collision on I-90 on the morning of Friday, Sept. 19.
Photo courtesy of Washington State Patrol District 6 PIO





CER WARRIOR Jordan Wallick (#51) tackles a Wolverine running back while Sam Dearing (#3) lines up on the play against Friday Harbor.
*Dani Santa Photography*

QUARTERBACK QUINN CARLSON (#15) hands off to Connan Hyatt (#8), who rushed a solid 96 yards in the winning game.
*Dani Santa Photography*

# Friday night lights go out for Friday Harbor

by Lounette Grubb
Lounette@nkctribune.com

CLE ELUM – On Friday, Sept. 19, the Cle Elum-Roslyn Warriors got off to a slow start in the first half of their football game against the Friday Harbor Wolverines. The Warriors were penalized for errors and faced a nullified score, but were not discouraged. They bounced back and claimed the 27-13 victory with an impressive interception and fumble recovery by **Sawyer Evans**, who also secured an 87 yard pass from QB **Quinn Carlson**.

With 280 rushing yards and a consolidated team effort at tackling, led by **Jordan Wallick** who made five, the Warriors garnered the win.

**Up Next**
This Friday, Sept. 26, you'll want to make your way out to CER's gridiron early for a ribbon cutting at the two newly remodeled, multi-use athletic facilities. There will be open house-style tours as the district honors everyone who contributed to making these spaces a reality.

Play action follows at 7:00 p.m. when the Warriors take on the White Swan Cougars in their first home game of the season.

Head Coach Mike Cameron says, "We're hoping a big crowd will come out and support us! Having a large and loud crowd provides a big boost for our players and staff and this is the first league game of the season – so we're very excited! White Swan always plays us tough, so we know we will need to bring our 'A Game' and compete all four quarters." See you there!



EVASIVE ACTION by Sawyer Evans (#21) as the Wolverines try to take him down.
*Dani Santa Photography*

## Cle Elum Cross Country Crossed Out

by Lounette Grubb
Lounette@nkctribune.com

CLE ELUM – Last week, the 28th Annual Wenatchee XC Invite, set to take place on Saturday, Sept. 20, was cancelled due to poor air quality. Many of the Cle Elum-Roslyn High School Cross Country athletes were looking forward to this race scheduled to take place at Walla Walla Point Park. There has been no mention of rescheduling thus far.

Head Coach Heather Stull expressed disappointment in losing "a highly competitive meet so early in the season." In exchange, the Warriors will race at Connell on Saturday, Sept. 27 where they can expect to see many of the teams affected by the Wenatchee invite cancellation, "Including some of the teams [Cle Elum-Roslyn High School] competed against during State last year," says Coach Stull, "It's a great chance to see where we are at."

## ATHLETE SPOTLIGHT

### Theodore Bronkema
### Cle Elum-Roslyn High School

Theodore Bronkema is a Freshman at Cle Elum-Roslyn High School. He's looking to carry his 3.8 GPA from middle school into his high school career. His favorite subject in school is PE. He also likes English as he says, "I have always thought it was easy."

He's been involved in FBLA for two years and is looking forward to joining more clubs in high school.

Theodore enjoys fishing, hunting, sleeping, and playing all types of sports. In fact, he's currently competing for the Warriors in Cross Country and will take on Basketball and Baseball in the upcoming seasons.

When asked what he likes most about sports, he said, "I think they are fun. I enjoy competition." He added, "I've learned how to keep calm under pressure."

Bronkema's motivational quote, "Heroes get remembered, but legends never die" is a well-known saying from the 1993 film The Sandlot, spoken by the actor playing the legendary baseball player Babe Ruth to one of the young characters.

When asked who he admires, Theodore replied, "My dad. He gave me my love of sports. He played catch with me before I could even walk. He taught me the foundations for every sport I play. He's also always pushing me to get better."

Who's his favorite celebrity athlete? "Kyle Seager. My dad really liked him. Ever since I was little I grew up listening to him talk about Kyle Seager. Seager played third base for the Mariners for 11 years. He also holds the record for the most home runs in T-Mobile park."

This week's athlete spotlight sponsored by:

## Mundy Farms

KELLEHER-FORD.COM
*"Our family serving your family since 1911"*
Ford
(509) 925-1911

**Congratulations Theodore!**

## Senior Mixed Bowling League
### September 17, 2025

| Team Standings | Wins |
| --- | --- |
| Kraken | 10 |
| (Ray Martin, Katie Huss, and Larry Sadler) | |
| Seawolves | 8 |
| Broncos | 8 |
| Super Sonics | 7 |
| Seahawks | 7 |
| Bulldogs | 6 |
| Cougars | 4 |
| Huskies | 4 |
| Warriors | 3 |
| Mariners | 3 |

| High Team Game | |
| --- | --- |
| Super Sonics | 508 |
| (James Montgomery, Becky Montgomery, Pete Bender) | |

| High Team Series | |
| --- | --- |
| Super Sonics | 1,457 |

| High Men's Series | |
| --- | --- |
| Jaimie Park | 557 |
| Ralph Griffin | 549 |
| Herman Cornelius | 525 |

| High Ladies Series | |
| --- | --- |
| Becky Montgomery | 513 |
| Sally Conway | 455 |
| Sandy Manchester | 434 |

| High Men's Game | |
| --- | --- |
| Herman Cornelius | 205 |
| Ralph Griffin | 203 |
| Jaimie Park | 202 |

| High Ladies Game | |
| --- | --- |
| Becky Montgomery | 192 |
| Sandy Manchester | 163 |
| Sally Conway | 158 |

## CERHS Soccer is full steam ahead!

CLE ELUM – Lady Warriors are showing up and showing out. Thursday, Sept. 18's conference game against Mabton turned into a rout. Although Mabton remained very physical, Lady Warriors could not be stopped. **Riley Robinson** started things out with a goal within the first two minutes of the game from a deft assist from junior **Nellie Nicholls**. Nicholls would go on to score two goals herself, with an assist from senior **Caroline Smith**. Juniors **Ava Hayes and Eliana Coder** also joined the Two-Goal Club that night as well. Not to be outdone, freshman phenom **Berklie Singer** added one more goal to the mix for a standout game ending in 8-0.

The ladies then went on to play Crosspoint on Saturday, Sept. 20. Always competitive, Crosspoint brought high action play and a power struggle to the bitter end. No domination in this game – these teams were perfectly matched. Spectators enjoyed the high energy and physicality on the field despite the high temperatures. Junior **Eliana Coder** would go on to score the Warriors' one goal on a penalty kick in the first half, which then got answered through a score by Crosspoint on another penalty kick late in the second half. A non-conference game denotes no overtime, so the Lady Warriors and Crosspoint walked away with a tie, 1-1. Each team should be proud of their players in this slugfest.

**Up Next**
Lady Warriors travel to conference rival Columbia-Burbank on Thursday, Sept. 25 with a game at 6:00 p.m. Their next home game is Tuesday, Sept. 30 at 6:00 p.m. against La Salle.



HOT WHEELS Junior Ava Hayes is full steam ahead as CERHS gave Crosspoint a most challenging game.
*N.K.C. TRIBUNE/Jen Smith photo - 2025*

## SPORTS & SCHOOL



WARRIOR FANS cheered for their hometown favorites at the volleyball game on Tuesday, Sept. 16 against La Salle.
N.K.C. TRIBUNE/Lounette Grubb photo - 2025

# Warrior volleyball battles at the net

**by Lounette Grubb** | Lounette@nkctribune.com

**CLE ELUM** – CER's Volleyball team has had a full schedule, with one tough away game, a tournament day and a swooping home game victory. Here's the recap!

**Tough loss against Tri Cities Prep**
On Thursday, Sept 18, the Warrior Volleyball team fought hard against Tri Cities Prep, losing three of the four sets played, which cost them the match. Head Coach Holly Fleshman says they "Knew [the Jaguars] would be tough and run a quick offense. They posed a great opportunity for our blockers to see faster tempo balls and our defense to pick up hard driven swings."

Senior **Megan Garcia** and sophomore **Jazmyne Castleberry** led the team on offense with five kills each and sophomore setter **Audrey Teh** set up 22 assists. Castleberry also pulled out an impressive eight stuff blocks. Leading the defense was junior libero **Sydney Brown** who picked up 30 digs. "While the loss was tough, we learned a lot about where we can continue to work and refine our play," commented Fleshman.

**Going for Tournament Gold**
At the tournament in Ephrata on Saturday, Sept. 20, the Warriors played stellar volleyball. After being seeded 4th, they beat ACH, Othello, and Omak to win the pool and advance into the gold bracket. "I am really proud of this team. They put the work in over the last few years and in the off season to get to where they are right now. Many of these players spent their winter playing club seasons and their summer in the gym with us. That extra work put in all adds up to huge improvements," says Coach Fleshman, highlighting the importance of mental training alongside physical training for athletes.

In the first round of bracket play, the Warriors fell to Liberty Bell in two tight 22-25 sets. "They served tough, making reception difficult for their opponents and played scrappy defense. Every athlete stepped into their role well and communicated consistently," Coach Fleshman praised the Warrior's teamwork, supporting one another on and off the court. "That is the difference between a good and great team"

**CER vs. La Salle**
On Tuesday, Sept. 23, Cle Elum-Roslyn hosted their major league opponents, La Salle Lightning. Both the Varsity and Junior Varsity Warriors were alive with team spirit and cheered on by supporters with signage and pom poms as points were exchanged across the net. Both teams walked off the court with impressive all-set wins. Varsity won 3-0 (25-23, 25-17, 25-22).



CELEBRATING TOGETHER. #8 Amelia Rodriguez and #9 Ava Church are thrilled with a great play at the net against La Salle.
N.K.C. TRIBUNE/Lounette Grubb photo - 2025

**Up Next**
On Thursday, Sept 25, the Warriors face another big league opponent – the Goldendale Timberwolves. Considered a "Great competitive match up" by Coach Fleshman. Warrior fans wish the team luck with this away game.

Following Goldendale, the team plays several more away games before coming back home on Tuesday, Oct. 7 against White Swan.



PLAY ACTION at the net between La Salle and Cle Elum.
N.K.C. TRIBUNE/Lounette Grubb photo - 2025

## Lady Wildcats capture first 14U Championship



THE LADY WILDCATS battled their way to victory bringing home the Championship Title in the Fall Bash Softball Tournament in Ephrata, WA on September 20 & 21. Back Row (L-R): Coaches Derek Berry, Jay Wudi, Scott Kauziarich, and Jimmy Barrom. Middle Row (L-R): Ashlyn Wudi, Elly Barrom, Mikayla Backman, Audrey Pike, and Brave Israel. Front Row (L-R): Hailey Everley, Reagan Sherrill, Natalie Kauziarich, and Payson Berry.
Photo courtesy of Jessica Berry

# Sun Country Ladies Golf Club still swinging in September



WATCH THAT PUTT. L-R: June Jones and Sue Vertrees watch Heather Dolan putt with the hole out of sight.
Photo courtesy of Sun Country Ladies Golf Club

**by Linda Bird**

Sun Country Ladies Golf Club

**CLE ELUM** – The Sun Country Ladies Golf Club held their last 9 & Wine event of the season on Thursday, Sept. 11 with 22 members participating. The game was a regular scramble with additional special rules for each hole. These included hitting the shortest drive, putting along the flag pole laying down on the green, using only the #7 golf club the entire hole, and putting with one's back to the hole. These were challenging and fun, very creative choices by organizer Tammy Long.

After the game, Sandy DeBoer welcomed everyone to her lovely home where the ladies gathered for a delicious potluck luncheon and the fun continued. The afternoon concluded with the announcement of the winning team: Donda Malatesta, Christine Fletcher, and Donita Pittis.

**Home Wins in August**
In other news, the ladies announced their home wins during the month of August.

**August 6 Game: Even Holes**

Division 1: Kandie Baker
Division 2: Debbie Bentler
Division 3: Judy Dunn
Birdies: Sarah Harris and Judy Dunn

**August 13 Game: Ones**
Division 1: Carol DeBord
Division 2: Linda Culley
Division 3: Linda Bird and Debra Berta
Chip In: Linda Bird

**August 20 Game: Par 4's**
Division 1: Donita Pittis
Division 2: Debbie Bentler
Division 3: Judy Dunn
Birdie: Sue Vertrees
Chip In Birdies: Sue Swanson

**August 27 Game: Easy Peasy**
Division 1: Peggy Lynch
Division 2: Andrea Garvey
Division 3: June Jones
Birdies: Mary Owen, Judy Graham, and Crystal Barth
Chip Ins: Deb Masters
Chip in Birdie: Judy Graham



THE WINNING TEAM. L-R: Donda Malatesta, Christine Fletcher, and Donita Pittis.
Photo courtesy of Sun Country Ladies Golf Club



9 & WINE ORGANIZER Tammy Long with Hostess Sandy DeBoer.

25-01128-WLH9    Doc 81    Filed 03/02/26    Entered 03/02/26 17:46:00    Pg 45 of 46
Exhibit D Page 17 of 18

# CLASSIFIEDS

Call the N.K.C. Tribune at 509-674-2511 to place your ad today.

## EMPLOYMENT

### HELP WANTED



**CITY OF CLE ELUM**

EMPLOYMENT OPPORTUNITIES

The City of Cle Elum will be accepting applications until 3:30 p.m. Tuesday, September 30, 2025, for a Utilities Operation Manger, Water Treatment Operator 1-2, and Wastewater Treatment Operator 1-2. Please submit your resume, employment application and cover letter by this date to this link: https://cleelum.gov/employment-opportunities/ Position Descriptions and Applications are available at Cle Elum City Hall – 119 West First Street, from 9:00 a.m. to 4:30 p.m., Monday through Thursday, and from 7:00 a.m. to 3:30 p.m. on Friday. The City of Cle Elum is an Equal Opportunity Employer.

**CITY OF ELLENSBURG**

ASSISTANT CITY ATTORNEY

Salary Depends on Qualifications. $10,168-$12,699/m. Full-time Mon through Fri. Detailed description & app available at: www.ci.ellensburg.wa.us or call (509) 962-7220. Position Is Open Until Filled – EOE.

THE WASHINGTON Newspaper Publishers Association is seeking a commission-based statewide ad sales person. This is a great opportunity for a self-starter with ad sales experience. Email execdirector@wnpa.com

## REAL ESTATE

### HOUSES WANTED

WE BUY HOUSES FOR CASH AS IS! No repairs. No fuss. Any condition. Easy three step process: Call, get cash offer and get paid. Get your fair cash offer today by calling Liz Buys Houses: 1-888-720-3848.

### RENTALS

### COMMERCIAL

OFFICE SPACE FOR RENT: $450/mo. Upstairs & Utilities included. Downtown Cle Elum. 509-674-5696 or 509-304-8371.

*"Autumn burned brightly, a running flame through the mountains, a torch flung to the trees." – Faith Baldwin*

# SERVICES

## Professional Business Directory

### CONCRETE

**ELLENSBURG ECP CEMENT PRODUCTS**

*Gravel Site Locations:*
**ELLENSBURG**
**KITTITAS • EASTON**
**WEST CLE ELUM**
www.ellensburgcement.com

*Concrete Plant Locations:*
**ELLENSBURG**
**WEST CLE ELUM**
• Ready Mix Concrete
• Crushed Rocks
• Ecology Blocks
• Sand & Gravel
• Drain Rock
• Crushed Fill
*call today:*
**(509) 933-7050**
*e-mail:*
info@ellensburgcement.com

### STORAGE

**Southside Storage**
11x11
UNITS AVAILABLE
Call 674-5909 or 674-9517

### ADVERTISING

ADVERTISE ALL OVER WA STATE! The N.K.C. Tribune participates in a statewide advertising program sponsored by the WNPA, a statewide association of weekly newspapers. On this program, your advertising message would be included in community newspapers throughout Washington State for one low cost. Reach the whole state (over 901,000 readers in 67 newspapers) or select from Coastal, Metro or Eastern Washington regions. Ideal for car shows, concerts, festivals, fairs, wine tours, exhibits, help wanted / recruitment, promotion of online sales and products, vacation rentals, real estate, and more! Contact the Tribune for details on this advertising opportunity. Email: ads@nkctribune.com

www.BuildersGuideOnline.com

## VEHICLES

### CARS, TRUCKS, VANS



**2015 GRAND CHEROKEE** Limited 4x4 for sale. 91,500 miles. Leather seats, heated and cooled seats. Cashmere color. 509-607-4454. $7,999.

DONATE YOUR CAR, truck, boat, RV and more to support our veterans! Schedule a FAST, FREE vehicle pickup and receive a top tax deduction! Call Veteran Car Donations at 1-877-225-8568 today!

### ABANDONED SALES

**ABANDONED VEHICLE AUCTION** Easton Towing. October 3, 2025. Sale at 11:00 am, Preview at 10:00 am. 1 vehicle. 2921 E Railroad St., Easton, WA 98925.

**ABANDONED VEHICLE SALE** Thursday, September 25 at 11:00 a.m. Inspection 1 hour prior to sale. We have 3 vehicles up for auction. Willette's Towing LLC. 910 East 1st St., Cle Elum WA. 509-674-4357 DOL# 5238.

**ABANDONED VEHICLE SALE.** Monday, Sept. 29. 2 vehicles. Inspection 11:00 a.m. Sale 12:00 p.m. at Cascade Towing, 2560 E. Sparks Road, Easton.



We can design & print your **CUSTOM VEHICLE MAGNETS** as large as 24" X 60"

Tribune Office Supply & Printing
807 W. Davis • Cle Elum

## MERCHANDISE

### WANTED

$$ PAYING TOP DOLLAR for sports card collections & Pokemon. Premium pay for vintage. Please leave detailed message and number. Corey 541-838 0364.

### ANIMALS

### PETS

AKC BLUE & RED HEELER PUPPIES. AKC Labrador Puppies. 360-749-6333.

### SERVICES

### CLEANING

JUDY'S CLEANING SERVICE. 30+ YEARS EXPERIENCE. Light to heavy cleaning including residential, offices, businesses and specializing in vacation rentals. Will provide cleaning supplies. Have references, licensed and insured. Locally owned, Cle Elum, 425-445-9454.

### PROFESSIONAL

### ABLE MAINTENANCE

Firewise Services, Weed Control, Junk Removal, Home Repairs, Sprinkler System Installs & Landscape Renovations, All Landscaping Maintenance & Installation, Tree Removal / Trimming & Arborcare, Fruit Tree Pruning, Window Cleaning, Excavating, Roof Cleaning / Maintenance, Pressure Washing, Winterization of Sprinkler Systems, and Snow Removal. Licensed, Bonded, Insured #ABLEMM8814NA. Certified PGMS. Dennis Schmitt (owner), 509-656-0232 or 425-358-0507.

### SHARE YOUR LIFE STORY

Share your life story with family. Memoir company publisher helps you recall and write your memories. Great price. You receive hardcover memory book. For details and discount, go to www.memorygram.com and use discount code rix20.

### PROFESSIONAL DESIGN & PRINTING

The Tribune Design Team can design and print your custom business cards, banners, signs, carbonless forms, receipt books, brochures, posters, magnetics, letterhead, envelopes, stickers, and more! Tribune Office Supply & Printing, 807 W. Davis, Suite 101A, Cle Elum.

### CARBON, GRAPH & TRACING PAPER

We carry packages of carbon paper and graph paper. We also have tracing paper (sold by the foot) or in smaller pads. Perfect for all of your projects! Tribune Office Supply & Printing, 807 W. Davis, Suite 101A, Cle Elum.

### PAPER BY THE REAM OR CASE

White letter-size copy paper by the ream or case of 5. Legal and tabloid sizes also available by the ream. Tribune Office Supply & Printing, 807 W. Davis, Suite 101A, Cle Elum. 509-674-2511.

BUYING OR SELLING? You'll find it in the Tribune Classified Section. Place your ad by 12:00 Noon on Tuesdays by calling us at 509-674-2511. Low-cost & effective way to advertise.

### HOME SERVICES



**Gorman Coatings**
LICENSED & INSURED · STATEWIDE SERVICE
All of our coatings protect and make your building look beautiful!

**Metal Roof Coating**
LEAK REPAIR • RIN TOPS • QUONSET • ROOFING (METAL/GALVANIZED) • FLAT DECK ROOF COATINGS • MOBILE HOME ROOF COATINGS

**Painting**
METAL BUILDINGS (STEEL OR ALUMINUM) • HOUSE (EXTERIOR)

Call your local contractor, Gorman Coatings, at
**(509) 496-5099**

### HOME SERVICES

**ERIEHOME** Trust the Nation's #1 Roofing Contractor
Award-Winning Roofing and Customer Service
Erie Roofing Since 1976

LIMITED TIME OFFER **50% OFF** Installation

**FREE ESTIMATE SCHEDULE TODAY!** Call 1.844.800.9166

CALL TODAY! 1.844.800.9166

## MISC. LOST & FOUND

### FOUND

FOUND: BMW KEY Turned into Cle Elum Police Department.

### MERCHANDISE

### FREE STUFF

### FREE CARDBOARD BOXES

Clean, Variety of Sizes. Stop by the Tribune Office Supply & Printing, 807 W. Davis St., Cle Elum.

### MERCHANDISE

### MISC. FOR SALE

### FOR SALE

GE Cool White T8 LED, 48" Light Tubes, Direct Wire Converts T8 Fixtures to Line Voltage. New in box, contractor case of 20 tubes. ON SALE FOR $75 + tax (Regularly $92 + tax). Inquire at N.K.C. Tribune, 807 W. Davis St., Cle Elum.

SUNSETTER. America's Number One Awning! Instant shade at the touch of a button. Transform your deck or patio into an outdoor oasis. Up to 10-year limited warranty. Call now and SAVE $350 today! 1-888-670-2385.

REPLACE YOUR ROOF with the best looking and longest lasting material ñ steel from Erie Metal Roofs! Three styles and multiple colors available. Guaranteed to last a lifetime! Limited Time Offer - up to 50% off installation + Additional 10% off install (for military, health workers & 1st responders.) Call Erie Metal Roofs: 1-844-800-9166.

DIRECTV: All your entertainment. Nothing on your roof! Sign up for Directv and get your first three months of Max, Paramount+, Showtime, Starz, MGM+ and Cinemax included. Choice package $84.99/mo. Some restrictions apply. Call DIRECTV 1-888-492-3055

NO MORE CLEANING OUT GUTTERS. Guaranteed! LeafFilter is backed by a no-clog guarantee and lifetime transferrable warranty. Call today 1-866-489-4496 to schedule a FREE inspection and no obligation estimate. Plus get 75% off installation and a bonus $250 discount! Limited time only. Restrictions apply, see representative for warranty and offer details.

### CALL LEAFGUARD

Say goodbye to gutter cleaning for good. No cleaning. No leaking. No water damage. No more ladder accidents. Get LeafGuard today and be protected for life. FREE estimate. Financing available. 20% off total purchase (Restrictions may apply.) Call 1-888-616-1142.

HAVING A RAFFLE? Special Event? Rolls of raffle and admission tickets for sale. Single and double ticket rolls, 2000 consecutively numbered tickets per roll. Variety of colors. We also have coin rolls, ledgers, receipt books and all the other supplies you'll need to make your group or organization's event a success! Tribune Office Supply, 807 W. Davis St., Suite 101A, Cle Elum.

SPECIAL – BUY 3, GET 1 FREE. Re-purpose old newspapers: packing / wrapping, fire starter, composting, cleaning windows, pet cage liner, paper mache & crafts, and more! Buy 3 bundles of newspapers, get 1 free. Only $4.99 + tax per bundle. NKC Tribune, 807 W. Davis, Suite 101A, Cle Elum.

---

## SUDOKU



**Chad Carpenter's TUNDRA**

HERD POOLING

"WHAT I DID OVER SUMMER VACATION, AN EX-CATERPILLAR'S STORY."

© Tundra 2025 www.tundracomics.com

HAVE YOU BEEN JUMPING ON THE BED?!

**Guess Who?**
I am an actor born in Washington on September 26, 1968. I was a basketball star in high school until a foot injury derailed my professional ambitions. Although I've had several roles, I'm best known for playing Jesus in a 2004 film.

**SELF-INKING CUSTOM STAMPS** 509-674-2511

### WELL DRILLING

"If it's there, we'll find it!"
• Water Wells
  Domestic & Irrigation
• Pump Installation
  Submersible & Centrifugal
• Water Treatment
  and Conditioning
• Water Meters
  Sales & Installation

Serving all of Kittitas County

509-548-5361
888-548-5361 (Toll Free)

Mailing Address: P.O. Box 249 Dryden, WA 98821
Steve Ballew President

**Tumwater Drilling & Pump, Inc.**

Crt. Reg. #TUMWADP943RR Since 1974 www.tumwaterdrilling.com

### HELP WANTED

**Ad Sales Opportunity!**

The Washington Newspaper Publishers Association has a great opportunity for a self-starter ad sales person. This is commission based ad sales, with statewide opportunity.

Email your qualifications and interest to execdirector@wnpa.com

**WNPA**

### HOME SERVICES

Be prepared before the next power outage.

**It's not just a generator. It's a power move.**

Receive a free 5-year warranty with qualifying purchase* - valued at $535.

Call 888-674-7063 to schedule your free quote!

**GENERAC**